## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [FILED UNDER SEAL], | FILED UNDER SEAL |
| Plaintiffs-Relators, | DO NOT PLACE ON PACER |
| v. | Case No.: 1-18-cv-00510-RJL |
| [FILED UNDER SEAL], | JURY TRIAL DEMANDED |
| Defendants. | |

## RELATORS' AMENDED COMPLAINT UNDER THE FALSE CLAIMS ACT



**RECEIVED**

JUL 18  2023

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JASJIT WALIA and PREET RANDHAWA, | FILED UNDER SEAL |
| Plaintiffs-Relators, | DO NOT PLACE ON PACER |
| v. | Case No.: 1-18-cv-00510-RJL |
| Aaron Michael,[1] 1820 State Route 33 Suite 4B, Neptune, NJ  77534 | JURY TRIAL DEMANDED |
| Abdalla Ismaile, 1901 Port Ln, Amarillo, TX  79106 | |
| Abrahamian Roy, 1915 Valley View Blvd Altoona, PA 16602 | |
| Acharya Siddhartha, 6807 Emmett F Lowry Expressway Suite 108, Texas City, TX  77591 | |
| Addala Srinivas, 9135 Piscataway Rd Ste 210, Clinton, MD  20735 | |
| Adeleke Kamar, 614 Ferry Cut Off St, New Castle, DE 19720 | |
| Adlakha Satjit, 2917 Shortcut Rd, Pascagoula, MS, 39567 | |
| Agarwal Ramesh, 145 E Carroll St Unit 103, Salisbury, MD, 21801 | |
| Aggarwala Gaurav, 3201 S Loop 256, Palestine, TX, 75801 | |
| Aguilar David, 6620 Main St, Houston, TX, 77030 | |
| Ahmad Tanveer, 495 Jack Martin Blvd Suite 2, Brick, NJ, 87247 | |
| Ahmed Ahmed, 290 E Medical Center Blvd, Webster, TX, 77598 | |

[1] Defendants' names are listed with their last names first.

Ahmed Sujood, 258 N New Rd, Pleasantville, NJ, 82322

Ahuja Samir, 6000 Executive Blvd Suite 300, Rockville, MD, 20852

Akbar Saleem, 1105 Central Expy N Suite 2230, Allen, TX, 75013

Akyea Djamson Ayim, 10756 Rhode Island Ave, Beltsville, MD, 20705

Alameddine Fadi, 21212 Northwest Fwy Suite 325, Cypress, TX, 77429

Al-Bataineh Mohammad, 2945 N 5Th St, Philadelphia, PA, 19133

Albizem Haytham, 5600 Chestnut St, Philadelphia, PA, 19139

Alemparte Jose, 4200 Jenny Lind Rd Suite A, Fort Smith, AR, 72901

Alexander Thomas, 1202 3Rd St, Corpus Christi, TX, 78404

Alford Timothy, 332 Highway 12 W, Kosciusko, MS, 39090

Ali Abdul, 8830 Long Point Rd Suite 507, Houston, TX, 77055

Ali Asif, 8830 Long Point Rd Suite# 507, Houston, TX, 77055

Alicea Angel, 200 Federal St, Seaford, DE, 19973

Allen Christopher, 50 Berry Road, Washington, PA, 15301

Allen Norman, 1647 Benning Rd Ne Ste 201, Washington, DC, 20002

Ameen Abdul, 550 Newark Ave, Jersey City, NJ, 07306

Ammar Richard, 3333 Colorado Blvd, Denton, TX, 76210

Antalis George, Qv Shopping Center Suite 2A Ohio
River Blvd, Leetsdald, PA, 15056

Anthony Thomas, 9801 Georgia Ave #116, Silver Spring,
MD, 20902

Antonucci Lawrence, 415 Route 24 Suite E, Chester, NJ,
07930

Aquino Vincent, 17350 St Lukes Way Suite 400, The
Woodlands, TX, 77384

Ariyo Adeniran, 3535 W Wheatland Rd, Dallas, TX,
75237

Arora Neeraj, 5308 N Galloway Ave Suite 100,
Mesquite, TX, 75150

Arya Basant, 6620 Main St Suite 1225, Baylor
Heart Clinic, Houston, TX, 77030

Askenase Alan, 51 North 39Th Street 4 Phi,
Philadelphia, PA, 19104

Assi Edward, 1700 Cliff, Bldg A Suite 200, El Paso, TX,
79902

Aujla Parmjit, 5632 Annapolis Rd Ste 13, Bladensburg,
MD, 20710

Avendano Graciano, 465 Cranbury Rd Suite 201, East
Brunswick, NJ, 88167

Aziz Abdulrab, 125 Daugherty Dr Suite 301,
Monroeville, PA, 15146

Aziz Salim, 2440 M St Nw #505, Washington,
DC, 20037

Bacharach Moshe, 1166 River Ave Suite 204,
Lakewood, NJ, 87015

Badero Olurotimi, 5240 Robinson Rd, Jackson, MS,
39204

Bahal Vishal, 4 Burton Ln Suite 100, Mullica Hill, NJ,
80629

Baig Mirza, 18400 Katy Fwy Suite 270, Houston, TX, 77094

Baldi Christopher, 2600 Glasgow Avenue Suite 108, Neward, DE, 19702

Ball David, 1910 Roseland Blvd, Tyler, TX, 75701

Baman Rakesh, 1591 Medical Dr, Pottstown, PA, 19464

Bannon Patrick, 120 E 2nd St 2nd Floor, Erie, PA, 16507

Bapat Avinash, 11920 Astoria Blvd Suite 400, Houston, TX, 77089

Barbaro Salvatore, 19016 Stone Oak Pkwy Ste 190, San Antonio, TX, 78258

Barker Esmond, 4212 W Congress St Suite 1800 A, Lafayette, LA, 70506

Barkocy Gary, 221 W Colorado Blvd Suite 831, Dallas, TX, 75208

Barnes Seth, 3443 Harrison St, Batesville, AR, 72501

Barone Paul, 8 Tempe Wick Rd, Mendham, NJ, 79451

Basi Anand, 211 S. College Ave., Cleveland, TX, 77327

Bassi Ashwani, 325 Hospital Dr Suite 108, Glen Burnie, MD, 21061

Batra Rajeev, 11120 New Hampshire Ave Ste 300, Silver Spring, MD, 20904

Baucum Ralph, 1811 E Bert Kouns Suite 100, Shreveport, LA, 71115

Beattie James, 800 Bunn Dr. Suite 101, Princeton, NJ, 85401

Becker David, 1722 Bethlehem Pike, Flourtown, PA, 19031

Benca, Michael, 1626 Common Street, New Braunfels, TX, 78130

Benoff Lane, 777 Terrace Ave 3rd Floor, Hasbrouck Heights, NJ, 76043

Bergman Benjamin, 222 High St Suite 205, Newton, NJ, 78609

Berio-Muniz Rafael, 613 Elizabeth St Suite 402, Corpus Christi, TX, 78404

Berkowitz Walter, 2200 Fletcher Ave, Fort Lee, NJ, 70245

Berman Gary, 1500 Pleasant Valley Way Suite 207, West Orange, NJ, 70522

Bethala Cyril, 4507 15Th St, Gulfport, MS, 39501

Bhalla Karan, 5413 Crenshaw Rd 400, Pasadena, TX, 77505

Bhalla Rajinder, 2020 Nasa Pkwy # 1 Ste 210, Houston, TX, 77058

Bhansali Siddharth, 2633 Napoleon Ave Suite 500, New Orleans, LA, 70115

Bhatia Sanjeev, 4504 N Laurent St, Victoria, TX, 77901

Bhatnagar Mukul, 1528 Pleasant Valley Blvd, Altoona, PA, 16602

Bloomgarden Raphael, 1722 Bethlehem Pike Chestnut Hill Cardiology Ltd, Flourtown, PA, 19031

Bolarum Praveen, 621 Tivoli Rd, Frederick, MD, 21703

Bolourchi Habib, 18958 Coastal Highway, Rehobeth Beach, DE, 19971

Bowens Christopher, 2600 Glasgow Ave Suite 108, Newark, DE, 19702

| |
|---|
| Boyd Sheri, 1626 E Common St, New Braunfels, TX, 78130 |
| Bradley Dale, 210 Pecan Park Dr, Bullard, TX, 75757 |
| Brandimarto Anthony, 9501 Roosevelt Blvd Ste 501, Philadelphia, PA, 19114 |
| Branigan Alison, 1722 Bethlehem Pike Chestnut Hill Cardiology Ltd, Flourtown, PA, 19031 |
| Branigan Alison, 1722 Bethlehem Pike Chestnut Hill Cardiology Ltd, Flourtown, PA, 19031 |
| Bransford Paris, 2693 North St, Beaumont, TX, 77702 |
| Brar Navtej, 755 Memorial Pkwy Suite 106, Phillipsburg, NJ, 88652 |
| Breaux Darrin, 5231 Brittany Dr, Baton Rouge, LA, 70808 |
| Bree Douglas, 13300 Hargrave Rd Suite 500, Houston, TX, 77070 |
| Brem Rachel, 2150 Pennsylvania Ave NW, Washington, DC, 20037 |
| Brenner Lawrence, 1202 3Rd St, Corpus Christi, TX, 78404 |
| Brunson Charlie, 2643 Patterson Rd Suite 605, Grand Junction, CO, 81506 |
| Bual Nirmal, 21216 Northwest Fwy Suite 650, Cypress, TX, 77429 |
| Bucklew Lawrence, 200 Delafield Rd Suite 3010, Pittsburgh, PA, 15215 |
| Budhwani Navin, 43 Yawpo Ave, Oakland, NJ, 07436 |
| Buenano Alvaro, 200 Federal St, Seaford, DE, 19973 |
| Bufalino Kevin, 100 Carnie Blvd Suite B-5, Voorhees, NJ, 80434 |

Buyer David, 222 High St Ste 205, Newton, NJ, 78609

Buzbee Thomas, 1910 Roseland Blvd, Tyler, TX, 75701

Cabrera-Santamaria Agustin, 1901 Port Ln, Amarillo, TX, 79106

Calandro Vito, 850 E Harvard Ave Suite 365, Denver, CO, 80210

Caldwell Daniel, 3319 Colorado Blvd, Denton, TX, 76210

Carey Brian, 605 Sharon Rd, Beaver, PA, 15009

Carlos Michael, 7350 Van Dusen Rd B 40, Laurel, MD, 20707

Carney Robert, 2608 Mcdonald Rd Ste 100, Tyler, TX, 75701

Carpousis Dean, 2001 Columbia Pike Suite 131, Arlington, VA, 22204

Casaday Floyd, 1265 Wayne Ave Suite 306 119 Professional Center, Indiana, PA, 15701

Cassidy Mark, 1415 Tulane Ave, New Orleans, LA, 70112

Castro Felix, 3301 Woodburn Rd Ste 301, Annandale, VA, 22003

Catania Raymond, 786 Mountain Blvd, Watchung, NJ, 70696

Cefalu Joseph, 5231 Brittany Dr, Baton Rouge, LA, 70808

Cha Ri, 3 Cooper Plz Suite 311, Camden, NJ,  81031

Chai Yee, 465 Cranbury Rd Suite 201, East Brunswick, NJ, 88167

Chan Eric, 500 University Dr, Hershey, PA, 17033

Chandhok Sheetal, 825 Old Lancaster Rd Suite 320, Bryn Mawr, PA, 19010

Chatham Franklin, 1005 N Point Blvd Suite #730, Baltimore, MD, 21224

Chaudhry Ilyas, 201 4Th St Suite 4A, Alexandria, LA, 71301

Chaudhry Mohammad, 7610 Carroll Ave Suite 300, Takoma Park, MD, 20912

Chekuri Kasi, 1202 3Rd St, Corpus Christi, TX, 78404

Chen Michael, 35 Progress St, Edison, NJ, 08820

Cherlo Sreenivasulu, 211 S. College Ave., Cleveland, TX, 77327

Chhabra Anil, 1811 E Bert Kouns Suite 100, Shreveport, LA, 71115

Chhabra Anil, 1811 E Bert Koun Loop Suite 210, Shreveport, LA, 71105

Chiadika Olasimbo, 6410 Fannin St #600, Houston, TX, 77030

Chinn David, 1722 Bethlehem Pike, Flourtown, PA, 19031

Chodimella Vidyasagar, 4325 N Josey Ln Suite 204, Plaza 3, Carrollton, TX, 75010

Choi Brian, 2150 Pennsylvania Ave Nw Suite 4-417, Washington, DC, 20037

Choksi Asit, 920 Medical Plaza Drive #140, The Woodlands, TX, 77380

Cholankeril Mathew, 100 Grove St, Elizabeth, NJ, 72021

Cholia Anand, 400 Rosalind Redfern Grover Pkwy Ste 140, Midland, TX, 79701

Chough Simon, 1290 Chess St, Monongahela, PA, 15063

Chowdhry Imtiaz, 10792 Hickory Ridge Rd, Columbia, MD, 21044

Chu Alfred, 1901 Port Ln, Amarillo, TX, 79106

Chudasama Lalji, 1101 Raritan Rd, Clark, NJ, 70661

Cianci Chris, 3333 Colorado Blvd, Denton, TX, 76210

Cioce Gerald, 222 High St Ste 205, Newton, NJ, 78609

Clausen Harold, 5231 Brittany Dr, Baton Rouge, LA, 70808

Clifford James, 186 Rochelle Ave, Rochelle Park, NJ, 76624

Coblentz Robert, 654 Maryland Ave Apt 4R, Pittsburgh, PA, 15232

Coblentz Robert, 3824 Northern Pike Suite 525, Monroeville, PA, 15146

Cohen Miriam, 201 E University Pkwy, Baltimore, MD, 21218

Collins Terrance, 2670 Crain Hwy Suite 300, Waldorf, MD, 20601

Corbally Frank, 802 New Holland Ave Suite 200, Lancaster, PA, 17602

Cordero Juan, 888 Bestgate Rd Suite 208, Annapolis, MD, 21401

Costin Andrew, 419 N Harrison St, Princeton, NJ, 85403

Cotto Maritza, 1 Cooper Plz 3 Dorrance, Camden, NJ, 81031

Courville Kevin, 324 Settlers Trace Blvd Suite 202, Lafayette, LA, 70508

Covalesky John, 200 Trenton Rd, Browns Mills, NJ, 80151

Cowen Jeffrey, 915 Toll House Ave Suite 308, Frederick, MD, 21701

Cox Gregory, 2135 Noll Dr. Suite D, Lancaster, PA, 17603

Crawford-Green Cynthia, 6196 Oxon Hill Rd Suite 500, Oxon Hill, MD, 20745

Criscito Mario, 50 Newark Ave Suite 204, Belleville, NJ, 71091

Crumpler Charles, 709 Hollybrook Dr Suite 2301, Longview, TX, 75605

Curran Sean, 825 Old Lancaster Rd Suite 320, Bryn Mawr, PA, 19010

Dadhania Manish, 4 Bypass Road Suite 103A, Salem, NJ, 08079

Dairywala Ismail, 16407 Lakewood Field Dr, Tomball, TX, 77377

Dakak Nader, 12150 Annapolis Rd Suite 105, Glenn Dale, MD, 20769

Dalal Prakash, 614 Eastern Shore Dr Suite D, Salisbury, MD, 21804

Daly Stephen, 1020 Laurel Oak Rd Suite 102, Voorhees, NJ, 80433

Damaraju Srikanth, 613 Elizabeth St Suite 402, Corpus Christi, TX, 78404

Datwani Neeta, 218 C Sunset Road, Willingboro, NJ, 08046

Davis Anthony, 1910 Roseland Blvd, Tyler, TX, 75701

Davis George, 2101 Foulk Rd, Wilmington, DE, 19810

Davis Wesley, 201 4th St Suite 3B, Alexandria, LA, 71301

Decolli Robert, 205 E Laurel Blvd, Pottsville, PA, 17901

Decordova Beth, 110 S Paca St 7Th Floor, Baltimore, MD, 21201

Delgado Reynolds, 6624 Fannin St Suite 2180, Houston, TX, 77030

Denenberg Barry, 16704 Kings Hwy, Lewes, DE, 19958

Depuy Miguel, 600 Dr Michael Debakey Dr, Lake Charles, LA, 70601

Desire Andre, 1631 11Th St Suite B, Wichita Falls, TX, 76301

Desmarais Rene, 400 Eastern Shore Dr, Salisbury, MD, 21804

Devaughn Gerald, 5249 Cedar Ave Suite A, Philadelphia, PA, 19143

Di Blasi Michele, 3809 Veterans Blvd, Del Rio, TX, 78840

Diaz Jose, 343 W Houston St Suite 1006, San Antonio, TX, 78205

Diaz Thomas, 1722 Bethlehem Pike, Flourtown, PA, 19031

Dilorenzo William, 367 Lakehurst Rd, Toms River, NJ, 87557

Djafari Fardin, 1631 11Th St, Wichita Falls, TX, 76301

Dodla Saritha, 4324 Heritage Trace Pkwy Ste 808, Fort Worth, TX, 76244

Dovnarsky Michael, 1206 W Sherman Ave Building 1, Vineland, NJ, 83606

Drout David, 4 Hartford Dr, Tinton Falls, NJ, 77014

Drummond Darren, 42388 Pelican Professional Park, Hammond, LA, 70403

Dua Aashish, 3824 Northern Pike Ste 525, Monroeville, PA, 15146

Dubroff Robert, 4808 Mcmahon Blvd Nw, Albuquerque, NM, 87114

Duca Maria, 401 Young Ave Suite 275, Moorestown, NJ, 80573

Duffey Daniel, 2643 Patterson Rd Suite 605, Grand Junction, CO, 81506

Duvvuri Krishna, 476 Newark Pompton Turnpike, Pompton Plains, NJ, 07444

Edlin Dale, 179 Avenue At The Cmn Suite 101, Shrewsbury, NJ, 77024

Edmonson Robert, 221 W Colorado Blvd Ste 625, Dallas, TX, 75208

Edney Daniel, 104 Mcauley Dr, Vicksburg, MS, 39183

Elbaum David, 175 Cross Keys Rd 300A, Berlin, NJ, 80099

Ellis Tellis, 971 Lakeland Dr Ste 850, Jackson, MS, 39216

Elmi Farhad, 2001 Fairview Ave, Easton, PA, 18042

El-Sherif Tarek, 7605 Royal Troon Ter, Ijamsville, MD, 21754

Emmi Ronald, 261 Old York Rd Ste 214, Jenkintown, PA, 19046

Espina Dario, 4200 Jenny Lind Rd Suite A, Fort Smith, AR, 72901

Ezeugwu Camellus, 300 Armory Pl Ste 3M, Baltimore, MD, 21201

Farooqui Shahid, 20 White Rd Ste.B, Shrewsbury, NJ, 77024

Fastabend Carl, 501 Dr Michael Debakey Dr, Lake Charles, LA, 70601

Fedgchin Brian, 2422 S Broad St 1St Floor, Phila, PA, 19145

Feinstein Richard, 579A Cranbury Rd, East Brunswick, NJ, 88165

Fierstein Jeffrey, 261 Old York Rd Ste 214, Jenkintown, PA, 19046

Fileccia Russell, 2727 Hearne Ave Suite 300, Shreveport, LA, 71103

Finch Mark, 401 Young Ave Suite 275, Moorestown, NJ, 80573

Fine Gary, 4200 Jenny Lind Road Suite A, Fort Smith, AR, 72901

Finkelstein Jason, 2401 S Fm 51 Suite 200, Decatur, TX, 76234

Finley John, 9501 Roosevelt Blvd Suite 501, Philadelphia, PA, 19114

Fish Richard, 6624 Fannin St Suite 2220, Houston, TX, 77030

Fisher John, 825 Old Lancaster Rd Suite 320, Bryn Mawr, PA, 19010

Fleck Randolph, 6801 Rogers Ave, Fort Smith, AR, 72903

Flynn Gawin, 7505 New Hampshire Ave Suite 306, Takoma Park, MD, 20912

Fontenot Daniel, 5231 Brittany Dr, Baton Rouge, LA, 70808

Fornace John, 13 Armand Hammer Blvd Suite 100, Pottstown, PA, 19464

Forrester Leighton, 7500 Hanover Pkwy Suite 204, Greenbelt, MD, 20770

Fortino Gregg, 210 W Atlantic Ave, Haddon Heights, NJ, 80351

Frais Michael, 200 Heartcenter Ln, Hot Springs, AR, 71913

Frais Michael, 301 W St Louis St, Hot Springs, AR, 71913

Francis Cleveland, 8101 Hinson Farm Rd Suite 408, Alexandria, VA, 22306

Frankel Zev, 200 Grand Ave Ste 202, Englewood, NJ, 76314

Freedman Robert, 3311 Prescott Rd Suite 112, Alexandria, LA, 71301

Frey Anthony, 1205 Pemberton Dr, Salisbury, MD, 21801

Fried Gordon, 200 Plaza Ct Suite C, East Stroudsburg, PA, 18301

Friedman Andrew, 390 Middletown Blvd Suite 604, Langhorne, PA, 19047

Fuseini Mahamadu, 2000 W 21St St Ste E-1, Clovis, NM, 88101

Futrell Michael, 2727 Hearne Ave, Shreveport, LA, 71103

Gadasalli Suresh, 500 E 4Th St, Odessa, TX, 79761

Gallagher James, 3445 High Point Blvd Ste 300, Bethlehem, PA, 18017

Galski Thomas, 7000 Atrium Way Suite 6, Mount Laurel, NJ, 80543

Ganeshram Ved, 1631 11th St, Wichita Falls, TX, 76301

Gangopadhyay Subroto, 17510 W Grand Pkwy S Suite 460, Sugar Land, TX, 77479

Garden Jack, 2422 S Broad St 1St Floor, Phila, PA, 19145

Garmany Richard, 2643 Patterson Rd Suite 605, Grand Junction, CO, 81506

Garoutte Max, 1003 Ne Loop 410, San Antonio, TX, 78209

Geisler Alan, 1020 Laurel Oak Rd Suite 102, Voorhees, NJ, 80433

George Sabu, 234 Mill St, Bristol, PA 19007

German Yelena, 805 Cooper Rd Suite 1, Voorhees, NJ, 08043

Germanwala Samir, 709 Hollybrook Dr Suite 2301, Longview, TX 75605

Ghayal Mahesh, 318 Chris Gaupp Dr, Galloway, NJ 82054

Ghebranious Amir, 10950 Resource Pkwy Suite A, Houston, TX, 77089

Gill Reva, 6510 Kenilworth Avenue Suite 2400, Riverdale, MD, 20737

Gilmore Richard, 501 Dr. Michael Debakey Dr, Lake Charles, LA 70601

Ginsberg Frederic, 1210 Brace Rd Suite 103, Cherry Hill, NJ, 80343

Gist Herman, 106 Irving St Nw Suite 1500 North Tower, Washington, DC 20010

Gloth Sean, 10700 Charter Dr Ste 200, Columbia, MD 21044

Godkar Darshan, 65 Ridgedale Ave, Cedar Knolls, NJ, 79271

Goel Nisheeth, 11920 Astoria Blvd Ste 340, Houston, TX 77089

Gooszen Michael, 1453 E Bert Koun Loop Suite 112, Shreveport, LA  71105

Gopinathan Kastoril, 1317 Morris Ave, Union, NJ, 70833

Gowda Lokesh, 802 New Holland Ave Suite 200, Lancaster, PA 17602

Graf Raymond, 613 Elizabeth St Suite 402, Corpus Christi, TX 78404

Greco Robert, 48 Tunnel Rd Suite 204, Pottsville, PA, 17901

Greifenkamp Jonathan, 709 Hollybrook Dr Suite 2301, Longview, TX, 75605

Grosso Dominick, 5 Globe Ct, Red Bank, NJ, 77011

Grover Rajeev, 11914 Astoria Blvd Ste 140, Houston, TX, 77089

Grubbs David, K15 Omega Dr, Suite 5, Newark, DE, 19713

Gunawan Anthony, 925 Gessner Rd Suite 525, Houston, TX, 77024

Gupta Ambrish, 611 S Carlin Springs Rd Ste 504, Arlington, VA, 22204

Gupta Anil, 780 Route 37 W Suite 220, Toms River, NJ, 87555

Gupta Avinash, 637 River Avenue, Lakewood, NJ, 08701

Gupta Suresh, 3503 Perry St, Mount Rainer, MD, 20712

Gupta Swati, 7710 Beechnut St Suite 210, Houston, TX, 77074

Gurule Michael, 500 Unser Blvd. S.E. Suite 201, Rio Rancho, NM, 87124

Guttin Jorge, 6624 Fannin Suite 2220, Houston, TX, 77030

Guzon Osler Jay, 222 High St Suite 205, Newton, NJ, 78609

Habib Michael, E5 Brier Hill Ct, East Brunswick, NJ, 88163

Haddad Jon, 1901 Port Ln, Amarillo, TX, 79106

Hadeed Samir, 1027 Broad St, Johnstown, PA, 15906

Hafiz Tariq, 106 S Claude A Lord Blvd, Pottsville, PA, 17901

Halickman Isaac, 900 Centennial Blvd Suite H, Voorhees, NJ, 80434

Hanfling Marcus, 13 Village Ct, Hazlet, NJ, 77301

Hanley Henry, 3311 Prescott Rd Suite 112, Alexandria, LA, 71301

Hashmi Arjumand, 2890 Lewis Ln, Paris, TX, 75460

Haththotuwa Eranga, 811 S Governors Ave, Dover, DE, 19904

Hayden Margaret, 1910 Roseland Blvd, Tyler, TX, 75701

Haynie William, 1453 E. Bert Koun Loop Ste 112, Shreveport, LA 71105

Heda Harikisan, 614 Eastern Shore Dr Suite D, Salisbury, MD, 21804

Helm Boyd, 5231 Brittany Dr, Baton Rouge, LA, 70808

Henry Rodney, 709 Hollybrook Dr Suite 2301, Longview, TX, 75605

Hernandez Tomas, 7525 Greenway Center Dr Suite T6, Greenbelt, MD, 20770

Higgins Thomas, 449 Mount Pleasant Ave 2Nd Floor, West Orange, NJ, 70522

Hogan Patrick, 6624 Fannin St Suite 2220, Houston, TX, 77030

Hollywood Jacqueline, 2200 Fletcher Ave, Fort Lee, NJ, 70245

Holt Jeffrey, 2727 Hearne Ave Suite 300, Shreveport, LA, 71103

Horan Paris, 105 Ranch St, Seneca, PA, 16346

Hosmane Vinay, 4745 Ogletown Stanton Rd # 1 Suite 135, Newark, DE, 19713

House Kenneth, 605 Sharon Rd, Beaver, PA, 15009

Huang Chau Fe, 475 Morgan Hwy, Scranton, PA, 18508

Hui Gloria, 925 Gessner Rd Suite 525, Houston, TX, 77024

Hussain Anwar, 1123 Franklin St, Johnstown, PA, 15905

Hussain Syed, 240 Middletown Blvd, Suite 201 Heartcare Associates Of Bucks County Pc, Langhorne, PA, 19047

Hynes Peter, 2130 Highway 35 Bldg C Suite 321, Sea Girt, NJ 87501

Ierides Loutsios, 500 Unser Blvd. S.E. Suite 201, Rio Rancho, NM, 87124

Imsais Joseph, 12221 N Mo Pac Expy, Austin, TX, 78758

Indzonka Mark, 505 Independence Rd Suite B, East Stroudsburg, PA, 18301

Iskander Sherif, 1783 Troup Hwy, Tyler, TX, 75701

Israel Carl, 1783 Troup Hwy, Tyler, TX, 75701

Itzkoff Jerome, 5200 Centre Ave Suite 710, Pittsburgh, PA, 15232

Jacoby Douglas, 51 N 39Th St 4 Hvp, Philadelphia, PA, 19104

Jaffar Ali, 3501 S Soncy Rd Ste 144, Amarillo, TX, 79119

Jaffrani Naseem, 501 Medical Center Dr Suite 250, Alexandria, LA, 71301

Jain Samir, 599 Rte 37 W Suite 5, Toms River, NJ, 87558

Jamaluddin Ahmed, 3230 S Dairy Ashford, Houston, TX, 77082

Jan Mian, 531 Maple Ave, West Chester, PA, 19380

Janakiraman Vijayaraghaven, 1528 Pleasant Valley Blvd, Altoona, PA, 16602

Jarrah Taysir, 1601 W University Dr Ste D, Mckinney, TX, 75069

Javed Mohammad, 377 Jersey Ave 410, Jersey City, NJ, 73024

Jawdat Imtihan, 8901 Fm 1960 Bypass Rd W Ste. 304, Humble, TX, 77338

Jayasinghe Swarna, 318 Chris Gaupp Dr, Galloway, NJ 82054

Jenkins George, 221 W Colorado Blvd Pavilion Ii Suite 730, Dallas, TX, 75208

Jerome Scott, 410 Malcolm Dr Ste A, Westminster, MD, 21157

Jeroudi Mohamed, 4102 Woodlawn Ave Suite 220, Pasadena, TX, 77504

John Cherian, 560 Steubenville Pike, Burgettstown, PA, 15021

Johnson Glenn, 2820 Canal St, New Orleans, LA, 70119

Jones Michael, 3405 Saint Claude Ave, New Orleans, LA, 70117

Joukova Irina, 10752 Bustleton Ave Ste G, Philadelphia, PA, 19116

Kadakia Rajan, 11920 Astoria Blvd Suite 340, Houston, TX, 77089

Kadosh Yisrael, 1166 River Ave Ste 204, Lakewood, NJ, 87015

Kahf Ahmad, 401 Haledon Ave, Haledon, NJ, 75081

Kaid Khalil, 2168 Millburn Ave Suite 204, Maplewood, NJ, 70402

Kaimal Parameswara, 501 Medical Center Dr Suite 250, Alexandria, LA, 71301

Kalidindi Vishnu, 8000 Warren Pkwy Ste 104, Frisco, TX, 75034

Kalsmith Benjamin, 5750 Centre Ave Suite 510, Pgh, PA, 15206

Kamat Suraj, 1008 Medical Center Blvd, Alice, TX, 78332

Kandola Jaswinder, 4300 Hospital St Suite03, Paseagoula, MS 39581

Kantola Ronald, 4200 Jenny Lind Rd Suite A, Fort Smith, AR, 72901

Karim Amin, 10021 Main St Main Medical Plaza, Suite B-1, Houston, TX, 77025

Kate V., 495 Jack Martin Blvd Suite 2, Brick, NJ, 87247

Katz Richard, 2150 Pennsylvania Ave NW, Washington, DC, 20037

Kayal Michael, 475 Morgan Hwy, Scranton, PA, 18508

Kayser Robert, 2130 Highway 35 Bld C Suite 321, Sea Girt, NJ, 87501

Kedarnath Sivasubramaniam, 9104 Babcock Blvd Suite 6104, Pittsburgh, PA, 15237

Kelley Laurence, 15215 Shady Grove Rd Suite 306, Rockville, MD, 20850

Kempf Jeffrey, 483 Cranbury Rd University Radiology Group Pc, East Brunswick, NJ, 88163

Khan Fareeha, 4001 Fair Ridge Dr Ste 205, Fairfax, VA, 22033

Khan Wajeed, 12016 Georgia Ave, Wheaton, MD, 20902

Khanna Anirudh, 137 Mountain Ave, Hackettstown, NJ, 78402

Khimenko Pavel, 4211 Hospital St Suite 107, Pascagoula, MS, 39581

Khoury Ziad, 1915 Valley View Blvd, Altoona, PA, 16602

Kilpatrick Kevin, 5231 Brittany Dr, Baton Rouge, LA, 70808

Kim Steve, 2200 Fletcher Ave, Fort Lee, NJ, 70245

King Lewis, 602 Titus St Suite 140, Gilmer, TX, 75644

Klein Mordecai, 1600 Coit Rd Suite 304, Plano, TX, 75075

Kochar Gurpreet, 685 Ferne Blvd, Drexel Hill, PA, 19026

Kohut Andrew, 245 N 15Th St Mail Stop 470, Philadelphia, PA, 19102

Komorowski Thomas, 990 Cedarbridge Ave Suite B7, Brick, NJ, 87234

Kong Soe-Ni, 501 Midwestern Pkwy E, Wichita Falls, TX, 76302

Koolwal Harish, 214 W Sam Houston Blvd Suite A, Pharr, TX, 78577

Korlakunta Hema, 1 Baylor Plz, Houston, TX, 77030

Kramer Howard, 825 Old Lancaster Rd Suite 320, Bryn Mawr, PA, 19010

Krantzler Joseph, 1591 Medical Drive, Pottstown, PA, 19464

Krasikov Tatiana, 2200 Fletcher Avenue, Fort Lee, NJ, 07024

Krause Albert, 1453 E Bert Koun Loop Suite 112, Shreveport, LA, 71105

Kulangara Sara, 2901 Telestar Ct #200, Falls Church, VA, 22042

Kulkarni Pradeep, 952 Seton Dr Suite 301, Cumberland, MD, 21502

Kumar Ashok, 75 Brunswick Woods Dr, East Brunswick, NJ, 88165

Kunapuli Sanjay, 18220 Tomball Pkwy Suite 400, Houston, TX, 77070

Kurichety Kiran, 2604 Saint Michael Dr Suite 345, Texarkana, TX, 75503

Kuykendall Margaret, 3443 Harrison St, Batesville, AR, 72501

Lal Pankaj, 11119 Rockville Pike Suite 100, Rockville, MD, 20852

Lala Lekhraj, 541 Cedar Hill Ave, Wyckoff, NJ, 74812

Lally Francis, 12 Quaker Village Shopping Center Ohio River Blvd Ste 2, Leetsdale, PA, 15056

Lamorte Alfonso, 1020 Laurel Oak Rd Suite 102, Voorhees, NJ, 80433

Lamotte Lance, 5231 Brittany Dr, Baton Rouge, LA, 70808

Landreneau Joseph, 201 4Th St Suite 3B, Alexandria, LA, 71301

Langan Nicholas, 1 Penn Blvd Tower Building 2Nd Floor, Philadelphia, PA, 19144

Larca Louis, 15215 Shady Grove Rd Suite 306, Rockville, MD, 20850

Latif Pervaize, 565 New Brunswick Ave, Fords, NJ, 08863

Latif Shahid, 565 New Brunswick Ave, Fords, NJ, 08863

Lauria Salvatore, 888 Bestgate Rd Suite 208, Annapolis, MD, 21401

Leahey Edward, 4201 Garth Rd 100, Baytown, TX, 77521

Leatherman George, 709 Hollybrook Dr Suite 2301, Longview, TX, 75605

Leavy Jeffrey, 210 W Atlantic Ave, Haddon Heights, NJ, 80351

Lebeau Jake, 501 Michael Debakey Drive, Lake Charles, LA, 70601

Lebowitz Nathaniel, 2200 Fletcher Ave, Fort Lee, NJ, 70245

Lee Terrance, 464 Hudson Ter Suite 201, Englewood Cliffs, NJ, 76322

Lee William, 43 Yawpo Ave, Oakland, NJ, 07436

Leon Miltiadis, 3180 Executive Drive, Suite 102, San Angelo, TX, 76904

Lindgren Keith, 7901 Maple Ave, Takoma Park, MD, 20912

Linganathan Karthik, 410 W Linfield Trappe Rd Suite 100, Limerick, PA, 19468

Logothetis George, 283 Applegarth Rd, Monroe Twp, NJ, 88313

Loya Aslam, 11920 Astoria Blvd Suite 110, Houston, TX, 77089

Loya Munir, 11920 Astoria Blvd Suite #110, Houston, TX, 77089

Mahal Baljeet, 952 Seton Dr, Cumberland, MD, 21502

Mahmood Arshad, 127 Oneida Valley Rd Suite 202, Butler, PA, 16001

Maislos Francisco, 7109 B Lawndale Lawndale Medical Clinic, Houston, TX, 77023

Malik Manish, 200 Campbell Drive Suite 115, Willingboro, NJ, 08046

Malik Tanveer, 6504 Kenilworth Ave Suite 200, Riverdale, MD, 20737

Malinverni Helio, 1301 Route 72 W Suite 300, Manahawkin, NJ, 80502

Malkowski Michael, 12 Quaker Village Shopping Ctr Ohio River Blvd Ste 2, Leetsdale, PA, 15056

Mammen George, 915 Gessner Rd Suite 950, Houston, TX, 77024

Mandal Sanchita, 829 Spruce St Suite 105, Philadelphia, PA, 19107

Manus Stephen, 6801 Rogers Ave, Fort Smith, AR, 72903

Margolis Wayne, 740 Hospital Dr Suite 260, Beaumont, TX, 77701

Marmo Vincent, 2300 Pennsylvania Ave Suite 4C, Wilmington, DE, 19806

Martinez-Arraras Joaquin, 1901 Port Ln, Amarillo, TX, 79106

Martinez-Arraras Joaquin, 1901 Port Ln, Amarillo, TX, 79106

Marwaha Vijay, 2309 E Evesham Rd Suites 201 & 202, Voorhees, NJ, 80431

Master Herbert, 1811 E Bert Kouns Suite 100, Shreveport, LA, 71115

Master Julie, 179 Avenue At The Cmn Ste 101, Shrewsbury, NJ, 77024

Mastoor Momina, 200 East 33Rd Street Suite 551, Baltimore, MD, 21218

Mathew Jose, 1101 Port Arthur Ter, Leesville, LA, 71446

Mathur Tarun, 825 Old Lancaster Rd Suite 320, Bryn Mawr, PA, 19010

Matican Jeffrey, 309 Engle St Suite 5, Englewood, NJ, 76311

Mattleman Steven, 261 Old York Rd Ste 214, Jenkintown, PA, 19046

Mawji Shamim, 613 Elizabeth St Suite 402, Corpus Christi, TX, 78404

Mazhar Mobeen, 21216 Northwest Fwy Suite 550, Cypress, TX, 77429

Mazzarelli Joanne, 1 Cooper Plz Dorrance Building Room D380, Camden, NJ, 81031

Mccarthy Robert, 10700 Charter Dr Suite 200, Columbia, MD, 21044

Mcfarlane Robert, 3201 S Loop 256, Palestine, TX, 75801

Mdr Diagnostics Llc , 317 George St Suite 415, New Brunswick, NJ, 89012

Mdr Diagnostics Llc , 1755 Klockner Rd, Hamilton, NJ, 08619

Mehra Aditya, 495 Jack Martin Blvd Suite 2, Brick, NJ, 87247

Mehra Rajesh, 4437 Brookfield Corporate Dr, Chantilly, VA, 20151

Mehta Nilay, 8901 Fm 1960 Bypass Rd W Suite 101, Humble, TX, 77338

Mendelson Lawrence, 825 Old Lancaster Rd Suite 320, Bryn Mawr, PA, 19010

Mentle Iris, 555 Iron Bridge Rd Suite 16, Freehold, NJ, 77282

Merchant Yatish, 318 Chris Gaupp Dr, Galloway, NJ, 82054

Mesa Andres, 888 Normandy St, Houston, TX, 77015

Mikdadi Ghiath, 16033 Doctors Blvd, Hammond, LA, 70403

Miller Charles, 30 Shrewsbury Plaza, Shrewsbury, NJ, 77024

Minella Ricci, 5845 Centre Ave, Pittsburgh, PA, 15206

Minella Ricci, 5750 Centre Ave Ste 510, Pittsburgh, PA, 15206

Mirza Humayun, 18400 Katy Fwy Suite 270, Houston, TX, 77094

Mitchel Jeffrey, 370 Grand Ave, Englewood, NJ, 76314

Mock-Muhammad Berthrone, 971 Lakeland Drive Jackson, Jackson, MS, 39216

Moghbeli Homayoon, 1421 S Caton Ave Ste 101, Baltimore, MD, 21227

Mohamad Almois, 1040 River Oaks Dr Ste. 100, Jackson, MS, 39232

Mohamad Almois, 971 Lakeland Dr Ste. 850, Jackson, MS, 39216

Mohan Govindaraj, 835 Hospital Rd, Indiana, PA, 15701

Mohan Rajesh, 101 Prospect Street, Suite 210, Lakewood, NJ, 08701

Mohsin Jamil, 100 Carnie Blvd South Jersey Radiology Associates, Pa Suite B-5, Voorhees, NJ, 80434

Mohsin Jamil, 11611 Spring Cypress Rd Ste B, Tomball, TX, 77377

Montgomery David, 43 Yawpo Ave, Oakland, NJ, 07436

Morda Jason, 8101 Hinson Farm Rd #408, Alexandria, VA, 22306

Moreau Marc, 1901 Port Ln, Amarillo, TX, 79106

Mostaan Mehrdad, 6130 Oxon Hill Rd Suite 301, Oxon Hill, MD, 20745

Moutsatsos George, 2700 Silverside Rd Suite #3A, Wilmington, DE, 19810

Mulhearn Thomas, 600 Dr Michael Debakey Dr, Lake Charles, LA, 70601

Murello David, 650 Cherry Tree Ln, Uniontown, PA, 15401

Muttath Sureshkumar, 5711 Sarvis Ave Suite 200, Riverdale, MD, 20737

Muttiana Daljit, 355 School St Ste 101, Tomball, TX, 77375

Myatt James, 300 Richland West Cir Ste 1, Waco, TX, 76712

Nag Vivek, 3510 Old Washington Road Suite 100, Waldorf, MD, 20602

Naganna Chitrachedu, 700A Poole Rd, Westminster, MD, 21157

Nagarsheth Harish, 3 Parlin Dr Ste B, Parlin, NJ, 88592

Nagra Bipinpreet, 40 Fuld St Suite 400, Trenton, NJ, 86385

Naidu Raja, 605 E 4th St Suite 203, Odessa, TX, 79761

Nair Chandrase, 909 9th Ave Ste 202, Fort Worth, TX, 76104

Nair Vijayachandra, 602 S Atwood Rd Suite 100, Bel Air, MD, 21014

Najafi Amir, 602 S Atwood Rd Suite 100, Bel Air, MD, 21014

Nambiar Rajesh, 1901 Port Ln, Amarillo, TX, 79106

Namey Jeffrey, 401 Young Ave Suite 275, Moorestown, NJ, 80573

Nanavati Suketu, 2 Village Dr, Cape May Court House, NJ, 82101

Napoli Mark, 1100 N 18Th St Ste 100, Monroe, LA, 71201

Nascimbene Angelo, 11920 Astoria Blvd Ste 400, Houston, TX, 77089

Nasser George, 17198 St Lukes Way Ste 610, The Woodlands, TX, 77384

Nasser Maher, 6624 Fannin St Suite 1710, Houston, TX, 77030

Nayak Pradeep, 130 Park St Se Ste 100, Vienna, VA, 22180

Nayini Krishna, 709 Hollybrook Dr Suite 2301, Longview, TX, 75605

Neaville Gregory, 3443 Harrison St, Batesville, AR, 72501

Neff James, 7121 S Padre Island Dr, Corpus Christi, TX, 78412

Nejad Karan, 20 Prospect Ave Suite 809, Hackensack, NJ, 76011

Nelson Raymon, 6525 Belcrest Rd Suite 220, Hyattsville, MD, 20782

Newkirk Charles, 709 Hollybrook Dr Suite 2301, Longview, TX, 75605

Newman Jack, 3903 Briar Knoll Cir, Phoenix, MD, 21131

Newsome Nakia, 8888 Summa Ave, Baton Rouge, LA, 70809

Ngo Minh, 8101 Hinson Farm Rd Suite 408, Alexandria, VA, 22306

Nguyen Chau, 11920 Astoria Blvd Suite 300, Houston, TX, 77089

Nguyen Tai, 11920 Astoria Blvd Suite 300, Houston, TX, 77089

Nguyen Vince, 2020 Nasa Pkwy # 1 Ste 210, Houston, TX, 77058

Nia Hamid, 20 Prospect Ave Ste 615, Hackensack, NJ, 76011

Nierenberg Steven, 2422 S Broad St 1St Floor, Phila, PA, 19145

Nijjar Vikram, 2108 Texas Ave Suite 2061, Alexandria, LA, 71301

Nimoityn Philip, 818 Chestnut St, Philadelphia, PA, 19107

Nitzberg Robert, 12 Quaker Village Shopping Ctr Ohio River Blvd Ste 2, Leetsdale, PA, 15056

Noveck Howard, 225 May St Suite F, Edison, NJ, 88373

O'Beirne Patrick, 2 Sindoni Ln, Hammonton, NJ, 80371

O'Brien John, 3299 Woodburn Rd Suite 200, Annandale, VA, 22003

Odhav Anil, 915 Gessner Rd Suite 950, Houston, TX, 77024

Olex Stephen, 1 Penn Blvd Tower Building 2Nd Floor, Philadelphia, PA, 19144

Oloyo Samuel, 1025 Morgan Avenue, Corpus Christi, TX, 78404

Orlando James, 1820 Corlies Ave Suite 4B, Neptune, NJ, 77534

Oschwald Charles, 1123 Franklin St, Johnstown, PA, 15905

O'Toole Joseph, 5200 Centre Ave Ste 703, Pittsburgh, PA, 15232

Overbeck John, 701 Tuscan Suite 205, Irving, TX, 75039

Padder Feroz, 7350 Van Dusen Rd B 40, Laurel, MD, 20707

Painley Phillip, 127 Oneida Valley Rd Suite 400, Butler, PA, 16001

Palmer Elizabeth, 2525 S Telshor Blvd Bldg. 14 Suite 102, Las Cruces, NM, 88011

Paltoo Brendon, 105 Aurora St, Cambridge, MD, 21613

Panas George, 100 Brown St, Chestertown, MD, 21620

Pancholy Samir, 401 N State St, Clarks Summit, PA, 18411

Pandey Prasant, 2775 Schoenersville Rd, Bethlehem, PA, 18017

Pandey Prasant, 1202 S Cedar Crest Blvd Suite 500, Allentown, PA, 18103

Pandit Santosh, 9104 Babcock Blvd Suite 3114, Pittsburgh, PA, 15237

Papa Louis, 1020 Laurel Oak Rd Suite 102, Voorhees, NJ, 80433

Parikh Biren, 700 Walter Reed Blvd Ste 301A, Garland, TX, 75042

Parikh Mayank, 1601 Main St Ste 400, Richmond, TX, 77469

Park Dana, 1910 Roseland Blvd, Tyler, TX, 75701

Park Robert, 3333 Colorado Blvd, Denton, TX, 76210

Parris Cordel, 236 Wabash Blvd, Baton Rouge, LA, 70806

Passalaris John, 800 Bunn Dr. Suite 101, Princeton, NJ, 85401

Passi Rakesh, 172 Summerhill Rd Ste 5, East Brunswick, NJ, 88164

Patel Amish, 1101 Raritan Rd, Clark, NJ, 70661

Patel Chandulal, 2001 Fairview Ave, Easton, PA, 18042

Patel Dilipkumar, 404 W. Fairmont Parkway, La Porte, TX, 77571

Patel Dipsu, 6807 Emmett F Lowry Expy Ste 108, Texas City, TX, 77591

Patel Jatinchandra, 831 Tennent Rd, Manalapan, NJ, 77268

Patel Nainesh, 1591 Medical Dr, Pottstown, PA, 19464

Patel Nehal, 2135 Noll Dr Suite D, Lancaster, PA, 17603

Patel Rajeev, 2604 Saint Michael Dr Suite 345, Texarkana, TX, 75503

Patel Ramesh, 7300 Hanover Dr Suite 202, Greenbelt, MD, 20770

Patel Roshankumar, 1 Tech Park Dr, Johnstown, PA, 15901

Patel Sanjaykumar, 17450 St Lukes Way Suite 250, The Woodlands, TX, 77384

Patel Sunil, 2010 Springfield Ave, Maplewood, NJ, 70403

Patel Suresh, 3575 Old Washington Rd Suite A, Waldorf, MD, 20602

Patel Vipul, 629 E Southmore Ave, Pasadena, TX, 77502

Patrick Henry, 5231 Brittany Dr, Baton Rouge, LA, 70808

Paturu Prasad, 6750 N Macarthur Blvd Suite 201, Irving, TX, 75039

Pavlides Andreas, 210 W Atlantic Ave, Haddon Heights, NJ, 80351

Pavlos Stephan, 400 Eastern Shore Dr, Salisbury, MD, 21804

Payment Michael, 971 Lakeland Dr Ste 850, Jackson, MS, 39216

Peabody Brenda, 17350 St Lukes Way Suite 400, The Woodlands, TX, 77384

Peabody Brenda, 17350 St Lukes Way Suite 100, The Woodlands, TX, 77384

Pena-Sing Ivan, 16295 Willow Creek Rd, Lewes, DE, 19958

Pena-Sing Ivan, 200 Federal St, Seaford, DE, 19973

Perin Emerson, 6624 Fannin St Suite 2220, Houston, TX, 77030

Petrakian Alexandre, 1783 Troup Hwy, Tyler, TX, 75701

Petty Fred, 5231 Brittany Dr, Baton Rouge, LA, 70808

Pfeffer Scott, 9501 Roosevelt Blvd Ste 501, Philadelphia, PA, 19114

Phung Michael, 596 Pavonia Avenue, Jersey City, NJ, 07306

Pickett Brian, 1111 W Frank Ave Ste 203, Lufkin, TX, 75904

Pierce Paul, 2080 S Frontage Rd Suite T, Vicksburg, MS, 39180

Pierce Samuel, 2500 N State St, Jackson, MS, 39216

Pierson Christopher, 241 Monmouth Rd Ste 202, W Long Branch, NJ, 07764

Pillai Manu, 11920 Astoria Blvd Suite 340, Houston, TX, 77089

Pilly Ashok, 3662 S Delsea Dr, Vineland, NJ, 83607

Pokala Vijaya, 1023 N Mound St Suite K, Nacogdoches, TX, 75961

Polam Chandra, 1111 Lowry Ave Bldg A, Jeannette, PA, 15644

Poll David, 909 Walnut St, Philadelphia, PA, 19107

Popescu Andra, 4512 Kirkwood Hwy Suite 301, Wilmington, DE, 19808

Power Thomas, 490 E North Ave Suite 400, Pittsburgh, PA, 15212

Prasad Garnepudi, 110 E Crockett St, Cleveland, TX, 77327

Presser Dale, 101 Judge Tanner Blvd Ste. 506, Covington, LA, 70433

Pullatt Raja, 1317 Morris Ave, Union, NJ, 70833

Qazi Nadeem, 13505 Dulles Technology Dr Suite 1-A, Herndon, VA, 20171

Quinlan Jack, 1076 E Chestnut Ave 1076 E Chestnut Ave, Vineland, NJ, 83605

Qureshi Tanveer, 3304 Colorado Blvd Ste 101, Denton, TX, 76210

Qureshi Usman, 1008 Medical Center Blvd, Alice, TX, 78332

Raff Heather, 16704 Kings Hwy, Lewes, DE, 19958

Rainear Kristen, 1076 E Chestnut Ave Penn Cardiology Vineland, Vineland, NJ, 83605

Rajan Narian, 8101 Hinson Farm Rd Suite 408, Alexandria, VA, 22306

Rajawat Yadavendra, 320 E North Ave, Pittsburgh, PA, 15212

Rajput Ilyas, 258 N New Road, Pleasantville, NJ, 08232

Rajvanshi Amit, 121 Congressional Ln Suite 409, Rockville, MD, 20852

Rakla Younus, 902 Oak Tree Ave Suite 400, South Plainfield, NJ, 70805

Ramanan Venkat, 3575 Old Washington Rd Suite A, Waldorf, MD, 20602

Rana Jiten, 1076 E Chestnut Ave Penn Cardiology Vineland, Vineland, NJ, 83605

Rangi Navtej, 2108 Texas Ave Suite 2061, Alexandria, LA, 71301

Rao Madhava, 475 Morgan Hwy, Scranton, PA, 18508

Rao Neena, 7505 Osler Dr Ste. 206, Towson, MD, 21204

Rao Sunder, 2001 Ehrman Rd Suite 100, Cranberry Twp, PA, 16066

Rapelyea Jocelyn, 2150 Pennsylvania Ave Nw, Washington, DC, 20037

Rastogi Amitabh, 3510 Old Washington Road Suite 100, Waldorf, MD, 20602

Rasul Amjad, 1160 Varnum St., N.E. #114, Washington, DC, 20017

Ratkalkar Kishore, 26 Throckmorton Ln, Old Bridge, NJ, 88572

Ray Arunava, 1901 Port Ln, Amarillo, TX, 79106

Rayford Richard, 971 Lakeland Dr Ste 850, Jackson, MS, 39216

Rebecca George, 2207 S Clear Creek Rd Ste 301, Killeen, TX, 76549

Reddy Archana, 8101 Hinson Farm Road, Alexandria, VA, 22306

Reddy Ragoor, 6303 Route 30, Greensburg, PA, 15601

Reynolds Timothy, 508 Medical Center Blvd Ste 200, Conroe, TX, 77304

Richardson James, 851 Highway 287 N, Mansfield, TX, 76063

Richerts Joseph, 9501 Roosevelt Blvd Suite 501, Philadelphia, PA, 19114

Richter Douglas, 1210 Brace Rd Suite 103, Cherry Hill, NJ, 80343

Riebel Scott, 802 New Holland Ave Suite 200, Lancaster, PA, 17602

Rivera Ernesto, 1901 Port Ln, Amarillo, TX, 79106

Rizk Simon, 4300 Hospital St Suite 103, Pascagoula, MS, 39581

Robinson Brent, 2604 Saint Michael Dr Ste 345, Texarkana, TX, 75503

Rochon Brent, 5000 Ambassador Caffery Pkwy Bldg #1, Lafayette, LA, 70508

Rodgers David, 1722 Bethlehem Pike, Flourtown, PA, 19031

Rodney Evens, 5231 Brittany Dr, Baton Rouge, LA, 70808

Rogan Kevin, 3299 Woodburn Rd Suite 200, Annandale, VA, 22003

Rohatgi Rajeev, 2001 Fairview Ave, Easton, PA, 18042

Rosa Ramon, 16704 Kings Hwy, Lewes, DE, 19958

Rosenberg Mitchell, 210 W Atlantic Ave, Haddon Heights, NJ, 80351

Roshan Iraj, 1519 W Panola St, Carthage, TX, 75633

Rossakis Constantine, 357 Prospect Avenue, Hackensack, NJ, 07601

Rossman Morris, 390 Middletown Blvd Ste 604, Langhorne, PA, 19047

Rothman Howard, 2200 Fletcher Ave, Fort Lee, NJ, 70245

Rothstein Norman, 13 Armand Hammer Blvd Suite 100, Pottstown, PA, 19464

Rozanski Lawrence, 1020 Laurel Oak Rd Suite 102, Voorhees, NJ, 80433

Rubinstein Hector, 228 Lafayette St Fl 5, Newark, NJ, 71051

Russo Ralph, 2309 E Evesham Rd Suite 201, Voorhees, NJ, 80431

Rustagi Ravinder, 6132 Landover Rd, Cheverly, MD, 20785

Sabir Sajjad, 1 Cooper Plz, Camden, NJ, 81031

Sahni Rakesh, 53 Westfield Ave # 59 2Nd Fl, Clark, NJ, 70663

Saia John, 2 Sindoni Ln, Hammonton, NJ, 80371

Salmon Duncan, 5051 Greenspring Ave Ste 304 Michel Mirowski Medical Office Building At Sinai, Baltimore, MD, 21209

Salvaji Madhu, 1216 Route 22, Mountainside, NJ 70922

Sami Shehzad, 4201 Garth Rd Suite 100, Baytown, TX, 77521

Sanchez Julian, 1202 3Rd St, Corpus Christi, TX, 78404

Sandhu Jasvinder, 12 Quaker Village Shopping Ctr Ohio River Blvd Ste 2, Leetsdale, PA, 15056

Sandoval Anthony, 3917 West Rd Ste 101, Los Alamos, NM, 87544

Saporito Joseph, 2604 Saint Michael Dr Ste 345, Texarkana, TX, 75503

Sarfarazi Mohammad, 7525 Greenway Center Dr Suite T6, Greenbelt, MD, 20770

Sartori Michele, 6624 Fannin St, Houston, TX, 77030

Sauerwein Anthony, 401 Young Ave Suite 275, Moorestown, NJ, 80573

Saul Albert, 3998 Red Lion Road Suite 207, Philadelphia, PA, 19114

Saul Albert, 3998 Red Lion Rd Suite 209, Philadelphia, PA, 19114

Saviano George, 465 Cranbury Rd Suite 201, East Brunswick, NJ, 88167

Saya Shoaib, 851 Highway 287 N, Mansfield, TX, 76063

Schabelman Sergio, 200 West Esplanade Ave Suite 405, Kenner, LA, 70065

Schackman Paul, 1317 Morris Ave, Union, NJ, 70833

Schechter Charles, 613 Elizabeth St Suite 402, Corpus Christi, TX, 78404

Schimenti Robert, 401 Young Ave Suite 275, Moorestown, NJ, 80573

Schouchoff Adrienne, 1000 Stonewood Dr Suite 110, Wexford, PA, 15090

Schwartz Brian, 4708 Alliance Blvd Suite #650, Plano, TX, 75093

Schwartz Michael, 7500 Hanover Pkwy Suite 204, Greenbelt, MD, 20770

Schwarz Scott, 222 High St Suite 205, Newton, NJ, 78609

Scott Ronald, 709 Hollybrook Dr Suite 2301, Longview, TX, 75605

Scranton Cardiovascular Physician Services, LLC  746 Jefferson Ave Suite 305 Scranton, PA 19114

| | |
|---|---|
| Sebastian Clifford, 415 Route 24 Suite E, Chester, NJ, 79302 | |
| Secada-Lovio Jorge, 110 West Rd Building A, Suite 201, Baltimore, MD, 21204 | |
| Seecoff Richard, 200 Lothrop St Puh G304, Pittsburgh, PA, 15213 | |
| Sekili Selim, 925 Gessner Rd Suite 525, Houston, TX, 77024 | |
| Semmler Helaina, 100 Carnie Blvd Suite B-5 South Jersey Radiology Associates, Voorhees, NJ, 80434 | |
| Seth Paula, 104 Pheasant Run Suite 128, Newtown, PA, 18940 | |
| Shabalov Olga, 5200 Centre Ave Ste 703, Pittsburgh, PA, 15232 | |
| Shah Alpesh, 2950 Cullen Blvd Suite 111, Pearland, TX, 77584 | |
| Shah Chaitanya, 11307 Fm 1960 Rd W Ste. #125, Houston, TX, 77065 | |
| Shah Rajnikant, 240 Middletown Blvd Suite 201, Langhorne, PA, 19047 | |
| Shah Rakesh, 450 Blossom St Suite D, Webster, TX, 77598 | |
| Shah Samirkumar, 401 Pine Hill Rd, Kittanning, PA, 16201 | |
| Shahab Syed, 1715 N George Mason Dr Suite 301, Arlington, VA, 22205 | |
| Shanahan Andrew, 731 Alexander Rd 202, Princeton, NJ, 85406 | |
| Shanoudy Hany, 1321 11Th Ave, Altoona, PA, 16601 | |

Shapiro Barry, 1203 N High St Unit B, Millville, NJ, 83322

Share Immordino Laura, 825 Old Lancaster Rd Suite 320, Bryn Mawr, PA, 19010

Shariff Mahmood, 105 Aurora St, Cambridge, MD, 21613

Sharma Naginder, 11803 South Fwy Suit 115, Burleson, TX, 76028

Sharma Parminder, 2550 Mosside Blvd Ste 208, Monroeville, PA, 15146

Shatkin Bennett, 1051 W Sherman Ave, Vineland, NJ, 83606

Shatkin Bennett, 9901 Seapointe Blvd #604, Wildwood Crest, NJ, 82606

Shaw Dinesh, 2108 Texas Ave Suite 2061, Alexandria, LA, 71301

Sheifer Stuart, 130 Park St Se Ste 100, Vienna, VA, 22180

Sheinberg Jonathan, 5656 Bee Cave Rd Bldg M, Suite 300, West Lake Hills, TX, 78746

Sher Ronald, 750 Main St, Reisterstown, MD, 21136

Sherron Scott, 6624 Fannin St Ste 2720, Houston, TX, 77030

Sheth Mital, 2422 S Broad St 1St Floor, Philadelphia, PA, 19145

Shields Monica, 6620 Main St Suite 1225, Houston, TX, 77030

Shipon David, 2422 S Broad St 1St Floor, Philadelphia, PA, 19145

Shroff Farook, 166 Hanover St Suite 305, Wilkes Barre, PA, 18702

Shroff Manish, 1501 W 11Th Pl 301, Big Spring, TX, 79720

Shroff Rajesh, 1 Mercy Ln Ste 305, Hot Springs, AR, 71913

Siepser Stuart, 1777 Hamburg Tpke Suite 302, Wayne, NJ, 74705

Sigal Stephen, 820 S Baxter Ave, Tyler, TX, 75701

Silva Jaime, 100 Uptown Ave, Brownsville, TX, 78520

Silverman Gregg, 613 Elizabeth St Suite 402, Corpus Christi, TX, 78404

Simons Richard, 200 Federal St, Seaford, DE, 19973

Simpson Amy, 1910 Roseland Blvd, Tyler, TX, 75701

Singh Narpinder, 1000 Coventry Dr, Phillipsburg, NJ, 08865

Singh Rajeev, 709 Hollybrook Dr, Longview, TX, 75605

Slaven Timothy, 219 N White Horse Pike, Hammonton, NJ, 80371

Slemenda William, 605 Sharon Rd, Beaver, PA, 15009

Smeal Darren, 820 Turnpike Ave, Clearfield, PA, 16830

Smith Ellen, 2135 Noll Dr, Lancaster, PA, 17601

Smith Jack, 5750 Centre Ave Suite 510, Pittsburgh, PA, 15206

Smith John, 5825 Airline Hwy, Baton Rouge, LA, 70805

Smith Rahsaan, 8101 Hinson Farm Rd Mount Vernon Cardiology Associates, Ltd, Alexandria, VA, 22306

Sodhi Ajit, 565 New Brunswick Ave, Fords, NJ, 08863

Sofat Sameer, 10110 Molecular Dr Suite #200, Rockville, MD, 20850

Sofat Shubir, 15825 Shady Grove Rd Suite #60, Rockville, MD, 20850

Sokol Levi, 483 Cranbury Rd, East Brunswick, NJ, 88163

Sood Delcine, 155 Brighton Ave. Mob 2Nd Fl, Somers Point, NJ, 08244

Sorensen Mark, 211 S Main St Suite 205, Cape May Court House, NJ, 82102

Soto Luis, 4300 Houma Blvd Suite 107, Metairie, LA, 70006

Sotolongo Rodolfo, 2693 North St, Beaumont, TX, 77702

Soya D, 1901 Port Ln, Amarillo, TX, 79106

Spiegler Ethan, 7253 Ambassador Rd, Baltimore, MD, 21244

Spriggs Kurt, 743 Horizon Court Ste 105, Grand Junction, CO, 81506

Srinivasan Gopalakrishnan, 3510 Old Washington Road Suite 100, Waldorf, MD, 20602

St. Martin Maurice, 2633 Napoleon Ave Suite 500, New Orleans, LA, 70115

Stapleton Dwight, 1 Guthrie Sq, Sayre, PA, 18840

Steers John, 825 Old Lancaster Rd Suite 320, Bryn Mawr, PA, 19010

Stone Jay, 367 Lakehurst Rd, Toms River, NJ, 87557

Strasser David, 120 E 2Nd St Ste 2, Erie, PA, 16507

Strauss Mark, 7121 S Padre Island Dr Ste. 300, Corpus Christi, TX, 78412

Strobel Ronald, 200 Grand Ave Suite 202, Englewood, NJ, 76314

Sudarshan Shonalatha, 2101 9Th St, Wichita Falls, TX, 76301

Summers David, 97 Thomas Johnson Drive Suite 100, Frederick, MD, 21702

Surakanti Venkat, 5231 Brittany Dr, Baton Rouge, LA, 70808

Sussman Jay, 401 Young Ave Suite 275, Moorestown, NJ, 80573

Swaminathan Anandan, 2030 E Aztec Ave, Gallup, NM, 87301

Swierkosz Tomasz, 400 Eastern Shore Dr, Salisbury, MD, 21804

Swirsky Brian, 5231 Brittany Dr, Baton Rouge, LA, 70808

Szabo Edward, 1005 Ligonier St, Latrobe, PA, 15650

Tabrizchi Ali, 602 S Atwood Road Suite 100, Bel Air, MD, 21014

Tanwir Anjum, 2168 Millburn Ave Suite 204, Maplewood, NJ, 70402

Taylor Alan, 851 Highway 287 N, Mansfield, TX, 76063

Taylor Jeff, 200 Courtyard Drive Suite 213, Hillsborough, NJ, 88444

Taylor Malcolm, 971 Lakeland Dr Ste 850, Jackson, MS, 39216

Tehrani Behnam, 13414 Bissel Ln, Potomac, MD, 20854

Tejada Luis, 3445 High Point Blvd Ste 300, Bethlehem, PA, 18017

Tenner Bruce, 81-1 Route 37 West, Toms River, NJ, 87556

Thaker Gaurang, 11125 Rockville Pike Suite 208, Rockville, MD, 20852

Thomas Corwin, 4212 West Congress Ste 1401, Lafayette, LA, 70506

Thomas James, 650 United Dr Ste 300, Conway, AR, 72032

Thomas Madaelil, 1150 Robert Blvd Suite 340, Slidell, LA, 70458

Thomas Niku, 5401 Old York Rd Willowcrest Bldg, 4Th Floor, Philadelphia, PA, 19141

Thome Leonard, 3820 Highway 365 Suite 100, Port Arthur, TX, 77642

Thompson Mark, 221 W. Colorado Blvd Ste 933, Dallas, TX, 75208

Thota Venkat, 1518 10Th St, Wichita Falls, TX, 76301

Tiblier Eric, 901 W 38Th St Suite 400, Austin, TX, 78705

Trabb Jeffrey, 2670 Crain Hwy Suite 300, Waldorf, MD, 20601

Trillos Donald, 13111 East Fwy Suite 307, Houston, TX, 77015

Trillos Donald, 13111 East Fwy Suite 217, Houston, TX, 77015

Tunc Feza, 579A Cranbury Rd. University Radiology Group Pc, East Brunswick, NJ, 08816

Tunick Stephen, Qv Shopping Center Suite 2A Ohio River Blvd, Leetsdale, PA, 15056

Turakhia Bhupendra, 450 Blossom St Suite D, Webster, TX, 77598

Turner Michael, 600 Dr Michael Debakey Dr, Lake Charles, LA, 70601

Turner Stephen, 613 Elizabeth St Suite 402, Corpus Christi, TX, 78404

Ty Ramon, 7737 Southwest Fwy #565, Houston, TX, 77074

Udoshi Mallikarjun, 166 Hanover St Suite 305, Wilkes Barre, PA, 18702

Urquhart Joann, 9711 Medical Center Dr, Rockville, MD, 20850

Vaduganathan Periyanan, 11914 Astoria Blvd Ste 100, Houston, TX, 77089

Vaidya Kedarnath, 17350 St Lukes Way Suite 400, The Woodlands, TX, 77384

Varma Vivek, 206 South Street Suite C, Elkton, MD, 21921

Varughese Annie, 800 Peakwood Ste 8C, Houston, TX, 77090

Venincasa Michael, 851 Highway 287 N, Mansfield, TX, 76063

Venner-Jones Kinda, 8101 Hinson Farm Rd Suite 408, Alexandria, VA, 22306

Ventrella Samuel, 401 Young Ave Suite 275, Moorestown, NJ, 80573

Verma Omesh, 4502 N Laurent St, Victoria, TX, 77901

Vesely Mark, 22 S Greene St, Baltimore, MD, 21201

Vijayakumar Chellappan, 41 Nautilus Dr, Manahawkin, NJ, 80502

Villena Ramiro, 1910 Roseland Blvd, Tyler, TX, 75701

 Vyas Kavita, 607 Russell Blvd A, Nacogdoches, TX, 75965

  Wachspress Joseph, 1076 E Chestnut Avenue Penn Cardiology Vineland, Vineland, NJ, 83605

  Waldstein David, 261 Old York Rd Suite 214, Jenkintown, PA, 19046

  Wang Danny, 35-37 Progress St, Edison, NJ, 08820

  Wawrzynski Paul, 2602 Wilmington Rd Suite 200, New Castle, PA, 16105

  Weiner Roger, 785 Ohio Ave Suite 3D, Clarksdale, MS, 38614

  Weiss Maurice, 1820 State Route 33 Suite 4B, Neptune, NJ, 77534

  Wen Julia, 2700 Quarry Lake Dr Suite 260, Baltimore, MD, 21209

  Wendel Christopher, 111 W High St Ste 202, Elkton, MD, 21921

Wiedermann Joseph, 2 Sears Dr, Paramus, NJ, 76523

Wilklow Frank, 2820 Canal St 1St Floor, New Orleans, LA, 70119

Williams Edward, 1317 Morris Ave, Union, NJ, 70833

Williams Marcus, 43 Yawpo Ave, Oakland, NJ, 07436

Withers James, 332 Highway 12 W. Kosciusko, MS, 39090

Wolz Dean, 2001 Ehrman Rd Suite 100, Cranberry Twp, PA, 16066

Wood Donald, 400 Eastern Shore Dr, Salisbury, MD, 21804

Woodruff Amy, 6624 Fannin St Suite 2720, Houston, TX, 77030

Yadagani Veerunna, 97 Delaware Ave Suite 100, Uniontown, PA, 15401

Yang Rayson, 1820 State Route 33 Suite 4B, Neptune, NJ, 77534

Yeganeh Frederic, 7253 Ambassador Rd, Baltimore, MD, 21244

Younan Shaddy, 1145 Bordentown Ave Suite # 10, Parlin, NJ, 08859

Younes Alaa, 3311 Prescott Rd Suite 112, Alexandria, LA, 71301

Younis Antoine, 6624 Fannin St Ste 2420, Houston, TX, 77030

Younis George, 6624 Fannin Ste 2420, Houston, TX, 77030

Zaheer Amer, 6560 Fannin St Suite 2208, Houston, TX, 77030

Zanger Diane, 2200 Fletcher Ave, Fort Lee, NJ, 70245

Zellmer Terry, 5231 Brittany Dr, Baton Rouge, LA, 70808

Zheng Jing-Sheng, 2 Sindoni Ln, Hammonton, NJ, 80371

Zini James, 1816 E Main St, Mountain View, AR, 72560

Zirvi Khalid, 7350 Van Dusen Rd B 40, Laurel, MD, 20707

Reynolds, George 1040 River Oaks Drive, Suite 100, Flowood, MS 39232

Guniganti, Uma  127 East Owen K Garriott Road, Enid, OK 73701

Daye, Jad 21216 Northwest Fwy Suite 650, Cypress, TX 77429

Reyes, Guillermo 8093 Eckhert Road, San Antonio, TX 78240

Loyo-Molina Jose 2900 Medical Center Pkwy Suite 240a, Bentonville, AR          72712

 Beau Scott 7 Shackleford West Blvd,  Little Rock, AR 72211

Flaherty Patrick 7 Shackleford West Blvd, Little Rock, AR 72211

 Henry D Andrew 7 Shackleford West Blvd,  Little Rock, AR 72211

Leding Carl 7 Shackleford West Blvd, Little Rock, AR 72211

Lendel Vasili  7 Shackleford West Blvd,  Little Rock, AR 72211

Nash Jr. Gary  7 Shackleford West Blvd,  Little Rock, AR 72211

Paixao Andrew 7 Shackleford West Blvd, Little Rock, AR 72211

Koka Anish     125 S. 9th Street Sheridan Bld Suite 105 Philadelphia, PA 19107

 Ayoubi Ali 17183 I H 45 South Suite 640, Shenandoah, TX 77385

 Hameed Irfan 4324 Herritage Parkway  Keller, TX 76244

Khan Masroor 6550 Fannin Street Suite 2021 Houston, TX   77030

 Neill James E 102 North Magdalen Street, San Angelo, TX 76903

Tripathi Avnish 711 Santa Fe Drive, Searcy, AR 72143

Carr Martha 101 Judge Tanner Blvd Covington, LA 70433

Patel Shashank 18121 Georgia Ave Ste 103, Olney, MD 20832

Bikkina Mahesh 22-18 Broadway, Fair Lawn, NJ 07410

Grossman Steven 22-18 Broadway, Fair Lawn, NJ 07410

Jacoboff David 22-18 Broadway, Fair Lawn, NJ 07410

Kaul Sameer 50 Newark Avenue, Suite 204, Belleville, NJ 07109

Obeleniene Rimvida   22-18 Broadway, Fair Lawn, NJ 07410

Platt Robert 1485 Union Valley Road, Suite D, West Milford, NJ 07480

Aderemi Soyombo 22-18 Broadway, Fair Lawn, NJ 07410

*Tardos* Jonathan 75 Veronica Avenue, Suite 101, Somerset | NJ 08873

Vehra Ijaz 22-18 Broadway, Fair Lawn, NJ 07410

Virk Hartaj 22-18 Broadway, Fair Lawn, NJ 07410

Wirtshafter David 1500 Saint Georges Avenue, Avenel NJ 07001

Juriga Barbara 1350 Locust Street, Suite 100, Pittsburgh,  PA 15219

Thomas Kavic 304 Chaucer Ct N Sewickley, PA 15143

Singh Amar 1 Hospital Dr Aliquippa, PA 15001

Khan Attiya 21212 Northwest Frwy. Suite 555 N Cypress, TX 77845

Khan Jasmine  128 Vision Park Blvd Suite 145, Shenandoah, TX 77384

Rivas Pedro 7434 Louis Pasteur Drive, Suite 209, San Antonio, TX 78229

Agusala Madhava 318 North Alleghaney Avenue Suite 402 Odessa, TX 79761

Ahmad Khurram 3315 Unicorn Lake Blvd Suite 171 Denton, TX 76210

Geevarghese Samia 102 North Magdalen Street San Angelo, TX 76903

Haddad Christopher 102 North Magdalen Street San Angelo, TX 76903

Haddad Rudy 102 North Magdalen Street San Angelo, TX 76903

Mahajan Nitin 25410 Interstate 45 North Suite A Spring, TX 77386

Vanmetre John 4504 North Laurent Street,  Victoria, TX 77901

Quintana Hugo 4211 Hospital Street, Suite 107, Pascagoula, MS 39581

Morales Anthony 2360 Gause Blvd East, Slidell , LA 70461

Keenan Andrew 3001 Hospital Drive, Cheverly, MD 20785

Shah Syed 1900 Mistletoe Blvd Suite 100, Fort Worth, TX 76104

Shaikh Jawad  414 Navarro Street, Suite 1431, San Antonio, TX 78205

Vasquez Donado Andres 4803 Bissonnet Street, Suite A, Bellaire, TX 77401

Wu William 927 Mccullough Avenue, San Antonio, TX 78215

Abo-Auda Wael 5325 West University Drive, Mckinney ,TX 75071

| | |
|---|---|
| Stainback Raymond 6624 Fannin Suite 2480, Houston, TX 77030 | |
| Sweet Robert  3345 Plaza 10 Drive, Suite East, Beaumont, TX 77707 | |
| Umer Syed 11130 Christus Hls Medical Plaza 3 Suite 207, San Antonio, TX 78251 | |
| Srivastava Archana    221 West Colorado Blvd Suite 831, Dallas, TX 75208 | |
| Sonbol Yassir 16605 Southwest Fwy Suite 420, Sugar Land, TX 77479 | |
| Siropaides Michael 17903 West Lake Houston Pkwy Suite 201, Humble, TX 77346 | |
| Simpson Steve 1900 Mistletoe Blvd Suite 100, Fort Worth, TX    76104 | |
| Schnitzler Robert 8122 Datapoint Drive, Suite 700, San Antonio, TX 78229 | |
| Saurette Jennifer 1910 Roseland Blvd, Tyler, TX 75701 | |
| Saranathan Kas 7777 Southwest Fwy 354, Houston, TX 77074 | |
| Rios Alvaro    1900 Mistletoe Blvd Suite 100, Fort Worth, TX 76104 | |
| Rahman Mohamed 621 North Hall Street, Suite 500, Dallas , TX 75226 | |
| Rabinowitz Abram 6800 West Ih 10 Suite 350, San Antonio, TX   78201 | |
| Pham Don 1709 Dryden Road, Suite 5.70, Houston TX, 77030 | |
| Padala Arun 1900 Mistletoe Blvd Suite 100, Fort Worth,  TX76104 | |
| Navarijo Joseph 6624 Fannin Suite 2480, Houston,  TX 77030 | |

Nair Sanjeev 909 9Th Avenue, Suite 400, Fort Worth TX 76104

Melucci Michael 301 Junction Hwy Suite 220, Kerrville, TX 78028

Mehta Deval 1900 Mistletoe Blvd Suite 100, Fort Worth, TX 76104

Mangla Narain 2601 Hospital Blvd Suite 103, Corpus Christi, TX 78405

Liao Lianxi     900 Mistletoe Blvd Suite 100, Fort Worth, TX76104

Lechin Marcel 1721 Birmingham Drive, College Station, TX 7845

Lammoglia Mario 1721 Birmingham Drive, College Station TX 77845

Khan Abul 221 West Colorado Blvd Suite 831, Dallas, TX 75208

Kalaria Vijay 1900 Mistletoe Blvd Suite 100, Fort Worth, TX 76104

James George 4900 Boat Club Road, Fort Worth, TX 76135

Hoang Vu 1 Baylor Plaza, Houston, TX 77030

Hadidi Omar 4301 Garth Road, Suite 101, Baytown, TX 77521

Hadidi Fayez 4301 Garth Road, Suite 101, Baytown, TX 77521

Gupta Gaurav 916 East Highway 67, Duncanville, TX 75137

Fernandes Marlos 6720 Bertner Mc 1-133, Houston, TX 7030

Fernandes Laura 920 Medical Plaza Drive, Suite 520, Shenandoah, TX 77380

| | |
|---|---|
| Feld Steven 710 Gaslight Blvd Suite A, Lufkin , TX 75904 | |
| Farah Fahmi 7100 Oakmont Blvd Suite 201, Fort Worth, TX 76132 | |
| D'Souza Denzil 1900 Mistletoe Blvd Suite 100, Fort Worth, TX 76104 | |
| Davis Eric 4760 Sweetwater Suite 104, Sugar Land, TX 77479 | |
| Daniels Steven 6800 West Ih 10 Suite 350, San Antonio,  TX78201 | |
| Cristol Louis 11807 South Fwy Suite 365, Burleson, TX 76028 | |
| Chilakapati Venkata   4201 Medical Center Drive, Suite 380, McKinney, TX 75069 | |
| Chang Peter 6565 West Loop Sth Suite 300, Bellaire TX 7401 | |
| Chandraprakasam Satish 909 9th Avenue, Suite 400, Fort Worth, TX 76104 | |
| Card Robert 6624 Fannin Street, Suite 1420, Houston, TX      77030 | |
| Burjonroppa Sukesh 1900 Mistletoe Blvd Suite 100, Fort Worth, TX 76104 | |
| Bhuriya Rohit 2530 Broadway Street, Suite C, Pearland TX 77581 | |
| Bhargava Sanjay 1900 Mistletoe Blvd Suite 100, Fort Worth, TX      76104 | |
| Agusala Madhava 318 North Allegheny Avenue, Suite 402, Odessa, TX 79761 | |
| Afridi Imran 916 East Highway 67, Duncanville, TX 75137 | |
| Trivedi Atul 1203 Langhorne Newtown Road, Suite 320, Langhorne, PA19047 | |

Vile Daniel 8012 Frankford Avenue, Philadelphia PA 19136

Wuhl Jeffrey 100 East Lancaster Avenue, Wynnewood, PA 19096

Skop Neal 255 West Lancaster Avenue, Suite 328, Paoli, PA 19301

Shaikh Atif 410 West Linfield Trappe Road, Suite 100, Limerick, PA 19468

Sajadi Jahromi Seyed Saeid 826 Main Street, Suite 100, Phoenixville,  PA 19460

Ra Hong 821 Huntingdon Pike Suite 150, Huntingdon Valley, PA 19006

Quevedo Diaz Henry  7500 Central Avenue, Suite 203, Philadelphia, PA 19111

Patel Sunil 1697 Crown Avenue, Lancaster, PA 17601

Patel Mrugesh 240 Middletown Blvd Suite 201, Langhorne,  PA 19047

Patel Gautam  995 Greentree Road, Pittsburgh,  PA 15220

Nicol Philip 127 Oneida Valley Road, Suite 400, Butler, PA 16001

Muttreja Manoj 1200 Old York Road, Abington, PA 19001

Moore Leroy 5140 Liberty Ave., Pittsburgh, PA 15224

Mcgaffin Kenneth 3824 Northern Pike Suite 525, Monroeville, PA 15146

Manno Bruno  261 Old York Road, Suite 214, Jenkintown, PA 19046

Hussain Asif 1332 West Ritner Street, Philadelphia, PA 19148

Haridas Anand 1203 Langhorne Newtown Road, Suite 320, Langhorne,  PA 19047

Garrett Jeffrey 5140 Liberty Ave, Pittsburgh, PA 15224

Evans Matthew 1697 Crown Avenue, Lancaster  PA 17601

Domat Imad 5200 Centre Avenue, Suite 703, Pittsburgh,  PA 15232

Dawsey John 517 Pierce Street, Kingston, PA 18704

Bradley Jason  6 East Lancaster Avenue, Wynnewood, PA 19096

Abughnia Haitham 401 North State Street, Clarks Summit,  PA   18411

Bodiwala Kunal 1000 North Front St., Wormleysburg, PA 17043

Choi Andrew 2150 Pennsylvania Avenue, Nw, Washington | DC     20037

Krepp Joseph  2150 Pennsylvania Avenue, Nw, Washington, DC 20037

Lazarous Daisy 3800 Reservoir Road, NW, Washington, DC 20007

Wyche Roquell 1015 I Street, NE, Washington, DC 20002

Younes Desiree 731 Alexander Road, Suite 202, Princeton,  NJ 08540

Wosnitzer Brian 195 Long Hill Dr., Short Hills,  NJ, 07078

Wong Casey 419 North Harrison Street, Princeton, NJ 08540

Waldman Brett 1 Cooper Plaza 3Rd Floor Dorrance, Camden, NJ 08103

Vankawala Viren 54 West Jimmie Leeds Road, Galloway, NJ 08205

Sunderam Gnana 310 Central Avenue, Suite 205, East Orange, NJ 07018

South Harry 2073 Klockner Road, Hamilton, NJ 08690

Sengupta Ranjita 465 Union Avenue, Suite A, Bridgewater, NJ 08807

Sanyal Saugato 2001 Lincoln Drive, West Suite F, Marlton, NJ 08053

Raza Muhammad Rehan 495 Jack Martin Blvd Suite 2, Brick, NJ 08724

Raza Jaffar 714 10Th Street, Secaucus, NJ    07094

Rajiyah Gitendra 60 Evergreen Place Suite 400, East Orange, NJ 07018

Patel Vineshkumar 436 Chris Gaupp Drive, Suite 204, Galloway, NJ 08205

Nascimento Tome 318 Chris Gaupp Drive, Galloway, NJ 08205

Mustafa Muhammad  40 Fuld Street, Suite 400, Trenton,  NJ 08638

Marotta Charles 65 Ridgedale Avenue, Cedar Knolls, NJ 07927

Lee John 43 Yawpo Avenue, Suite 2, Oakland, NJ 07436

Latyshev Yevgeniy 62 Ridge Road, North Arlington, NJ 07031

Kumar Nidhi   75 Brunswick Woods Drive, East Brunswick, NJ 08816

Koman Eduard 401 Young Avenue, Suite 275, Moorestown, NJ 08057

Khalid Khaula 946 Bloomfield Avenue, Glen Ridge, NJ 07028

Katdare Umesh 425 70Th Street, Guttenberg, NJ 07093

Kasper Michael 82 East Allendale Road, Suite 3A, Saddle River, NJ 07458

Kalra Krishan 40 Fuld Street, Suite 400, Trenton, NJ 08638

Kadri Iftekhar 372 Valley Road, West Orange, NJ 07052

Kabadi Rajesh 1 Cooper Plaza 3rd Floor Dorrance, Camden, NJ 08103

Ivanov Alexander 465 Union Avenue, Suite A, Bridgewater, NJ 08807

Garg Sangeeta 555 Iron Bridge Road, Suite 15, Freehold, NJ 07728

Feehan Brian 11 Saddle Road, Cedar Knolls. NJ 07927

Evans Frank 62 Ridge Road, North Arlington, NJ 07031

Elnahal Mohamed 2500 English Creek Avenue, Building 200 Suite 211, Egg Harbor Township, NJ 08234

Diwan Ravi 1820 State Route 33 Suite 4B, Neptune, NJ 07753

Desai Rashmikant 2500 English Creek Avenue, Building 200 Suite 211, Egg Harbor Township, NJ 08234

Cartwright Travante   1 Cooper Plaza 3rd Floor Dorrance, Camden, NJ 08103

Atherley Trevor 201 Lyons Avenue, Newark, NJ 07112

Ahmad Ali 31-00 Broadway, Fair Lawn, NJ 07410

Yousuf Kabir  3407 Wilkens Avenue, Suite 300, Baltimore, MD 21229

Shafi Sadia 2002  Medical Pkwy Suite 500, Annapolis MD 21401

Rosen Boaz 2002 Medical Pkwy Suite 500, Annapolis, MD 21401

Segal Jerome 888 Bestgate Road, Suite 208, Annapolis, MD 21401

Oke Luc 8630 Fenton Street, Suite 522, Silver Spring, MD 20910

Pannala Naga  7901 Maple Avenue, Takoma Park, MD 20912

Kilical Baran   2002 Medical Pkwy Suite 500, Annapolis, MD 21401

Hussein Saifudin 7525 Greenway Center Drive, Suite 214, Greenbelt MD 20770

Christopher Dawn 12 70 Old Line Ctr Suite 303, Waldorf MD 20602

Chawla Raj 14300 Gallant Fox Ln. Bowie, MD 20715

Chatrathi Sridhar 7500 Hanover Pkwy Suite 105A, Greenbelt, MD 20770

Abou-Ghazala Tarek 7503 Surratts Road, Clinton, MD 20735

Yager Jonathan 3023 Hamaker Ct Suite 100, Fairfax, VA 22031

Park Young 224D Cornwall Street, Nw Suite 306, Leesburg, VA 20176

Krishnan Bhanumathi 3023 Hamaker Ct Suite 100, Fairfax, VA 22031

Hill Douglas 7911 Westpark Drive, Apt 2515, Mc Lean VA 22102

Banihashemi Michael 3023 Hamaker Ct.  Suite 100, Fairfax, VA    22031

Alfieri Anthony 39 Omega Drive, Building G, Newark, DE 19713

Ong Yeese 350 South 40th St, Muskogee,  OK 74401

Dienna Christine 4200 West Memorial Road, Ste. 410, Oklahoma City, OK 73120

Woods Roderick 4824 Mcmahon Blvd NW Suite 115, Albuquerque, NM 87114

Hai Hamid 933 Bradbury Drive, St.e Suite 2222, Albuquerque, NM 87106

Achrekar Abinash 2211 Lomas Blvd Ne Fl 5, Albuquerque NM 87106

Ajaaj Ihab 1 University Of New Mexico Msc 084770, Albuquerque NM 87131

Patlola Raghotham 4811 Ambassador Caffery Parkway Suite 401A, Lafayette, LA 70508

Khoueiry Georges 16033 Doctors Blv, Hammond, LA 70403

Sethi Salil 3311 Prescott Road, Suite 112, Alexandria, LA 71301

Jaikishen Jay 155 Hospital Drive, Suite 406, Lafayette LA 70503

Ennis Bruce 675 North Causeway Blvd, Mandeville, LA 70448

Causey Percy1453 East Bert Kouns Industrial Loop Suite 112, Shreveport, LA 71105

Aduli Farhad 20 Starbrush Cir, Covington, LA 70433

Ryan Michael 2643 Patterson Road, Suite 605, Grand Junction, CO 81506

Pacini Ross 2643 Patterson Road, Suite 605, Grand Junction, CO 81506

Orellana Enrique 2643 Patterson Road, Suite 605, Grand Junction, CO 81506

Azzouz Muhammad 2643 Patterson Road, Suite 605, Grand Junction, CO 81506

Araneda Erick 2643 Patterson Road, Suite 605, Grand Junction, CO 81506

Baldasare Maria 2900 Medical Center Pkwy Suite 240A, Bentonville, AR 72712

Shea Jennifer 2901 Telestar Ct Suite 200, Falls Church | VA 22042

Teli Kunal 200 Hospital Plaza Apt 507, Paterson, NJ 07503

Benraouane Fethi 600 N Kobayashi Ste 311 Webster, TX 77598

Dahr Georges 32711 Long Neck Road, Millsboro, DE 19966

Nagy Adriana 20 Starbrush Circle, Covington, LA 70433

Ahmed Sheikh 1710 W 25th Street, Houston, TX 77008

Das Tony 12740 Hillcrest Rd, Suite 265, Dallas, TX 75230

Abochamh Dia 3921 North Twin City Hwy, Port Arthur, TX 77642

Do Thien 7432 Little River Tpke, Annandale, VA 22003

Schlesinger Robert 9501 Roosevelt Blvd, Suite 501, Philadelphia, PA 19114

Rao Ranga 370 Middletown Blvd, Oxford Square Suite 510, Langhorne, PA 19047

Haaz William 261 Old York Road, Suite 214, Jenkintown, PA 19046

Cox Jonathan, 10101 Bustleton Avenue, Suite C, Philadelphia, PA 19116

Boike David 3443 Harrison St, Batesville, AR 72501

Lishmanov Anton 1701 S Shackleford Road, Little Rock, AR 72211

Lo Monica 7 Shackleford West Blvd, Little Rock, AR 72211

Silverstein Jay 433 Plaza Street, Suite 514, Bogalusa, LA 70427

Baraj, Sharad2111 Sw 20Th Place, Ocala, FL 34471

Mikulic Mariano 1824 King Street, Suite 300, Jacksonville, FL 32204

Denardo, Samuel 307 Boatner Road, Suite 114, Eglin AFB, FL 32542

Roskos Melinda 1615 Pasadena Avenue, South Suite 300, South Pasadena, FL 33707

Sayanlar Jason 1 Gustave L Levy Place 1141, New York,  NY 10029

Iacovone, Frank M  4422 3rd Ave Bronx, NY 10456

Kianfar, Hormoz 5645 Main St Flushing, NY 11355

and JOHN DOE DEFENDANTS 1-100,

      Defendants.

## **RELATORS' AMENDED COMPLAINT UNDER THE FALSE CLAIMS ACT**

## **TABLE OF CONTENTS**

I.      INTRODUCTION .................................................................... 1
II.     JURISDICTION AND VENUE ................................................ 3
III.    PARTIES ................................................................................. 3
        A.    Relators ........................................................................ 3
        B.    Defendants .................................................................... 4
IV.     THE LAW REGARDING DEFENDANTS' FALSE CLAIMS ............... 4
V.      THE MEDICARE PROGRAM ............................................... 6
VI.     MEDICARE REIMBURSEMENT OF RADIOPHARMACEUTICALS ............. 7
        A.    Use of Radiopharmaceuticals in Nuclear Stress Tests ............... 7
        B.    Radiopharmaceutical Suppliers .................................... 8
        C.    Medicare Reimbursement for RPs .................................. 9
        D.    Novitas Reimburses for RPs at Invoice  (Acquisition) Cost ............. 12
        E.    NGS RP Reimbursement Policy ................................... 14
        F.    FCSO RP Reimbursement Policy .................................. 15
VII.    DEFENDANTS' OVERBILLING SCHEME ............................ 16
        A.    Invoice Cost for Tetrofosmin and Sestamibi is Less than $100 ............. 16
        B.    Defendants are Billing Medicare in Violation of the Novitas, NGS, and FCSO RP
              Reimbursement Policies. .............................................. 19
VIII.   DEFENDANTS'S DOUBLE BILLING SCHEME ..................... 20
IX.     DEFENDANTS' LIABILITY UNDER THE FCA .................... 22
X.      COUNTS ............................................................................... 24
PRAYER FOR RELIEF ................................................................. 25

Relators Jasjit S. Walia and Preet Randhawa (collectively, "Relators") on behalf of the United States, bring this Amended Complaint against Defendants under the False Claims Act ("FCA"), 31 U.S.C. § 3729 et seq.

## I.    INTRODUCTION

1.    Cardiologists across the country utilize radiopharmaceuticals in connection with nuclear stress testing, one of the primary means of diagnosing coronary artery disease.   Two of the most common radiopharmaceuticals used for this purpose (and the two radiopharmaceuticals at issue in this lawsuit) are sestamibi and tetrofosmin.

2.    Generally speaking, Medicare pays for the radiopharmaceuticals used in nuclear stress tests performed on Medicare beneficiaries. Medicare does this by authorizing Medicare Administrative Contractors ("MACs") – third-party contractors retained by Medicare to administer certain aspects of the Medicare program – to set reimbursement rates for radiopharmaceuticals.

3.    Novitas Solutions, Inc. ("Novitas") is the Medicare Administrative Contractor for millions of Medicare beneficiaries in Arkansas, Colorado, Louisiana, Mississippi, New Mexico, Oklahoma, Texas, Delaware, District of Columbia, Maryland, New Jersey, Pennsylvania and certain areas of Virginia.

4.    In December 2013, Novitas adopted a common sense policy that cardiologists in its jurisdictions would only be reimbursed for radiopharmaceuticals at the cost the doctors actually paid to obtain the radiopharmaceuticals.  Thus, since at least December 2013 (and likely before), providers in Novitas jurisdictions are only permitted to bill Medicare for their acquisition cost for radiopharmaceuticals, including sestamibi and tetrofosmin, utilized in connection with services provided to Medicare beneficiaries.

5.    National Government Services, Inc. ("NGS") is the MAC for several jurisdictions, including New York. First Coast Service Options, Inc ("FCSO") is the MAC for several jurisdictions, including Florida. Since at least 2015, NGS and FCSO have had policies providing for reimbursement of radiopharmaceuticals – including sestamibi and tetrofosmin – at a percentage of Average Wholesale Price, a pricing metric designed to reflect the average price paid for a particular product nationwide. As a result, NGS and FCSO have published a rate for reimbursement of the RPs in their jurisdictions.

6.    Relators are cardiologists practicing in New Jersey (a Novitas jurisdiction) who regularly purchase radiopharmaceuticals for use in performing nuclear stress tests.  At all times since the implementation of the Novitas policy, Relators have been able to purchase sestamibi and tetrofosmin at less than $40/dose.

7.    Defendants are cardiologists practicing in Novitas, NGS, and FCSO jurisdictions. In stark contrast to Relators' ability to acquire sestamibi and tetrofosmin at less than $40/dose and in clear violation of the Novitas, NGS, and FCSO policies, Defendants regularly billed for and received Medicare reimbursement of approximately between $100 and $1,100. In other words, Defendants have billed and received reimbursement from Medicare for drastically more than any acquisition cost for sestamibi and tetrofosmin or allowed by the published standards of the MACs.

8.    Defendants' claims for payment violate the above-described unambiguous requirements limiting reimbursement for radiopharmaceuticals, and Defendants' inflated claims are false and fraudulent claims under the False Claims Act.  Relators estimate that in 2014 and 2015 alone (*i.e.* after the effective date of the Novitas policy but not including claims submitted in Novita's jurisdictions after and not including claims for any time period in non-Novitas

jurisdictions), Defendants have submitted in excess of 155,000 false claims for which they have received approximately $24.5 million in Medicare reimbursement and are continuing this misconduct.

## II.    JURISDICTION AND VENUE

8.    Jurisdiction is founded under 31 U.S.C. § 3732(a) and (b) and 28 U.S.C. §§ 1331, 1345.

9.    Personal jurisdiction and venue are proper in the District of Columbia pursuant to 28 U.S.C. §§ 1391(b) and 1395(a) and 31 U.S.C. § 3732(a), because at least one of the Defendants – including but not limited to Defendants Andrew Choi, Joseph Krepp, and Daisy Lazarous – has transacted business in the District of Columbia.

## III.    PARTIES

### A.  Relators

10.    Relators are medical doctors and board certified cardiologists practicing in New Jersey who utilize nuclear stress tests in their practices.

11.    As described in detail below, Relators became aware of non-public information concerning improper billing for radiopharmaceuticals for nuclear stress tests.

12.    Relators have standing to bring this action on behalf of the United States pursuant to 31 U.S.C. §3730(b)(l).

13.    Relators' complaint is not based on public disclosures of the allegations or transactions discussed herein within the meaning of 31 U.S.C. § 3730(e)(4)(A).

14.    Relators are original sources of the information provided herein within the meaning of 31 U.S.C. § 3730(e)(4)(B).

15.    Prior to the filing of this action, and prior to any public disclosure within the

meaning of 31 U.S.C. § 3730(e)(4)(A), Relators voluntarily disclosed to the United States the information on which the allegations or transactions discussed herein are based.

**B. Defendants**

16.     Defendants are cardiologists or groups of cardiologists practicing in Arkansas, Colorado, Florida, Louisiana, Mississippi, New Mexico, New York, Oklahoma, Texas, Delaware, District of Columbia, Maryland, New Jersey, Pennsylvania and certain areas of Virginia who submitted inflated reimbursement claims to Medicare for sestamibi and tetrofosmin, including but not limited to, or through entities affiliated with Defendants or of which Defendants were a member or as part of an association or group practice with which they were associated before, during or after the time they submitted claims individually to Medicare for sestamibi and tetrofosmin.

17.     Defendants John Does 1-100 (collectively, "John Doe Defendants")  are other providers, practices, and entities located in Novitas, NGS, and FCSO jurisdictions who submitted inflated reimbursement claims to Medicare for sestamibi and tetrofosmin, including but not limited to, entities affiliated with Defendants or of which Defendants were a member or as part of an association or group practice with which they were associated  before, during  or after the time they submitted claims individually to Medicare for RPs A9500 or A9502.

18.     Defendants engaged in the false and fraudulent conduct at issue in this lawsuit.

19.     Defendants, other than the John Doe Defendants, are listed in **Exhibit 1**.

**IV.     THE LAW REGARDING DEFENDANTS' FALSE CLAIMS**

20.     The FCA "was passed in 1863 as a result of investigations of the fraudulent use of government funds during the Civil War." United States v. Neifert-White Co., 390 U.S. 228, 232 (1968).

21.     The FCA "establishes a scheme that permits either the Attorney General or a private party to initiate a civil action alleging fraud on the Government," <u>United States ex rel. Eisenstein v. City of New York, New York</u>, 556 U.S. 928, 932 (2009) (citations omitted), and "imposes significant penalties on those who defraud the Government." <u>Universal Health Servs., Inc. v. United States</u>, 136 S. Ct. 1989, 1995 (2016).

22.     The FCA provides, *inter alia,* that any person who (1) "knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval," or (2) "knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim," is liable to the United States for a civil monetary penalty plus treble damages. 31 U.S.C. § 3729(a)(1)(A)-(B).

23.     The terms "knowing" and "knowingly" mean "that a person, with respect to information (1) has actual knowledge of the information; (2) acts in deliberate ignorance of the truth or falsity of the information; or (3) acts in reckless disregard of the truth or falsity of the information." 31 U.S.C. § 3729(b)(1)(A)(i)-(iii).

24.     Proof of specific intent to defraud is not required.  31 U.S.C. § 3729(b)(1)(B).

25.     The term "claim" means "any request or demand, whether under a contract or otherwise, for money or property and whether or not the United States has title to the money or property, that (1) is presented to an officer, employee, or agent of the United States; or (2) is made to a contractor, grantee, or other recipient, if the money or property is to be spent or used on the Governments behalf or to advance a Government program or interest, and if the United States Government (a) provides or has provided any portion of the money or property requested or demanded; or (b) will reimburse such contractor, grantee, or other recipient for any portion of the money or property which is requested or demanded . . . ." 31 U.S.C. § 3729(b)(2)(A)(i)-(ii).

26.     "[T]he term 'material' means having a natural tendency to influence, or be capable of influencing, the payment or receipt of money or property." 31 U.S.C. § 3729(b)(4).

27.     Pursuant to the Federal Civil Penalties Inflation Adjustment Act of 1990, as amended by the Debt Collection Improvement Act of 1996, 28 U.S.C. § 2461 and 64 Fed. Reg. 47099, 47103 (1999), the civil monetary penalties under the FCA are $5,500 to $11,000 for violations occurring on or after September 29, 1999 but before November 2, 2015. See 28 C.F.R. § 85.3.

28.     Pursuant to the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015, the civil monetary penalties under the FCA were adjusted to $13,508 to $27,018 for violations occurring on or after November 2, 2015, subject to periodic adjustments. See 28 C.F.R. § 85.5.

## V.     THE MEDICARE PROGRAM

29.     Title XVIII of the Social Security Act, 42 U.S.C. §§ 1395 et seq., establishes the Health Insurance for the Aged and Disabled Program, commonly referred to as Medicare.

30.     At all times relevant to this Complaint, the Medicare Program is and was a federally funded and administered program intended to assist elderly persons in paying for the cost of health care.

31.     The U.S. Department Health and Human Services oversees the Medicare program through the Centers for Medicare & Medicaid Services ("CMS").

32.     The Medicare Program works by reimbursing health care providers for the cost of services and ancillary items at fixed rates or pursuant to a standard, such as actual costs, and are made out of the Medicare Trust Fund.

33.     The Medicare Trust Fund is supposed to reimburse health care providers only for

those services that were actually performed and were medically necessary for the health of the patient and that were ordered specifically by a physician, using appropriate medical judgment and acting in the best interest of the patient.

34.    The Medicare Trust Fund relies on the express and implied representations of the suppliers of Medicare services that the services billed are properly compensable.

35.    CMS contracts with private contractors referred to as "fiscal intermediaries," "carriers," and "Medicare Administrative Contractors" (collectively, "MAC"), to act as agents in reviewing and paying claims submitted by healthcare providers. See 42 U.S.C. § 1395h; 42 C.F.R. §§ 405.904(a), 421.3, 421.100; see also Am. Hosp. Ass'n v. Burwell, 812 F.3d 183, 185 (D.C. Cir. 2016) "After a hospital or other health-care provider performs Medicare-eligible services, it submits a claim for reimbursement to a Medicare Administrative Contractor (MAC)" and "[t]he MAC decides whether to pay or deny the claim.").

36.    MACs are assigned to one or more geographic jurisdictions in the United States.

37.    MACs are authorized to adopt policies pertaining to the reimbursement of certain services provided to Medicare beneficiaries, including with respect to RPs.

## VI.    MEDICARE REIMBURSEMENT OF RADIOPHARMACEUTICALS

### A. Use of Radiopharmaceuticals in Nuclear Stress Tests

38.    Coronary artery disease or atherosclerotic heart disease ("CAD") is a condition in which the vessels supplying blood to the heart muscle become stenosed (narrowed) due to the deposit of plaques or fatty substances on the inner walls of the blood vessels. This results in decreased blood flow and ultimately heart failure, if not treated properly.

39.    CAD can be diagnosed with the use of a nuclear stress test.

40.    Nuclear stress tests typically utilize radiopharmaceuticals ("RP"), which are a

combination of a radioactive compound with a pharmaceutical compound.

41.     In a nuclear stress test, the patient receives an RP used to identify or analyze the function of a part of the heart.

42.     The doctor administers the RP through an intravenous injection.  The provider then uses this radioactive drug to help identify those areas of the heart muscle that may be receiving diminished or no blood.

43.     In nuclear stress testing, one dose of an RP is typically administered before the heart is stressed by exercise or otherwise (the resting dose) and one dose is administered afterwards (the stress dose) to compare the areas affected.

44.     Radiopharmaceuticals are measured in terms of millicuries (mCi) or microcuries (uCI) with one mCi=1,000 uCI.

45.     Typically, a dose of approximately 10 mCi is administered as the resting dose and approximately 30 mCi is administered as the stress dose.

46.     Accordingly, a total of approximately 40 mCi of the chosen RP are needed to perform and evaluate a nuclear stress test.

**B.  Radiopharmaceutical Suppliers**

47.     Two of the most common RPs utilized in nuclear stress tests as part of the diagnostic procedure are sestamibi and tetrofosmin.

48.     Cardinal Health, Inc. and GE Healthcare, directly or indirectly, supply most of the sestamibi and tetrofosmin to cardiologists.

49.     Cardinal Health, Inc. sells sestamibi under the trade name Cardiolite as well as other generic sestamibi imaging agents.

50.     GE Healthcare, a division of General Electric, manufactures and sells tetrofosmin

under the trade name Myoview.

51.     Cardinal Health, Inc. and GE Healthcare are not accused of any wrongdoing in this action.

52.     Together, sestamibi and tetrofosmin comprise well over 85% of the total sales of cardiac imaging agents in the United States.

53.     Myoview and Cardiolite are distributed as nonradioactive solids to radiopharmacies.

54.     Radiopharmacies then compound the products by, among other things, adding the radioisotope Tc-99m.

55.      Once the radioisotope is added, the product must be used within approximately 6 to 12 hours of compounding.

56.     As a result, radiopharmacies must be located within a reasonable proximity of the end-user physician, including Defendants.

57.     GE Healthcare manufactures and sells Myoview to independent radiopharmacies that distribute the imaging agent throughout the United States.  It also owns and operates its own radiopharmacies.

58.     Cardinal Health owns and operated over 160 radiopharmacies throughout the United States and sells Myoview and other cardiac imaging agents including Cardiolite.

### C.  Medicare Reimbursement for RPs

59.     For billing purposes, providers indicate the type of service provided to a Medicare beneficiary using a code known as a Healthcare Common Procedure Coding System ("HCPCS") code, which are sometimes referred to by their non-Medicare counterpart, Current Procedural Terminology ("CPT") codes. See generally 45 C.F.R. § 162.1002.

60.     HCPCS codes are a collection of numbers that represent procedures, supplies, products and services which may be provided to Medicare beneficiaries (and to individuals enrolled in private health insurance programs), which code identifies with particularity the nature of the service performed or the cost reimbursed.

61.     HCPCS codes that begin with an "A" represent transportation services, medical and surgical supplies and radiopharmaceuticals.

62.     The series of codes from A9500 to A9572 include the supply of RPs for diagnostic (as opposed to treatment or therapeutic) purposes.

63.     Generally speaking, Medicare Part B covers reimbursement of providers for the cost of RPs used in connection with the performance of nuclear stress tests subject to certain conditions therein.

64.     Medicare reimburses for sestamibi and tetrofosmin on a "per study dose" basis.

65.     A9500 is the HCPCS code for sestamibi.

66.     A9502 is the HCPCS code for tetrofosmin.

67.     A study dose is the amount of RP required for one of the two imaging exams of a stress test.  When a provider obtains and a patient receives two separate doses of sestamibi or tetrofosmin for myocardial perfusion scans (one at rest and one at stress), this constitutes two study doses, and a claim to Medicare may properly reflect, when actually utilized, two study doses of either code A9500 or A9502.

68.     However, as further detailed below, providers sometimes engage in dose splitting such that they need only obtain one dose of RP from a manufacturer and can then split the acquired dose into amounts needed for the rest and stress portions or use RP leftover from another patient. Under these circumstances, the provider may only bill for one dose since the provider only paid

to obtain one dose and/or the provider was paid or will be reimbursed for the leftover amount.

69.     Section 303(c) of the Medicare Modernization Act of 2003 ("MMA") revised the payment methodology for drugs covered under Part B.

70.     Under the MMA, beginning January 1, 2005, drugs and biologicals are paid based on the Average Sale Price methodology ("ASP") and payment to providers is generally 106 percent of the ASP. See 42 CFR § 414.904.

71.     However, ASP reimbursement does not apply to all items.

72.     As the Medicare Claims Processing Manual explains, "[t]he payment allowance limits for radiopharmaceuticals are not subject to ASP." CMS, Medicare Claims Processing Manual, at Ch. 17 § 20.1.3 (last revised June 2, 2023), available at https://www.cms.gov/Regulations-and-Guidance/Guidance/Manuals/Downloads/clm104c17.pdf.

73.     Rather, MACs "should determine payment limits for radiopharmaceuticals based on the methodology in place as of November 2003 in the case of radiopharmaceuticals furnished in other than the hospital outpatient department." Id.

74.     Consequently, MACs are authorized to adopt payment limits for reimbursement of RPs, including sestamibi and tetrofosmin.

75.     Because the MACs cover different geographic jurisdictions, the final dollar amount for RPs reimbursed under Part B may vary from region to region based on the payment policies adopted by a specific MAC.

76.     Put differently, when billing for RPs, a provider must adhere to the applicable policies of the MAC responsible for the geographic jurisdiction in which the provider is located.

77.     Providers are required to familiarize themselves with applicable requirements when submitting claims for Medicare reimbursement. See Heckler v. Cmty. Health Servs. of Crawford Cty., Inc., 467 U.S. 51, 63-64 (1984) ("As a participant in the Medicare program, [a provider has] a duty to familiarize itself with the legal requirements for cost reimbursement" because "[p]rotection of the public fisc requires that those who seek public funds act with scrupulous regard for the requirements of law.").

78.     As Cardinal Health advises its customers with respect to RP reimbursements, including reimbursement of A9500 for sestamibi and A9502 for tetrofosmin:

> Medicare Part B contractors determine radiopharmaceutical payment allowance limits based on the methodology in place as of November 2003 **which allows invoice or Average Wholesale Price (AWP) based reimbursement.** For more specific information and billing guidance, contact your local Medicare Part B contractor directly.

**Exhibit 2** at 2 (emphasis added).

79.     Similarly, GE Healthcare advises its customers that reimbursement of Myoview (tetrofosmin) is "based on 95% of the average wholesale price (AWP) *or established by local Medicare contractors (carrier priced).*" **Exhibit 3** at 3 (emphasis added).

**D. Novitas Reimburses for RPs at Invoice (Acquisition) Cost**

80.     Novitas is the MAC for jurisdictions JH and JL, comprised of the following areas and entities:

| Jurisdiction JH | Jurisdiction JL |
|---|---|
| Arkansas | Delaware |
| Colorado | District of Columbia |
| Louisiana | Maryland |
| Mississippi | New Jersey |

| New Mexico | Pennsylvania |
|---|---|
| Oklahoma | Virginia (only Arlington County, Fairfax County, and the City of Alexandria) |
| Texas | |
| Indian Health | |
| Veterans Affairs | |

81.    Novitas adopted the following policy concerning reimbursement for RPs in both of its jurisdictions.

***Novitas Solutions will reimburse diagnostic radiopharmaceutical procedure codes based on the acquisition cost*** reported on the claim. If the total acquisition cost is not listed, the service will be denied. Details are provided in the complete article below.

The actual invoice is not required for payment of a diagnostic radiopharmaceutical procedure. As stated above, the total acquisition cost must be listed on the claim. Novitas Solutions, however, will conduct random audits to validate the information provided on the claim.  You will receive a request for the actual invoice if your claim is audited.

Coding guidelines
The acquisition cost should be reported in Block 19 or Block 24D of the 1500 claim form and in the 2400 loop NTE segment of an EMC claim.

Payment allowance will be made at 100% of the acquisition cost. If the acquisition cost is missing from the claim, the service will be denied. If an invoice is attached, this will be reviewed and considered for payment.

**Exhibit 4** (policy for Novitas JH); **Exhibit 5** (policy for Novitas JL) (hereinafter, the "Novitas RP Reimbursement Policy").

82.    Notice of this Novitas RP Reimbursement Policy was published on December 1, 2013.

83.    Thus, a provider in a Novitas jurisdiction is not permitted to bill Medicare for RPs at amounts higher than what the provider paid for the RP.

### E.  NGS RP Reimbursement Policy

84.      National Government Services, Inc. ("NGS") is the MAC for jurisdiction JK, which covers Connecticut, New York, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont.

85.      In January 2015, NGS adopted a policy providing that it would reimburse providers for most RPs – including sestamibi and tetrofosmin – at 95% of the average wholesale price ("AWP") of the product:

> National Government Services has reviewed the radiopharmaceutical pricing methodology set forth in the Medicare Prescription Drug, Improvement, and Modernization Act of 2003, Section 303(h) which states that for dates of service on or after 1/1/2005 radiopharmaceutical payment allowance limits are not subject to ASP. Contractors are to determine radiopharmaceutical payment allowance limits based on the methodology in place as of November 2003.
> Therefore, effective for services rendered on or after 1/1/2015, NGS will price radiopharmaceuticals that are "contractor priced" at 95% of the lowest AVYP for the most current year's Red Book®.
> For the top utilized radiopharmaceuticals, NGS has developed pricing based on Red Book pricing using 95% of AWP. The majority of HCPCS codes are based on millicuries (mCi); however, the prices available in Red Book are per vial or dose. NGS has chosen to determine reimbursement as above rather than ask for an invoice for each patient when providing radiopharmaceuticals whenever possible.

**Exhibit 6** (the "NGS RP Reimbursement Policy").

86.      Sestamibi and tetrofosmin are among the "contractor priced" RPs under the NGS RP Reimbursement Policy, and thus reimbursement for sestamibi and tetrofosmin is set at 95% of AWP. Id.

87.      AWP is "a figure reported by commercial publishers of drug pricing data" and is "intended to represent the average price at which wholesalers sell drugs to physicians, pharmacies, and other customers."[2]

---

[2] Dawn M. Gencarelli, Average Wholesale Price for Prescription Drugs: Is There a More Appropriate Pricing Mechanism? (June 7, 2002), available at https://www.ncbi.nlm.nih.gov/books/NBK561162/.

88.     In 2019 and 2020, the NGS reimbursement rate for sestamibi (A9500) was $123.84, and the reimbursement amount was similar in the years immediately prior and subsequent to 2019.

89.     In 2019 and 2020, the NGS reimbursement rate for tetrofosmin (A9502) was $133.51, and the reimbursement amount was similar in the years immediately prior and subsequent to 2019.

### F.   FCSO RP Reimbursement Policy

90.     First Coast Service Options, Inc ("FCSO") is the MAC for jurisdiction N, which covers Florida, Puerto Rico, and the U.S. Virgin Islands.

91.     FCSO's reimbursement policy provides that it reimburses providers for most RPs – including sestamibi and tetrofosmin – at 92% of AWP:

> First Coast reimburses radiopharmaceutical procedure codes in accordance with the CMS instruction (IOM publication 100-04, Medicare Claims Processing Manual, Chapter 17, Drugs and Biologicals). Radiopharmaceuticals are paid at 92% (Florida) and 95% (Puerto Rico/U.S. Virgin Islands) of the most current average wholesale price (AWP).
> Radiopharmaceuticals are paid according to the invoice cost for the patient and service when an allowance cannot be calculated. The actual invoice is not required for payment of a radiopharmaceutical agent; however, if the invoice cost is not listed on the claim, we will send an additional development request (ADR) for the invoice.
> First Coast will conduct random audits to validate the information provided on the claim. If your claim is audited, you will receive an ADR for the actual invoice.
> Radiopharmaceutical procedure codes A4641, A9597, A9598, A9698, A9699, and A9700 are Not Otherwise Classified (NOC) codes. When billing one of these procedure codes on a claim, the provider must report the product name, dose, and invoice amount for the service to be paid.

**Exhibit 7** (the "FCSO RP Reimbursement Policy" ).

92.     In 2019 and 2020, the FCSO reimbursement rate for sestamibi (A9500) was $117.85, and the reimbursement amount was similar in the years immediately prior and subsequent to 2019.

93.    In 2019 and 2020, the FCSO reimbursement rate for tetrofosmin (A9502) was $107.60, and the reimbursement amount was similar in the years immediately prior and subsequent to 2019.

## VII.    DEFENDANTS' OVERBILLING SCHEME

### A.  Invoice Cost for Tetrofosmin and Sestamibi is Less than $100

94.    In connection with the performance of nuclear stress tests, Relators obtain and utilize sestamibi and tetrofosmin.

95.    At all times since December 1, 2013 through the present, Relators have been paying less than $40 per dose for Myoview (tetrofosmin).

96.    The invoices attached as **Exhibit 8,** some of which are described below, are a representative example of the prices that Relators have paid for sestamibi and tetrofosmin since December 1, 2013.

97.    In September 2014, Relators obtained a 30 mCi dose of Myoview (tetrofosmin) from GE Healthcare at $35. Id. at 16.

98.    In May 2015, Relators obtained a 30 mCI dose of Myoview (tetrofosmin) from GE Healthcare at $35. Id. at 24.

99.    In August 2016, Relators obtained a 30 mCi dose of Myoview (tetrofosmin) from GE Healthcare at $35. Id. at 27.

100.    In May 2017, Relators obtained a 30 mCi dose of Myoview (tetrofosmin) from GE Healthcare at $36. Id. at 34.

101.    Relators obtained a proposed contract in 2017 for Myoview (tetrofosmin) from GE Healthcare.  **Exhibit 9.**

102.    The cost in the proposed contract for Myoview (tetrofosmin) is $36 for 1-30 mCi

and $1.20 for each additional mCi above 30 mCi. <u>Id</u>. at 3.

103.    The proposed contract contains a confidentiality provision covering the invoice price so the prices and terms are non-public. **Exhibit 10** at 1.

104.    Specifically, the proposed contract provides that "[e]ach party will treat the terms of this Agreement and the other party's written, proprietary business, or technical information as confidential." <u>Id</u>.

105.    In connection with the proposed contract, Relators communicated with a GE salesperson.

106.    The salesperson for GE Healthcare advised Relators that the 2017 contract price offered to them is in a competitive range in the marketplace and other cardiologists are paying similar amounts for these RPs.

107.    The GE Healthcare salesperson also advised Relators that she is responsible for sales in the entire east coast region, from Boston to Miami, and therefore knew the non-public information concerning prices in those states.

108.    Relators are aware that the RPs are available nationwide for prices in the $40-80 dollar range.

109.    As illustrated by the invoices and proposed contract from GE Healthcare, the actual invoice price for Myoview (with applicable discounts) ranged from approximately $35-$40/dose between 2013 and present.

110.    Additionally, Relators privately obtained a document entitled "NOVATION Pricing: Nuclear Medicine Radiopharmaceuticals & Related Products." **Exhibit 11**.

111.    This document lists the price of generic sestamibi as $45 for 1-30 mCi and $1.50 for each additional mCi above 30 mCi. <u>Id</u>.

112.    This documents also lists the price of Myoview (tetrofosmin) as $38.01/for 1-30 mCi and $1.27 for each additional mCi above 30 mCi. Id.

113.    Relators were also offered a contract in 2017 for generic sestamibi and tetrofosmin from Triad Isotopes, Inc. ("Triad"). **Exhibit 12**.

114.    The proposed contract offered a price of $33.50 for each 30 mCi dose of sestamibi. Id. at 7.

115.    The proposed contract offered a price of $37 for each 30 mCi dose of tetrofosmin. Id. at 7.

116.    The proposed contract contains a confidentiality provision so prices and terms are non-public. Id. at 3.

117.    Specifically, the proposed contract provides that "[e]ach party shall hold in strict confidence and not disclose to any third party, any non-public information . . . about the other party that is provided, shared or learned while performing their respective obligations described in this Agreement." Id.

118.    In December 2019, Relators were invoiced at the rate of $37.70 for each 30 mCi dose of tetrofosmin (Myoview). **Exhibit 13**.

119.    In August 2020, Relators were invoiced at the rate of $37.70 for each 30 mCi dose of tetrofosmin (Myoview). **Exhibit 14**.

120.    In January 2021, Relators were invoiced at the rate of $37.70 for each 30 mCi dose of tetrofosmin (Myoview). **Exhibit 15.**

121.    In December 2022, Relators were invoiced at the rate of $38.97 for each 30 mCi dose of tetrofosmin (Myoview). **Exhibit 16**.

122.    In April 2023, Relators were invoiced at the rate of $40.50 for  each 30 mCi dose

of tetrofosmin (Myoview). **Exhibit 17**.

     **B.  Defendants are Billing Medicare in Violation of the Novitas, NGS, and FCSO RP Reimbursement Policies.**

123.    As identified in **Exhibit 1,** Defendants are physicians in Novitas, NGS, or FCSO jurisdictions.

124.    Defendants provide or formerly provided services to Medicare beneficiaries for which they seek reimbursement from Medicare through Novitas, NGS, or FCSO.

125.    With respect to the defendants in Novitas jurisdictions (collectively, the "Novitas Defendants"), after December 1, 2013 (the effective date of the Novitas RP Reimbursement Policy), they have overbilled Medicare by seeking and receiving payment in excess of the allowable invoice price or acquisition cost.

126.    As detailed in **Exhibit 1,** in violation of the Novitas RP Reimbursement Policy, the Novitas Defendants sought and received payment for amounts in excess of allowable invoice price or acquisition price.

127.    As described above, at all relevant times, Relators have been able to obtain sestamibi and tetrofosmin for less than $40/dose.

128.    Given the drastic disparity between Relators' acquisition costs and the Novitas Defendants' inflated reimbursement amounts, this is true even presuming that Novitas Defendants were not obtaining sestamibi and tetrofosmin at precisely the same costs as Relators or did not receive discounts available to some cardiologists.

129.    With respect to the defendants in NGS and FCSO jurisdictions (collectively, the "NGS and FCSO Defendants"), they have overbilled Medicare by seeking and receiving payment in excess of the allowable rates.

130.    As detailed in **Exhibit 1,** the NGS and FCSO Defendants submitted claims for RP

reimbursement at vastly more than the allowed rates under the NGS and FCSO RP Reimbursement Policies, which lead to their receipt of amounts at much higher rates than permitted under the applicable policies.

## VIII.  DEFENDANTS'S DOUBLE BILLING SCHEME

131.    In addition to the overbilling scheme described above, upon information and belief, many providers exacerbate the fraud by double billing for sestamibi and tetrofosmin.

132.    Such providers typically obtain sestamibi or tetrofosmin on a "per study dose" basis in a vial rather than per mCi.

133.    Put differently, up to a certain threshold (typically 30 mCi) the cost from a manufacturer to a provider is the same irrespective of how many mCis of sestamibi or tetrofosmin are actually acquired.  Providers can obtain additional mCis of sestamibi or tetrofosmin for an additional per mCi cost.  For example, in the above-discussed proposed GE Healthcare contract, Relators were initially offered Myoview (tetrofosmin) is $36 for 1-30 mCi and $1.20 for each additional mCi above 30 mCi.  Ex. 9 at 3.

134.    As described above, providers typically utilize RPs at two times during nuclear stress tests: (1) the rest phase before the heart is stressed by exercise and (2) the stress phase afterwards to compare the areas affected.  In a typical procedure, the rest phase requires approximately 10 mCi, while the stress phase requires approximately 30 mCI.

135.    Some providers often engage in "dose splinting" of sestamibi and tetrofosmin.

136.    Dose splitting refers to the process by which a provider splits an acquired amount of sestamibi and tetrofosmin for the two separate (rest and stress) phases of nuclear stress testing.

137.    For example, a typical nuclear stress test requires approximately 10 mCi of sestamibi or tetrofosmin for the pre-stress portion of the test and approximately 30 mCi of

sestamibi or tetrofosmin for the post-stress portion of the test.

138.    In the dose splitting scenario, a provider may have initially obtained 40 mCi of sestamibi or tetrofosmin from a manufacturer and then split the product into doses of 10 mCi and 30 mCi.

139.    By dose splitting, providers can obtain the two separate doses of sestamibi or tetrofosmin needed for the two portions of nuclear stress test without paying a manufacturer for two study does.  In the above example, rather than acquiring 10 mCi and 30 mCi separately and paying the manufacturer for two does, the provider can acquire 40 mCi for the single dose price and split it into doses of 10 mCi and 30 mCi as well as utilize leftover amounts from another patient.

140.    Dose splitting is legal and laudable when properly utilized because it reduces overall costs and decreases waste.

141.    For example, using the figures from the above-discussed proposed GE Healthcare contract, a provider who engaged in dose splitting would pay $48 for a 40 mCi dose of tetrofosmin, including $36 for the initial 30 mCi and $12 for the additional 10 mCi at $1.20/mCi.  A provider who did not engage in dose splitting would pay $72 to acquire two separate doses of tetrofosmin.  Thus, by dose splitting, a provider (and subsequently Medicare) saves $24.

142.    However, providers may engage in dose splitting *but also* bill Medicare twice, even though they only initially paid a single acquisition cost or used leftover amounts.

143.    For example, continuing the example from above, a provider could obtain a single study dose of 40 mCi of tetrofosmin for $48 and split the 40 mCis into doses of 10 mCi and 30 mCi for use in the rest and stress phase of the nuclear stress test.  A provider acting improperly would bill Medicare for $72, the cost of two separate doses, even though the provider only paid $48 for a single dose.

144.    The Novitas RP Reimbursement Policy only permits billing for actual acquisition cost and thus, a provider cannot bill for two study doses where the provider only paid for one study dose or utilized leftover RP from another patient.

145.    The dose splitting fraud is exacerbated when perpetuated in tandem with the above-described threshold overbilling scheme, i.e., when a provider bills for two doses *and* bills both doses at higher than the provider's acquisition cost.

## IX.    DEFENDANTS' LIABILITY UNDER THE FCA

146.    Reimbursement claims presented by Defendants to Medicare (through Novitas) for RPs are "claims" within the meaning of the FCA, 31 U.S.C. § 3729(b).

147.    Novitas, NGS, and FCSO are "contractor[s], grantee[s], or other recipient[s]" of federal funds within the meaning of the FCA, 31 U.S.C. § 3729(b)(2)(ii).

148.    Novitas, NGS, and FCSO use federal funds "to advance a Government program or interest," namely the Medicare program. See 31 U.S.C. § 3729(b)(2)(ii).

149.    Reimbursement claims presented by Defendants to Medicare (through MACs) in violation of the Novitas RP Reimbursement Policy, NGS Reimbursement Policy, or FCSO Reimbursement Policy are "false or fraudulent" within the meaning of the FCA, 31 U.S.C. § 3729, as both factually false and legally false.

150.    Reimbursement claims presented by Defendants to Medicare (through MACs) in violation of the Novitas RP Reimbursement Policy, NGS Reimbursement Policy, or FCSO Reimbursement Policy are factually false because Defendants misrepresented the cost at which they obtained sestamibi and tetrofosmin.

151.    Reimbursement claims presented by Defendants to Medicare (through MACs) for RPs at above invoice costs are legally false under both express false certification and implied

false certification theories of liability.

152.    With respect to an express false certification theory of liability, providers utilize CMS Form 1500 or the electronic equivalent thereof when submitting reimbursement claims to Medicare.

153.    CMS Form 1500 requires the person submitting claims to expressly certify that he or she had "familiarized myself with all applicable laws, regulations, and program instructions, which are available from the Medicare contractor . . . [and] this claim . . . complies with all applicable Medicare . . . laws, regulations, and program instructions for payment."

154.    The Novitas RP Reimbursement Policy, NGS Reimbursement Policy, and FCSO Reimbursement Policy are "applicable Medicare . . . laws, regulations, and program instructions for payment" within the meaning of CMS Form 1500.

155.    A reimbursement claim for RPs and subsequent receipt of payment at above invoice cost or the applicable AWP price violates the Novitas RP Reimbursement Policy, NGS Reimbursement Policy, or FCSO Reimbursement Policy and thus does not "compl[y] with all applicable Medicare . . . laws, regulations, and program instructions for payment."

156.    Accordingly, the certification made on CMS Form 1500 is expressly false when made in connection with reimbursement for RPs at above invoice cost or the applicable AWP price in Novitas, FCSO and NGS jurisdictions.

157.    With respect to an implied false certification theory of liability, by submitting a claim to Medicare for reimbursement, Defendants impliedly represented that they were entitled to payment.

158.    Put differently, Defendants impliedly (but falsely) represented that they were entitled to reimbursement at higher than invoice costs for RPs in violation of the Novitas RP Reimbursement Policy, or NGS Reimbursement Policy, which led Defendants to receive more

than their invoice costs or applicable AWP price for RPs.

159.    Defendants' factual and legal misrepresentations – that they were billing Medicare for the acquisition costs of RPs – were material to the increased amount of payment they received.

160.    Medicare, acting through Novitas, NGS, or FCSO, would not have paid Defendants at higher than invoice costs had it known of Defendants' misrepresentations.

161.    Put differently, Defendants' illegal conduct was material to payment, i.e., Medicare would not have paid Defendants more money than they were entitled to under the Novitas RP Reimbursement Policy had Medicare known that Defendants were violating the Novitas RP Reimbursement Policy.

## X.    COUNTS

### COUNT I – VIOLATION OF 31 U.S.C. § 3729(a)(1)(A)

162.    Relators repeat and re-allege each and every allegation above as though fully set forth herein.

163.    In violation of 31 U.S.C. § 3729(a)(1)(A), Defendants knowingly presented or caused the presentment of false or fraudulent claims for payment or approval to (1) the United States and/or (2) contractors, grantees, or other recipients of money provided by or that would be reimbursed by the United States.

164.    The false statements made by Defendants had a natural tendency to influence or be capable of influencing the payment of the claims, and in fact, did influence the payment of the claims.

165.    Defendants made fraudulent and false statements with actual knowledge of the falsity of their statements, with deliberate ignorance of the falsity of their statements, or with reckless disregard as to the falsity of their statements.

166.    By virtue of the false or fraudulent claims that Defendants presented or caused to be presented, the United States has suffered actual damages and is entitled to recover treble damages and a civil penalty for each false claim.

## COUNT II – VIOLATION OF 31 U.S.C. § 3729(a)(1)(B)

167.    Relators repeat and re-allege each and every allegation above as though fully set forth herein.

168.    In violation of 31 U.S.C. § 3729(a)(1)(B), Defendants knowingly made, used or caused to be made or used, false records or statements material to false or fraudulent claims to (1) the United States or (2) contractors, grantees, or other recipients of money provided by or that would be reimbursed by the United States.

169.    The false records and statements made by Defendants had a natural tendency to influence or be capable of influencing the payment of the claims, and in fact, did influence the payment of the claims.

170.    By virtue of the false records and statements made by Defendants, the United States has suffered actual damages and is entitled to recover treble damages and a civil penalty for each false claim.

## PRAYER FOR RELIEF

WHEREFORE, Relators, on behalf of the United States demand that judgment be entered in their favor and against Defendants for:

(1) Three times the amount of damages to the United States;

(2) Civil penalties of (a) $5,500-$11,000 for each violation of the FCA that occurred after September 29, 1999 but before November 2, 2015 and (b) $13,508 to $27,018 for each

violation of the FCA that occurred on or after November 2, 2015, or within the ranges that exist on the date such penalties are assessed;

(3) Any other recoveries or relief provided for under the FCA;

(4) Relators' receipt of the maximum amount permitted by law of the proceeds of this action or settlement of this action collected by the United States, plus reasonable expenses necessarily incurred, and reasonable attorneys' fees and costs, based upon the total value recovered, both tangible and intangible, including any amounts received from individuals or entities not parties to this action; and

(5) Such other relief as the Court may deem appropriate.

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Relators hereby demand a trial by jury.

Dated: July 18, 2023

/s/ *W. Scott Simmer*
W. Scott Simmer

**BARON & BUDD, P.C.**

W. Scott Simmer (D.C. Bar #460726)
Andrew M. Miller (D.C. Bar #499298)
The Watergate, Suite 1020
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Telephone:202-333-4562
Email: ssimmer@baronbudd.com

**LAW OFFICE OF HENRY F. FURST**

Henry F. Furst *(*admitted *pro hac vice*)
One Claridge Drive
Verona, New Jersey 07044
Telephone: (973) 454-2620
Email: hfurst@hfurstlaw.com

**WALDEN MACHT & HARAN LLP**

Daniel R. Miller *(*admitted *pro hac vice*)
Jonathan Z. DeSantis (admitted *pro hac vice*)
Walden Macht & Haran LLP
2000 Market Street, Suite 1430
Philadelphia, PA 19103
Tel: (215) 825-5283
Email: dmiller@wmhlaw.com
Email: jdesantis@wmhlaw.com

***Attorneys for Relators***