UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA ex rel. JASJIT WALIA et al., | |
|---|---|
| Plaintiffs, | Civil Action No. 18-0510 (RJL) |
| v. | **UNDER SEAL** |
| AARON MICHAEL, et al., | |
| Defendants. | |

### UNITED STATES' NOTICE OF ELECTION TO INTERVENE, IN PART, AGAINST CERTAIN DEFENDANTS AND TO DECLINE INTERVENTION TO OTHER REMAINING NAMED DEFENDANTS

Pursuant to the False Claims Act ("FCA"), 31 U.S.C. § 3730(b)(2) and (4), the United States hereby notifies the Court of its election to (i) intervene, in part, in this *qui tam* action for the purposes of settlement with the named Defendants specifically identified below; and (ii) decline intervention as to other named Defendants contained in the First Amended Complaint.

I.   **Intervention In Part for Purposes of Settlement**

The United States intervenes only as to the following Defendants for the Covered Conduct, as that term is defined in the fully executed settlement agreement with each of these named Defendants:

| **Settling Named Defendants** | **Date of Executed Settlement Agreement** |
|---|---|
| 1.  Edward Leahey | November 7, 2024 |



RECEIVED

DEC 9 2024

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

| | |
|---|---|
| 2. Ayim Djamson | November 4, 2024 |
| 3. Mario Criscito, Frank Iacovone, and Sameer Kaul | November 7, 2024 |
| 4. Mahamadu Fuseini | October 30, 2024 |

The United States and Relators Jasit Walia and Preet Randhawa ("the Parties") concurrently file herein a Joint Stipulation of Dismissal as to Edward Leahey and Mahamadu Fuseini.

Although the Parties have fully executed settlement agreements with Djamson and with Criscito, Iacovone, and Kaul, these Defendants have not yet made all payments due under the terms of those agreements and thus the Parties are not dismissing these Defendants, at this time. The Parties, however, will separately file a Joint Stipulation of Dismissal as to these Defendants upon receipt of payments under the settlement agreement. Until that time, the Parties ask the Court to hold this action in abeyance as to Defendants Djamson, Criscito, Iacovone, and Kaul. This approach was recently proposed in a similar matter filed by these same relators in the Western District of Kentucky, *United States ex rel. Walia et al. v. Western Kentucky Heart & Lung Associates, PSC, et al.*, Civ. A. No. 21—126 (GNS) (W.D. Ky.) (ECF No. 64) ("Joint Motion of United States and Relators Notifying the Court of Settlement and Requesting Case To Be Held In Abeyance."). The Court in that case granted the joint motion and adopted the parties' proposal. *Id.* at ECF No. 66 (Nov. 5, 2024, Order).

In addition to the above settling named Defendants, the Parties also have an agreement in principle to resolve this *qui tam* matter as to the following three named Defendants: (i) Arjumand Hashmi; (ii) Jorge Secada Lovio; and (iii) Fareeha I. Khan. To allow time to finalize agreements

with those three named Defendants, the Government is simultaneously filing an Application seeking an extension of the intervention deadline from December 9, 2024, to December 23, 2024.

## II. Election to Decline Intervention As to Other Named Defendants

Except for the named Defendants specifically identified in Section I,[1] the Government declines to intervene as to all other remaining Defendants listed in the First Amended Complaint. Although the United States declines to intervene, the Government respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the Relators to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the Relators or the remaining named Defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

## III. Unsealing of the First Amended Complaint

The Government requests that the Relators' Complaint, the First Amended Complaint, this Notice, and the attached proposed Order be unsealed. The United States further requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

## IV. The Government's Monitoring of this *Qui Tam* Matter

---

[1] These named Defendants are: (i) Arjumand Hashmi; (ii) Jorge Secada Lovio; (iii) Fareeha I. Khan; (iv) Edward Leahey; (v) Akim Djamson; (vi) Mario Criscito, Frank Iacovone, and Sameer Kaul; and (vii) Mahamadu Fuseini.

Pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States and all orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action for good cause, at a later date, and to seek the dismissal of the relator's action or claims. The United States also requests that it be served with all notices of appeal.

A proposed Order accompanies this Notice.

Dated: December 9, 2024                    Respectfully submitted,

                                          BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General

MATTHEW M. GRAVES
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *John C. Truong*
JOHN C. TRUONG, D.C. Bar # 465901
STEPHEN M. DEGENARO, D.C. Bar # 1047116
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252-2524 (Truong)
(202) 252-7229 (DeGenaro)
john.truong@usdoj.gov
Stephen.DeGenaro@usdoj.gov

JAMIE ANN YAVELBERG
EDWARD C. CROOKE
JAMES NEALON
Civil Division, Fraud Section
PO Box 261, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-4181
James.Nealon@usdoj.gov

*Attorneys for the United States*

- 5 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this xx day of December 2024, a true and correct copy of the foregoing was served on counsel for Relator by electronic mail.

/s/ *John C. Truong*
JOHN C. TRUONG
Assistant United States Attorney