UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA ex rel.
JASJIT WALIA et al.,

   Plaintiffs,

v.

AARON MICHAEL, et al.,

   Defendants.

Civil Action No. 18-0510 (RJL)

**UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART**

Pursuant to the False Claims Act ("FCA"), 31 U.S.C. § 3730(b)(2) and (4), the United States hereby notifies the Court of its election to intervene, in part, in this *qui tam* action for the purposes of settlement with the following named defendants: (i) Arjumand Hashmi; (ii) Jorge Secada Lovio; and (iii) Fareeha I. Khan.

The Government has previously notified the Court it elected to decline to intervene as to all other named defendants listed in the First Amended Complaint (*see* ECF No. 33) and the Court has issued an order unsealing the above-captioned matter (ECF No. 37).

\*\*\*



**RECEIVED**

DEC 23 2024

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Dated:  December 23, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MATTHEW M. GRAVES
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ *John C. Truong*
JOHN C. TRUONG, D.C. Bar # 465901
STEPHEN M. DEGENARO, D.C. Bar # 1047116
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252-2524 (Truong)
(202) 252-7229 (DeGenaro)
john.truong@usdoj.gov
Stephen.DeGenaro@usdoj.gov

JAMIE ANN YAVELBERG
EDWARD C. CROOKE
JAMES NEALON
Civil Division, Fraud Section
PO Box 261, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-4181
James.Nealon@usdoj.gov

*Attorneys for the United States*

- 3 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of December 2024, a true and correct copy of the foregoing was served on counsel for Relator by electronic mail.

/s/ *John C. Truong*
JOHN C. TRUONG
Assistant United States Attorney

- 3 -