UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JASJIT WALIA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AARON MICHAEL, et al.,<br><br>Defendants. | Civil Action No. 18-0510 (RJL) |

**JOINT STIPULATION OF DISMISSAL AS TO A CERTAIN NAMED DEFENDANT**

The United States and Relators Jasit Walia and Preet Randhawa, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that:

1. The United States has filed the Government's Notice of Election to Intervene in Part Against Certain Defendants and Decline Intervention in Part as to Other Defendants;

2. The United States, Relators, and named Defendant Wellspring Cardia Care, P.A. and Jorge Secada-Lovio ("Wellspring") have reached a settlement agreement.

3. The fully executed settlement agreements require the United States and Relators to file a Joint Stipulation of Dismissal with respect to all claims against Wellspring following the payment of the Settlement Amount as defined in the Settlement Agreement;

3. The United States has received full payment of the Settlement Amount from Wellspring pursuant to the respective Settlement Agreement; and

4. The claims in the above-captioned action asserted against Wellspring shall be dismissed, subject to the terms and conditions set forth in the Settlement Agreement, as follows:



**RECEIVED**

DEC 31 2024

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

      a.      The United States' claims against Wellspring are dismissed with prejudice as to the Covered Conduct as that term is defined in the fully executed settlement agreement and without prejudice as to all other claims; and

      b.      Relators' claims against Wellspring are dismissed in their entirety, with prejudice, except as otherwise provided for in their Settlement Agreements.

5.      Each party to bear its own costs, attorney fees, and expenses, except as set forth in the Settlement Agreement; and

6.      All other claims and Defendants named in the above-captioned case are not affected by this Joint Stipulation of Dismissal.

A proposed Order accompanies this Joint Stipulation.

Dated: December 31, 2024                        Respectfully submitted,

| | |
|---|---|
| /s/ Henry Furst (with permission) | BRIAN M. BOYNTON |
| BARON & BUDD, P.C. | Principal Deputy Assistant Attorney General |
| W. Scott Simmer (D.C. Bar #460726) | |
| The Watergate, Suite 1020 | MATTHEW M. GRAVES |
| 600 New Hampshire Avenue, NW | United States Attorney |
| Washington, D.C. 20037 | |
| Telephone:202-333-4562 | BRIAN P. HUDAK |
| Email: ssimmer@baronbudd.com | Chief, Civil Division |
| | |
| LAW OFFICE OF HENRY F. FURST | By: /s/ Stephen DeGenaro |
| Henry F. Furst (admitted pro hac vice) | JOHN C. TRUONG, D.C. Bar # 465901 |
| One Claridge Drive | STEPHEN M. DEGENARO |
| Verona, New Jersey 07044 | D.C. Bar # 1047116 |
| Telephone: (973) 454-2620 | Assistant United States Attorneys |
| Email: hfurst@hfurstlaw.com | 601 D Street, NW |
| | Washington, DC 20530 |
| WALDEN MACHT HARAN | (202) 252-2524 (Truong) |
| & WILLIAMS LLP | (202) 252-7229 (DeGenaro) |
| Daniel R. Miller (admitted pro hac vice) | John.Truong@usdoj.gov |
| Jonathan Z. DeSantis (admitted pro hac vice) | Stephen.DeGenaro@usdoj.gov |
| Walden Macht & Haran LLP | |
| 2000 Market Street, Suite 1430 | JAMIE ANN YAVELBERG |
| Philadelphia, PA 19103 | EDWARD C. CROOKE |
| Tel: (215) 825-5283 | JAMES NEALON |

Email: dmiller@wmhwlaw.com
Email: jdesantis@wmwhlaw.com

*Attorneys for Relators*

Civil Division, Fraud Section
PO Box 261, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-4181
James.Nealon@usdoj.gov

*Attorneys for the United States*