# Exhibit 3

RELATOR-000164

# Reimbursement Guidelines for Diagnostic Radiopharmaceutical Procedure Codes

## Codes A4641, A4642, A4648, A9500-A9551, A9552, A9553-A9572, A9576-A9599, A9600-A9604 and A9698-A9700

Novitas Solutions will reimburse diagnostic radiopharmaceutical procedure codes based on the acquisition cost reported on the claim. If the total acquisition cost is not listed the service will be denied. Details are provided in the complete article below.

The actual invoice is not required for payment of a diagnostic radiopharmaceutical procedure. As stated above, the total acquisition cost must be listed on the claim. Novitas Solutions, however, will conduct random audits to validate the information provided on the claim. You will receive a request for the actual invoice if your claim is audited.

Radiopharmaceutical procedure codes A4641, A9698, A9699, and A9700 are NOC *(Not Otherwise Classified)* codes. When billing one of these procedure codes on a claim, the provider must report the terminology in order for the service to be paid. If terminology is not reported, the service will be denied.

Radiopharmaceutical procedure code A9552 is used in conjunction with PET *(Positron Emission Tomography)* Scans Used for Oncologic Conditions. Please refer to the Local Coverage Article, A53132, for specific billing instructions.

## Coding guidelines

The acquisition cost should be reported in Block 19 or Block 24D of the 1500 claim form and in the 2400 loop NTE segment of an EMC claim.

Payment allowance will be made at 100% of the acquisition cost. If the acquisition cost is missing from the claim, the service will be denied. If an invoice is attached, this will be reviewed and considered for payment.

**Note:** the codes listed in this article are not all-inclusive and the guidelines outlined in this article apply to all diagnostic radiopharmaceutical codes.

If there are additional questions, please contact Provider Customer Service at:

**JL:** 1-877-235-8073

**JH:** 1-855-252-8782

RELATOR-000165