# **Exhibit 5**

Pharmacy Invoice                          # GE Healthcare

INVOICE
Page 1

INVOICE NUMBER:        4919826                    INVOICE DATE:    11/2/2012

**BILL TO:** NJ1-1112                             **SHIPPED TO:**
Jasjit Walia, M.D.                                Jasjit Walia, M.D. LINDEN  128
520 North Wood Ave                                520 North Wood Ave
Linden, NJ 07036                                  Linden, NJ2 07036
Attn: Accounts Payable

**SOLD BY:**                                      **REMIT TO:**

GE Healthcare                                     GE Healthcare
1 Naylon Place                                    P. O. Box 640200
Livingston, NJ 07039                              Pittsburgh, PA 15264-0200
973-533-9109

| # of Orders | Product Code | Description | Qty Purchased | Price | Sales Tax |
|---|---|---|---|---|---|
| 4 | 127 | Tc-99m Myoview (tetrofosmin) | 120.0000  mCi | $140.00 | $0.00 |
| | | | Total: | | $140.00 |
| | | | Tax: | | $0.00 |
| | | | Amount Due: | | $140.00 |

Terms: On Receipt

*Sine Lo*
*Helen*
*12-04-12*

**Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.**

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200    Tel.    Fax

Pharmacy Invoice

# GE Healthcare

**Products Purchased by**
**Jasjit Walia, M.D. LINDEN  128**

Invoice Date:  11/2/2012

Invoice No.:  4919826

| Order # | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | | Purchase Order | Price | Tax |
|---|---|---|---|---|---|---|---|---|---|---|
| 5174970 | 10/29/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5174971 | 10/29/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5174972 | 10/29/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5174973 | 10/29/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| | | | | | | | | **Grand Total:** | $140.00 | $0.00 |

**Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.**

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200    Tel.    Fax

RELATOR-000168

# Pharmacy Invoice

C R E D I T   M E M O   **GE Healthcare**

CREDIT NUMBER:          4919785
INVOICE NUMBER:         4919291
PERIOD ENDING:          9/28/2012

CREDIT DATE: 10/31/2012

**BILL TO:**  NJ1-1112
Jasjit Walia, M.D.
520 North Wood Ave
Linden, NJ 07036
Attn: Accounts Payable

**SHIPPED TO:**
Jasjit Walia, M.D. LINDEN  128
520 North Wood Ave
Linden, NJ2 07036

**SOLD BY:**
GE Healthcare
1 Naylon Place
Livingston, NJ 07039
973-533-9109

**REMIT TO:**
GE Healthcare
P. O. Box 640200
Pittsburgh, PA 15264-0200

| Product Code | Description | Price | Sales Tax |
|---|---|---|---|
| 127 | Tc-99m Myoview (tetrofosmin) | ($577.50) | $0.00 |
| | | PURCHASE CREDITS: | ($577.50) |
| | | TAX CREDITS: | $0.00 |
| | | **TOTAL CREDITS:** | **($577.50)** |

**Reason Description :**  Allowable Returns

Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebatesCosts reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer

RELATOR-000169

Pharmacy Invoice                      # GE Healthcare

INVOICE
Page 1

INVOICE NUMBER:        4919705          INVOICE DATE:    10/26/2012

**BILL TO:** NJ1-1112                   **SHIPPED TO:**
Jasjit Walia, M.D.                      Jasjit Walia, M.D. LINDEN 128
520 North Wood Ave                      520 North Wood Ave
Linden, NJ 07036                        Linden, NJ2 07036
Attn: Accounts Payable

**SOLD BY:**                            **REMIT TO:**

GE Healthcare                           GE Healthcare
1 Naylon Place                          P. O. Box 640200
Livingston, NJ 07039                    Pittsburgh, PA 15264-0200
973-533-9109

| # of Orders | Product Code | Description | Qty Purchased | Price | Sales Tax |
|---|---|---|---|---|---|
| 40 | 127 | Tc-99m Myoview (tetrofosmin) | 1,200.0000 mCi | $1,400.00 | $0.00 |
| | | | Total: | | $1,400.00 |
| | | | Tax: | | $0.00 |
| | | | Amount Due: | | $1,400.00 |

Terms: On Receipt

**Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.**
GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200   Tel.    Fax

RELATOR-000170

Pharmacy Invoice                    **GE Healthcare**

**Products Purchased by**                    Invoice Date:  10/26/2012
Invoice No.:  4919705              **Jasjit Walia, M.D. LINDEN  128**

| Order # | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | | Purchase Order | Price | Tax |
|---|---|---|---|---|---|---|---|---|---|---|
| 5170690 | 10/22/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5170683 | 10/22/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5170684 | 10/22/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5170685 | 10/22/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5170686 | 10/22/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5170687 | 10/22/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5170688 | 10/22/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5170689 | 10/22/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5170273 | 10/23/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5170275 | 10/23/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5170276 | 10/23/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5170277 | 10/23/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5170278 | 10/23/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5171218 | 10/24/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5171219 | 10/24/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5171220 | 10/24/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5171221 | 10/24/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5171232 | 10/24/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5171233 | 10/24/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5171235 | 10/24/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5171236 | 10/24/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5173912 | 10/25/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5173913 | 10/25/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5173914 | 10/25/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5173915 | 10/25/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5173916 | 10/25/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5173917 | 10/25/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5173918 | 10/25/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5173919 | 10/25/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5173920 | 10/25/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5172838 | 10/26/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5172839 | 10/26/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5172840 | 10/26/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5172841 | 10/26/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5172842 | 10/26/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5172851 | 10/26/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5172852 | 10/26/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5172853 | 10/26/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5172861 | 10/26/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |
| 5172862 | 10/26/2012 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $35.00 | $0.00 |

**Grand Total:**    **$1,400.00**    **$0.00**

**Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.**

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200    Tel.    Fax

RELATOR-000171

Pharmacy Invoice

# GE Healthcare

### INVOICE
Page 1

INVOICE NUMBER:          4922649

INVOICE DATE:    5/24/2013

**BILL TO:**  NJ1-1193
NJ HEART DR. WALIA
635 MARKET ST
NEWARK, NJ 07105

**SHIPPED TO:**
NJ HEART DR. WALIA NEWARK 428
635 MARKET ST
NEWARK, NJ2 07105

**SOLD BY:**

GE Healthcare
1 Naylon Place
Livingston, NJ 07039
973-533-9109

**REMIT TO:**

GE Healthcare
P. O. Box 640200
Pittsburgh, PA 15264-0200

| # of Orders | Product Code | Description | Qty Purchased | | Price | Sales Tax |
|---|---|---|---|---|---|---|
| 9 | 127 | Tc-99m Myoview (tetrofosmin) | 270.0000 | mCi | $315.00 | $0.00 |

| | |
|---|---|
| Total: | $315.00 |
| Allowable Returns: | $31.50 |
| Tax: | $0.00 |
| Amount Due: | $283.50 |

Terms: On Receipt

**Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.**

GE Healthcare   P.O. Box 640200 Pittsburgh, PA 15264-0200   Tel.   Fax

RELATOR-000172

# Pharmacy Invoice

# GE Healthcare

**Products Purchased by**
**NJ HEART DR. WALIA NEWARK 428**

Invoice No.:  4922649

Invoice Date:  5/24/2013

| Order # | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | Price | Tax | Novation Code |
|---|---|---|---|---|---|---|---|---|---|
| 5299926 | 5/24/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5299927 | 5/24/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5299928 | 5/24/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5299929 | 5/24/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5299930 | 5/24/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5299931 | 5/24/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5299932 | 5/24/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| * 5299933 | 5/24/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| * 5299934 | 5/24/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |

**Grand Total:** $315.00   $0.00

**Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.**

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200    Tel.    Fax

RELATOR-000173

# Pharmacy Invoice

# **GE Healthcare**

**Allowable Products Returned By**                              Invoice Date:    05/24/13
**NJ HEART DR. WALIA NEWARK 428**

Invoice No  4922649

| Orde | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | Purchase Order | Price | Tax |
|------|----------------|-----------|---------------------|---------|----------|-------------------|----------------|-------|-----|
| 5299933 | 5/24/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | | $31.50 | $0.00 |
| 5299934 | 5/24/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | | $0.00 | $0.00 |
| | | | | | | | **Grand Total:** | **$31.50** | **$0.00** |

**Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.**

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200    Tel.    Fax

RELATOR-000174

Pharmacy Invoice                    # GE Healthcare

I N V O I C E
Page 1

INVOICE NUMBER:      4922935          INVOICE DATE:     6/14/2013

**BILL TO:** NJ1-1193                  **SHIPPED TO:**
NJ HEART DR. WALIA                     NJ HEART DR. WALIA NEWARK 428
635 MARKET ST                          635 MARKET ST
NEWARK, NJ 07105                       NEWARK, NJ2 07105

**SOLD BY:**                           **REMIT TO:**

GE Healthcare                          GE Healthcare
1 Naylon Place                         P. O. Box 640200
Livingston, NJ 07039                   Pittsburgh, PA 15264-0200
973-533-9109

| # of Orders | Product Code | Description | Qty Purchased | Price | Sales Tax |
|---|---|---|---|---|---|
| 9 | 127 | Tc-99m Myoview (tetrofosmin) | 270.0000  mCi | $315.00 | $0.00 |

|  |  |
|---|---|
| Total: | $315.00 |
| Allowable Returns: | $31.50 |
| Tax: | $0.00 |
| Amount Due: | $283.50 |

Terms: On Receipt

**Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.**

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200    Tel.    Fax

RELATOR-000175

# Pharmacy Invoice

# **GE Healthcare**

**Products Purchased by**
**NJ HEART DR. WALIA NEWARK 428**

Invoice Date: 6/14/2013

Invoice No.: 4922935

| Order # | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | | Price | Tax | Novation Code |
|---------|----------------|-----------|---------------------|---------|----------|-------------------|---|-------|-----|---------------|
| * 5312679 | 6/14/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| * 5312680 | 6/14/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5312681 | 6/14/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| * 5312682 | 6/14/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5312683 | 6/14/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5312684 | 6/14/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5312685 | 6/14/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5312686 | 6/14/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5312687 | 6/14/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |

**Grand Total:** $315.00   $0.00

**Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.**

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200    Tel.    Fax

RELATOR-000176

Pharmacy Invoice                     **GE Healthcare**

**Allowable Products Returned By**                          Invoice Date:    06/14/13
**NJ HEART DR. WALIA NEWARK 428**

Invoice No  4922935

| Orde | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | Purchase Order | Price | Tax |
|------|----------------|-----------|---------------------|---------|----------|-------------------|----------------|-------|-----|
| 5312679 | 6/14/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | | $31.50 | $0.00 |
| 5312680 | 6/14/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | | $0.00 | $0.00 |
| 5312682 | 6/14/2013 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | | $0.00 | $0.00 |
| | | | | | | | **Grand Total:** | **$31.50** | **$0.00** |

**Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.**

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200    Tel.    Fax

RELATOR-000177

Pharmacy Invoice                              # GE Healthcare

I N V O I C E
Page 1

INVOICE NUMBER:        4929143                    INVOICE DATE:    10/3/2014

**BILL TO:** NJ1-1112                             **SHIPPED TO:**
Jasjit Walia, M.D.                                Jasjit Walia, M.D. LINDEN  128
520 North Wood Ave                                520 North Wood Ave
Linden, NJ 07036                                  Linden, NJ2 07036
Attn: Accounts Payable

**SOLD BY:**                                      **REMIT TO:**

GE Healthcare                                     GE Healthcare
1 Naylon Place                                    P. O. Box 640200
Livingston, NJ 07039                              Pittsburgh, PA 15264-0200
973-533-9109

| # of Orders | Product Code | Description | Qty Purchased | Price | Sales Tax |
|---|---|---|---|---|---|
| 28 | 127 | Tc-99m Myoview (tetrofosmin) | 840.0000 mCi | $980.00 | $0.00 |

|  |  |
|---|---|
| Total: | $980.00 |
| Allowable Returns: | $70.00 |
| Tax: | $0.00 |
| Amount Due: | $910.00 |

Terms: On Receipt

**Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.**

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200

RELATOR-000178

# Pharmacy Invoice

# GE Healthcare

**Products Purchased by**
**Jasjit Walia, M.D. LINDEN  128**

Invoice Date:  10/3/2014

Invoice No.:  4929143

| Order # | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | Price | Tax | Novation Code |
|---|---|---|---|---|---|---|---|---|---|
| 5593838 | 9/29/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5593839 | 9/29/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5593840 | 9/29/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5593841 | 9/29/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5593842 | 9/29/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5593843 | 9/29/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5593844 | 9/29/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5593845 | 9/29/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5593846 | 9/29/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0026-00300000-110 |
| 5593493 | 9/30/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5593494 | 9/30/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5593495 | 9/30/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5593496 | 9/30/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5593497 | 9/30/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5593498 | 9/30/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| * 5595141 | 9/30/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5594218 | 10/1/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5594219 | 10/1/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5596871 | 10/2/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0026-00300000-110 |
| 5596872 | 10/2/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0026-00300000-110 |
| 5596873 | 10/2/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0026-00300000-110 |
| 5596874 | 10/2/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0026-00300000-110 |
| * 5596875 | 10/2/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0026-00300000-110 |
| 5597732 | 10/3/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0026-00300000-110 |
| 5597733 | 10/3/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0026-00300000-110 |
| 5597734 | 10/3/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0026-00300000-110 |
| 5597735 | 10/3/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0026-00300000-110 |
| 5597731 | 10/3/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0026-00300000-110 |

**Grand Total:**  $980.00    $0.00

**Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.**

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200

RELATOR-000179

# Pharmacy Invoice

# GE Healthcare

**Allowable Products Returned By**
**Jasjit Walia, M.D. LINDEN  128**

Invoice Date:     10/03/14

Invoice No  4929143

| Orde | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | Purchase Order | Price | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 5595141 | 9/30/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | | $35.00 | $0.00 |
| 5596875 | 10/2/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | | $35.00 | $0.00 |
| | | | | | | | **Grand Total:** | **$70.00** | **$0.00** |

Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200

RELATOR-000180

Pharmacy Invoice

# GE Healthcare

I N V O I C E

Page 1

INVOICE NUMBER:     4929051

INVOICE DATE:     9/26/2014

**BILL TO:** NJ1-1112
Jasjit Walia, M.D.
520 North Wood Ave
Linden, NJ 07036
Attn: Accounts Payable

**SHIPPED TO:**
Jasjit Walia, M.D. LINDEN  128
520 North Wood Ave
Linden, NJ2 07036

**SOLD BY:**

GE Healthcare
1 Naylon Place
Livingston, NJ 07039
973-533-9109

**REMIT TO:**

GE Healthcare
P. O. Box 640200
Pittsburgh, PA 15264-0200

| # of Orders | Product Code | Description | Qty Purchased | Price | Sales Tax |
|---|---|---|---|---|---|
| 27 | 127 | Tc-99m Myoview (tetrofosmin) | 810.0000  mCi | $945.00 | $0.00 |
| | | | Total: | | $945.00 |
| | | | Tax: | | $0.00 |
| | | | Amount Due: | | $945.00 |

Terms: On Receipt

**Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.**

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200

RELATOR-000181

## Pharmacy Invoice

# GE Healthcare

**Products Purchased by**
**Jasjit Walia, M.D. LINDEN  128**

Invoice Date:    9/26/2014

Invoice No.:   4929051

| Order # | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | Price | Tax | Novation Code |
|---|---|---|---|---|---|---|---|---|---|
| 5589829 | 9/22/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5589830 | 9/22/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5589831 | 9/22/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5589832 | 9/22/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5589833 | 9/22/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5589834 | 9/22/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5589835 | 9/22/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5589401 | 9/23/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5589402 | 9/23/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5589403 | 9/23/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0026-00300000-110 |
| 5589404 | 9/23/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5589405 | 9/23/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5589406 | 9/23/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5590196 | 9/24/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0026-00300000-110 |
| 5590197 | 9/24/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5590200 | 9/24/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5590213 | 9/24/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5590214 | 9/24/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5592157 | 9/25/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5592158 | 9/25/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0026-00300000-110 |
| 5592159 | 9/25/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5592160 | 9/25/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5592161 | 9/25/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5592162 | 9/25/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5593098 | 9/26/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5593099 | 9/26/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| 5593097 | 9/26/2014 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |

**Grand Total:**    $945.00    $0.00

**Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.**

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200

RELATOR-000182

# Pharmacy Invoice

# GE Healthcare

I N V O I C E
Page 1

INVOICE NUMBER:          4932000

INVOICE DATE:    5/3/2015

**BILL TO:** NJ1-1193
NJ HEART DR. WALIA
635 MARKET ST
NEWARK, NJ 07105

**SHIPPED TO:**
NJ HEART DR. WALIA NEWARK 428
635 MARKET ST
NEWARK, NJ2 07105

**SOLD BY:**

GE Healthcare
1 Naylon Place
Livingston, NJ 07039
973-533-9109

**REMIT TO:**

GE Healthcare
P. O. Box 640200
Pittsburgh, PA 15264-0200

| # of Orders | Product Code | Description | Qty Purchased | Price | Sales Tax |
|---|---|---|---|---|---|
| 5 | 127 | Tc-99m Myoview (tetrofosmin) | 150.0000 mCi | $175.00 | $0.00 |

| | |
|---|---|
| Total: | $175.00 |
| Allowable Returns: | $17.50 |
| Tax: | $0.00 |
| Amount Due: | $157.50 |

Terms: On Receipt

**Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.**

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200

RELATOR-000183

Pharmacy Invoice                          **GE Healthcare**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

**Products Purchased by**  
**NJ HEART DR. WALIA NEWARK 428**

Invoice No.:  4932000

Invoice Date:    5/3/2015

| Order # | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | | Price | Tax | Novation Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 5732445 | 5/1/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 | 00000-0000-00300000-110 |
| * 5732446 | 5/1/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 | 11994-0000-00300000-110 |
| * 5732447 | 5/1/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 | 11994-0000-00300000-110 |
| * 5732448 | 5/1/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 | 11994-0000-00300000-110 |
| * 5732449 | 5/1/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 | 11994-0000-00300000-110 |

**Grand Total:**    $175.00    $0.00

**Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.**

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200

RELATOR-000184

# Pharmacy Invoice

# **GE Healthcare**

**Allowable Products Returned By**
**NJ HEART DR. WALIA NEWARK 428**

Invoice Date:    05/03/15

Invoice No  4932000

| Orde | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | | Purchase Order | Price | Tax |
|---|---|---|---|---|---|---|---|---|---|---|
| 5732446 | 5/1/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $17.50 | $0.00 |
| 5732447 | 5/1/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $0.00 | $0.00 |
| 5732448 | 5/1/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $0.00 | $0.00 |
| 5732449 | 5/1/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $0.00 | $0.00 |
| | | | | | | | | **Grand Total:** | $17.50 | $0.00 |

**Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.**

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200

RELATOR-000185

# Pharmacy Invoice

# GE Healthcare

INVOICE
Page 1

INVOICE NUMBER:        4931732

INVOICE DATE:        4/19/2015

**BILL TO:**  NJ1-1193
NJ HEART DR. WALIA
635 MARKET ST
NEWARK, NJ 07105

**SHIPPED TO:**
NJ HEART DR. WALIA NEWARK 428
635 MARKET ST
NEWARK, NJ2 07105

**SOLD BY:**

GE Healthcare
1 Naylon Place
Livingston, NJ 07039
973-533-9109

**REMIT TO:**

GE Healthcare
P. O. Box 640200
Pittsburgh, PA 15264-0200

| # of Orders | Product Code | Description | Qty Purchased | Price | Sales Tax |
|---|---|---|---|---|---|
| 9 | 127 | Tc-99m Myoview (tetrofosmin) | 270.0000  mCi | $315.00 | $0.00 |

| | |
|---|---|
| Total: | $315.00 |
| Allowable Returns: | $31.50 |
| Tax: | $0.00 |
| Amount Due: | $283.50 |

Terms: On Receipt



**Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.**

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200

RELATOR-000186

# Pharmacy Invoice

# GE Healthcare

Invoice Date:    4/19/2015

**Products Purchased by**
**NJ HEART DR. WALIA NEWARK 428**

Invoice No.:    4931732

| Order # | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | Price | Tax | Novation Code |
|---|---|---|---|---|---|---|---|---|---|
| 5722711 | 4/17/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | 11994-0000-00300000-110 |
| * 5722712 | 4/17/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | 11994-0000-00300000-110 |
| 5722713 | 4/17/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | 17156-0026-00300000-110 |
| * 5722714 | 4/17/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | 17156-0026-00300000-110 |
| 5722715 | 4/17/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | 11994-0000-00300000-110 |
| 5722716 | 4/17/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | 11994-0000-00300000-110 |
| 5722717 | 4/17/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | 11994-0000-00300000-110 |
| 5722718 | 4/17/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | 11994-0026-00300000-110 |
| 5722719 | 4/17/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | 11994-0000-00300000-110 |

**Grand Total:**     $315.00     $0.00

**Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.**

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200

RELATOR-000187

# Pharmacy Invoice

# GE Healthcare

**Allowable Products Returned By**
**NJ HEART DR. WALIA NEWARK 428**

Invoice Date:     04/19/15

Invoice No   4931732

| Orde | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | Purchase Order | Price | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 5722712 | 4/17/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | | $31.50 | $0.00 |
| 5722714 | 4/17/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | | $0.00 | $0.00 |
| | | | | | | | **Grand Total:** | **$31.50** | **$0.00** |

**Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.**

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200

RELATOR-000188

# Pharmacy Invoice

# GE Healthcare

I N V O I C E
Page 1

INVOICE NUMBER:        4932173

INVOICE DATE:        5/17/2015

**BILL TO:** NJ1-1193
NJ HEART DR. WALIA
635 MARKET ST
NEWARK, NJ 07105

**SHIPPED TO:**
NJ HEART DR. WALIA NEWARK 428
635 MARKET ST
NEWARK, NJ2 07105

**SOLD BY:**

GE Healthcare
1 Naylon Place
Livingston, NJ 07039
973-533-9109

**REMIT TO:**

GE Healthcare
P. O. Box 640200
Pittsburgh, PA 15264-0200

| # of Orders | Product Code | Description | Qty Purchased | Price | Sales Tax |
|---|---|---|---|---|---|
| 5 | 127 | Tc-99m Myoview (tetrofosmin) | 150.0000  mCi | $175.00 | $0.00 |
| | | | | Total: | $175.00 |
| | | | | Tax: | $0.00 |
| | | | | Amount Due: | $175.00 |

Terms: On Receipt



---

**Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.**

# Pharmacy Invoice

# GE Healthcare

**Products Purchased by**
**NJ HEART DR. WALIA NEWARK 428**

Invoice Date:   5/17/2015

Invoice No.:   4932173

| Order # | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | | Price | Tax | Novation Code |
|---------|----------------|-----------|---------------------|---------|----------|-------------------|---|-------|-----|---------------|
| 5741989 | 5/15/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 | 11994-0000-00300000-110 |
| 5741990 | 5/15/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 | 11994-0000-00300000-110 |
| 5741991 | 5/15/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 | 11994-0000-00300000-110 |
| 5741992 | 5/15/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 | 11994-0000-00300000-110 |
| 5741993 | 5/15/2015 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 | 11994-0000-00300000-110 |

**Grand Total:**   $175.00   $0.00

**Pursuant to the terms of Customer's individual contract, Customer may be in receipt of additional rebates. Costs reported to Medicare or a state health program should reflect the discounts and rebates that are provided to the Customer.**

GE Healthcare     P.O. Box 640200 Pittsburgh, PA 15264-0200

RELATOR-000190

# Pharmacy Invoice

# GE Healthcare

<u>I N V O I C E</u>
Page 1

INVOICE NUMBER:        8938387

INVOICE DATE:        9/18/2016

**BILL TO:** NJ1-1193
NJ HEART DR. WALIA
635 MARKET ST
NEWARK, NJ 07105

**SHIPPED TO:**
NJ HEART DR. WALIA NEWARK 428
635 MARKET ST
NEWARK, NJ2 07105

**SOLD BY:**

GE Healthcare
1 Naylon Place
Livingston, NJ 07039
973-533-9109

**REMIT TO:**

GE Healthcare
P. O. Box 640200
Pittsburgh, PA 15264-0200

| # of Orders | Product Code | Description | Qty Purchased | Price | Sales Tax |
|---|---|---|---|---|---|
| 6 | 127 | Tc-99m Myoview (tetrofosmin) | 180.0000 mCi | $210.00 | $0.00 |
| | | | Total: | | $210.00 |
| | | | Tax: | | $0.00 |
| | | | Amount Due: | | $210.00 |

Terms: On Receipt

Unless the parties have an effective written purchase agreement, this invoice is governed by GE Healthcare's Terms and Conditions of Purchase- Contrast Media and Nuclear Imaging Agents  Please locate these terms at WWW.GELIFESCIENCES.COM/TERMS.  Customer may be in receipt of additional rebates Please properly reflect any discounts or rebates received in any cost reports to federal or state healthcare programs Contact GE Healthcare with any questions or concerns

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200

RELATOR-000191

# GE Healthcare

## Pharmacy Invoice

Invoice Date:    9/18/2016

**Products Purchased by**
**NJ HEART DR. WALIA NEWARK 428**

Invoice No.:  8938387

| Order # | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | Price | Tax | Novation Code |
|---------|----------------|-----------|---------------------|---------|----------|-------------------|-------|-----|---------------|
| 6050938 | 9/16/2016 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | |
| 6050939 | 9/16/2016 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | |
| 6050940 | 9/16/2016 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | 11994-0026-00300000-110 |
| 6050941 | 9/16/2016 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | 11994-0026-00300000-110 |
| 6050942 | 9/16/2016 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | 11994-0026-00300000-110 |
| 6050943 | 9/16/2016 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $35.00 | $0.00 | 11994-0026-00300000-110 |
| | | | | | | **Grand Total:** | **$210.00** | **$0.00** | |

Unless the parties have an effective written purchase agreement, this invoice is governed by GE Healthcare's Terms and Conditions of Purchase- Contrast Media and Nuclear Imaging Agents  Please locate these terms at WWW.GELIFESCIENCES.COM/TERMS.  Customer may be in receipt of additional rebates Please properly reflect any discounts or rebates received in any cost reports to federal or state healthcare programs Contact GE Healthcare with any questions or concerns

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200

RELATOR-000192

# Pharmacy Invoice

# GE Healthcare

<u>INVOICE</u>
Page 1

INVOICE NUMBER:     8938152

INVOICE DATE:     8/31/2016

**BILL TO:** NJ1-1193
NJ HEART DR. WALIA
635 MARKET ST
NEWARK, NJ 07105

**SHIPPED TO:**
NJ HEART DR. WALIA NEWARK 428
635 MARKET ST
NEWARK, NJ2 07105

**SOLD BY:**

GE Healthcare
1 Naylon Place
Livingston, NJ 07039
973-533-9109

**REMIT TO:**

GE Healthcare
P. O. Box 640200
Pittsburgh, PA 15264-0200

| # of Orders | Product Code | Description | Qty Purchased | Price | Sales Tax |
|---|---|---|---|---|---|
| 5 | 127 | Tc-99m Myoview (tetrofosmin) | 150.0000  mCi | $175.00 | $0.00 |

| | |
|---|---|
| Total: | $175.00 |
| Allowable Returns: | $17.50 |
| Tax: | $0.00 |
| Amount Due: | $157.50 |

Terms: On Receipt

Unless the parties have an effective written purchase agreement, this invoice is governed by GE Healthcare's Terms and Conditions of Purchase- Contrast Media and Nuclear Imaging Agents  Please locate these terms at WWW.GELIFESCIENCES.COM/TERMS.  Customer may be in receipt of additional rebates Please properly reflect any discounts or rebates received in any cost reports to federal or state healthcare programs Contact GE Healthcare with any questions or concerns

RELATOR-000193

# Pharmacy Invoice

# GE Healthcare

**Products Purchased by**
**NJ HEART DR. WALIA NEWARK 428**

Invoice Date:    8/31/2016

Invoice No.:  8938152

| Order # | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | | Price | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 6038666 | 8/26/2016 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 |
| 6038667 | 8/26/2016 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 |
| 6038668 | 8/26/2016 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 |
| * 6038669 | 8/26/2016 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 |
| * 6038670 | 8/26/2016 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | $35.00 | $0.00 |

|  |  | **Grand Total:** | $175.00 | $0.00 |
|---|---|---|---|---|

Unless the parties have an effective written purchase agreement, this invoice is governed by GE Healthcare's Terms and Conditions of Purchase- Contrast Media and Nuclear Imaging Agents  Please locate these terms at WWW.GELIFESCIENCES.COM/TERMS.  Customer may be in receipt of additional rebates Please properly reflect any discounts or rebates received in any cost reports to federal or state healthcare programs Contact GE Healthcare with any questions or concerns

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200

# Pharmacy Invoice

# GE Healthcare

**Allowable Products Returned By**
**NJ HEART DR. WALIA NEWARK 428**

Invoice Date:    08/31/16

Invoice No  8938152

| Orde | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | | Purchase Order | Price | Tax |
|---|---|---|---|---|---|---|---|---|---|---|
| 6038669 | 8/26/2016 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $17.50 | $0.00 |
| 6038670 | 8/26/2016 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 | mCi | | $0.00 | $0.00 |
| | | | | | | | | **Grand Total:** | **$17.50** | **$0.00** |

Unless the parties have an effective written purchase agreement, this invoice is governed by GE Healthcare's Terms and Conditions of Purchase- Contrast Media and Nuclear Imaging Agents  Please locate these terms at WWW.GELIFESCIENCES.COM/TERMS.  Customer may be in receipt of additional rebates  Please properly reflect any discounts or rebates received in any cost reports to federal or state healthcare programs Contact GE Healthcare with any questions or concerns

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200

RELATOR-000195

# Pharmacy Invoice

# GE Healthcare

I N V O I C E
Page 1

INVOICE NUMBER:          8941545

INVOICE DATE:          5/21/2017

**BILL TO:**  NJ1-1193
NJ HEART DR. WALIA
635 MARKET ST
NEWARK, NJ 07105

**SHIPPED TO:**
NJ HEART DR. WALIA NEWARK 428
635 MARKET ST
NEWARK, NJ2 07105

**SOLD BY:**

GE Healthcare
1 Naylon Place
Livingston, NJ 07039
973-533-9109

**REMIT TO:**

GE Healthcare
P. O. Box 640200
Pittsburgh, PA 15264-0200

| # of Orders | Product Code | Description | Qty Purchased | Price | Sales Tax |
|---|---|---|---|---|---|
| 7 | 127 | Tc-99m Myoview (tetrofosmin) | 210.0000  mCi | $252.00 | $0.00 |

|  |  |
|---|---|
| Total: | $252.00 |
| Allowable Returns: | $25.20 |
| Tax: | $0.00 |
| Amount Due: | $226.80 |

Terms: On Receipt

Unless the parties have an effective written purchase agreement, this invoice is governed by GE Healthcare's Terms and Conditions of Purchase- Contrast Media and Nuclear Imaging Agents  Please locate these terms at WWW.GELIFESCIENCES.COM/TERMS.  Customer may be in receipt of additional rebates Please properly reflect any discounts or rebates received in any cost reports to federal or state healthcare programs Contact GE Healthcare with any questions or concerns

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200

# GE Healthcare

Pharmacy Invoice

Invoice Date:    5/21/2017

**Products Purchased by**
**NJ HEART DR. WALIA NEWARK 428**

Invoice No.:  8941545

| Order # | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | Price | Tax |
|---|---|---|---|---|---|---|---|---|
| | | | | Unit Dose | 110 | 30.0000 mCi | $36.00 | $0.00 |
| 6206302 | 5/19/2017 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $36.00 | $0.00 |
| 6206303 | 5/19/2017 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $36.00 | $0.00 |
| 6206304 | 5/19/2017 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $36.00 | $0.00 |
| 6206305 | 5/19/2017 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $36.00 | $0.00 |
| 6206306 | 5/19/2017 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $36.00 | $0.00 |
| 6206307 | 5/19/2017 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $36.00 | $0.00 |
| * 6206308 | 5/19/2017 | 127 | Tc-99m Myoview | | | | | |

| | Grand Total: | $252.00 | $0.00 |
|---|---|---|---|

Unless the parties have an effective written purchase agreement, this invoice is governed by GE Healthcare's Terms and Conditions of Purchase. Contrast Media and Nuclear Imaging Agents  Please locate these terms at WWW.GELIFESCIENCES.COM/TERMS.  Customer may be in receipt of additional rebates Please properly reflect any discounts or rebates received in any cost reports to federal or state healthcare programs Contact GE Healthcare with any questions or concerns

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200

RELATOR-000197

Pharmacy Invoice                                **GE Healthcare**

**Allowable Products Returned By**
**NJ HEART DR. WALIA NEWARK 428**

Invoice Date:    05/21/17

Invoice No  8941545

| Orde | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | Purchase Order | Price | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 6206308 | 5/19/2017 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | | $25.20 | $0.00 |
| | | | | | | | **Grand Total:** | **$25.20** | **$0.00** |

Unless the parties have an effective written purchase agreement, this invoice is governed by GE Healthcare's Terms and Conditions of Purchase- Contrast Media and Nuclear Imaging Agents  Please locate these terms at WWW.GELIFESCIENCES.COM/TERMS.  Customer may be in receipt of additional rebates Please properly reflect any discounts or rebates received in any cost reports to federal or state healthcare programs Contact GE Healthcare with any questions or concerns

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200

RELATOR-000198

# Pharmacy Invoice

# GE Healthcare

I N V O I C E
Page 1

INVOICE NUMBER:          8941456

INVOICE DATE:      5/14/2017

**BILL TO:**  NJ1-1193
NJ HEART DR. WALIA
635 MARKET ST
NEWARK, NJ 07105

**SHIPPED TO:**
NJ HEART DR. WALIA NEWARK 428
635 MARKET ST
NEWARK, NJ2 07105

**SOLD BY:**

GE Healthcare
1 Naylon Place
Livingston, NJ 07039
973-533-9109

**REMIT TO:**

GE Healthcare
P. O. Box 640200
Pittsburgh, PA 15264-0200

| # of Orders | Product Code | Description | Qty Purchased | Price | Sales Tax |
|---|---|---|---|---|---|
| 6 | 127 | Tc-99m Myoview (tetrofosmin) | 180.0000 mCi | $216.00 | $0.00 |
| | | | Total: | | $216.00 |
| | | | Tax: | | $0.00 |
| | | | Amount Due: | | $216.00 |

Terms: On Receipt

OK
/PG

Unless the parties have an effective written purchase agreement, this invoice is governed by GE Healthcare's Terms and Conditions of Purchase- Contrast Media and Nuclear Imaging Agents  Please locate these terms at WWW.GELIFESCIENCES.COM/TERMS.  Customer may be in receipt of additional rebates Please properly reflect any discounts or rebates received in any cost reports to federal or state healthcare programs Contact GE Healthcare with any questions or concerns

GE Healthcare   P.O. Box 640200 Pittsburgh, PA 15264-0200

RELATOR-000199

# GE Healthcare

Pharmacy Invoice

Invoice Date:    5/14/2017

**Products Purchased by**
**NJ HEART DR. WALIA NEWARK 428**

Invoice No.:   8941456

| Order # | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | Price | Tax |
|---|---|---|---|---|---|---|---|---|
| 6201494 | 5/12/2017 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $36.00 | $0.00 |
| 6201495 | 5/12/2017 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $36.00 | $0.00 |
| 6201496 | 5/12/2017 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $36.00 | $0.00 |
| 6201497 | 5/12/2017 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $36.00 | $0.00 |
| 6201498 | 5/12/2017 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $36.00 | $0.00 |
| 6201499 | 5/12/2017 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000  mCi | $36.00 | $0.00 |
| | | | | | | **Grand Total:** | **$216.00** | **$0.00** |

Unless the parties have an effective written purchase agreement, this invoice is governed by GE Healthcare's Terms and Conditions of Purchase- Contrast Media and Nuclear Imaging Agents  Please locate these terms at WWW.GELIFESCIENCES.COM/TERMS.  Customer may be in receipt of additional rebates Please properly reflect any discounts or rebates received in any cost reports to federal or state healthcare programs Contact GE Healthcare with any questions or concerns

GE Healthcare    P.O. Box 640200 Pittsburgh, PA 15264-0200

RELATOR-000200