# Exhibit 6

RELATOR-000201



CUSTOM FORM OF LOC

### Vizient Letter of Commitment ("LOC")

#### For Custom Tier Pricing

GE Healthcare, Inc. ("Supplier") shall offer a custom, committed pricing tier ("Custom Tier Pricing") to NJ Medcare LLC DBA NJ Heart ("Customer") under the Radiopharmaceutical Distribution Agreement between Vizient, LLC, formally known as Novation, LLC ("Vizient") and GE Healthcare Inc., a GE Healthcare business, effective as of July 1, 2012 (the "Agreement").

Supplier shall offer Customer, who is a member of Vizient, Custom Tier Pricing as set forth within this LOC in exchange for Customer's commitment to purchase Radiopharmaceutical Products ("Products") from Supplier pursuant to the terms and conditions of the Agreement. To qualify for Custom Pricing, Customer must agree to meet Supplier's requirements as set forth within this LOC below.

| | |
|---|---|
| Vizient Contract Number: | DR0011-2012 |
| Product Category: | Radiopharmaceutical Products |
| LOC Effective Date: | From the date of the last signature set forth below |

Customer Information:
NJ Medcare LLC
DBA NJ Heart
520 N. Wood Ave
Linden, NJ 07036

1.      This LOC is subject to the terms and conditions of the Agreement. All capitalized terms not otherwise defined in this LOC have the meanings given to them in the Agreement. This LOC expires December 31, 2018, upon the expiration of the Agreement, unless the Agreement is extended. Either Party may terminate this Agreement without cause on ninety (90) days written notice to the other Party. Termination shall not affect any orders accepted by GE Healthcare prior to termination. Any prior similar agreements between Supplier and Customer covering the purchase and sale of Products in effect on the date of this Agreement are hereby terminated; provided, however, that the terms and conditions of any such agreements shall continue to apply to orders thereunder which were accepted by GE Healthcare prior to termination.

2.      Commitment is on behalf of: (please select one)
  Independent Customer or
☑  Customer Group.

If the "Customer Group" box in this paragraph is checked, then any reference to a "Customer" in this LOC will be treated as a reference to a "Customer Group."

3.      Customer Group.      If a Customer Group is executing this LOC on behalf of itself and its constituent Customers (as listed on Attachment B to this LOC), then (a) each of the constituent Customers does not have to execute a separate LOC to access the applicable Committed Tier pricing, and (b) Customer Group may aggregate the purchases of the constituent Customers for purposes of complying with its Custom Tier Pricing.

4.      Tier Designation.      The following Custom Tier Pricing is available under the Agreement. By selecting the Custom Tier Pricing, the Customer commits to purchase Products at the applicable Custom Tier Pricing.

☑      CUSTOM TIER PRICING: Customer will receive the Contract Price for agreeing to the terms of the Agreement in connection with each Product separately. The Contract Price may be earned for each Product in each calendar quarter, separate and apart from whether the Contract Price is earned on any other Product or in any other calendar quarter.

RELATOR-000202



CUSTOM FORM OF LOC

5.   Pricing.        Attachment A sets forth the Product pricing. Within thirty (30) days after the execution and delivery of this LOC, Supplier must load into its system the applicable Custom Tier Pricing for the Customer. Beginning on the first day of the month following this thirty (30) day period, the Customer must receive the applicable Product pricing for the selected Custom Tier Pricing.

    5.1.   Definitions. For the purposes of this LOC and its Attachments:

        5.1.1.    Products. The terms "Product" or "Products" refers to all dosage forms, package sizes, and package types of the items listed in Attachment A below.

        5.1.2.    List Price. The term "List Price" refers to the purchase price at which Supplier makes each unit of a Product available for sale to all customers, before any discounts or tiers.

        5.1.3.    Contract Price. Customer will receive the Contract Price for agreeing to the terms of the Agreement in connection with each Product separately. The Contract Price may be earned for each Product in each calendar quarter, separate and apart from whether the Contract Price is earned on any other Product or in any other calendar quarter.

    5.2.   Pricing Adjustments. Supplier will have the right to change pricing for any Product under this Agreement (30) days after providing Customer with written notice.

    5.3.   Multiple Price Concession. Customer and a Customer Facility, if any, cannot combine the discounts or rebates available under this Agreement with any other discounts or rebates of any kind, including but not limited to discounts offered through the 340B Program.

6.   Compliance.   A Customer's compliance with its Custom Tier Pricing is based on the Customer's aggregate annual purchases. Supplier and Vizient may conduct quarterly reviews of the Customer's Custom Tier Pricing compliance. If a quarterly review reveals that Customer failed or is failing to purchase at the Custom Tier Pricing, then Supplier may issue written notice of non-compliance to the Customer and to Vizient. If the Customer does not bring its purchases to the Custom Tier Pricing within thirty (30) days of receiving notice of non-compliance from Supplier, then Supplier may move the Customer to the applicable pricing Tier (to which the Customer's purchases qualify for future purchases, but (a) Supplier may not assign the Customer to pricing higher than the Access Tier; and (b) Supplier must provide ninety (90) days' prior written notice to the Customer and Vizient indicating that the Customer is being moved to the applicable pricing Tier. Additionally Customer shall remit the difference between each Access Tier Price and its Contract Price for every Product purchased in such fiscal quarter to Supplier ("Pricing Adjustment"). Customer shall pay the Pricing Adjustment no later than 30 days after Supplier provides written notice to Customer and/or Customer Affiliate of its non-compliance. If the Customer subsequently brings its purchases to the Custom Tier Pricing designated on its LOC, then Supplier must immediately reinstate the Customer's access to the corresponding Custom Tier Pricing.

NJ MEDCARE LLC
DBA NJ HEART

GE HEALTHCARE, INC.

By: _____

Name: _____

Title: _____

Date: _____

By: _Anthony Zinno (Jun 15, 2017)_____

Name: Anthony Zinno

Title: __GM Radio Pharmacy__

Date: _____

Jun 15, 2017

Please send the signed LOC back to Supplier

This space is intentionally left blank.


CUSTOM FORM OF LOC

ATTACHMENT A
PRODUCT PRICING

Table 1, Products and Pricing

| Product Code | Item Description | Sell Use UOM | Sell Use Quantity | List Price | List Price Each (add'l mCi) | Contract Price | Contract Price Each (add'l mCi) | Committed Price | Committed Price Each (add'l mCi) |
|---|---|---|---|---|---|---|---|---|---|
| 127 | Tc99m Myoview® | 1 - 30 mCi | syringe | $100.00 | $2.40 | $61.20 | $2.04 | $36.00 | $1.20 |
| 102-25 | Tc99m NoTc0A (unit dose) | 1 - 25mCi | syringe | $69.27 | $2.77 | $68.58 | $2.74 | $17.50 | $0.70 |
| 204 | Pyrophosphate Kit | 1 vial | kit | $84.84 | N/A | $52.21 | N/A | $49.44 | N/A |

This space is intentionally left blank.



CUSTOM FORM OF LOC

Attachment B
Purchaser Affiliate List

| Facility Name | Address | City, State, Zip | Facility Type |
|---|---|---|---|
| NJ Heart - Linden | 520 N. Wood Ave. | Linden, NJ 07036 | FSIC |
| NJ Heart - Newark - Market St | 635 Market Street | Newark, NJ 07105 | FSIC |

This space is intentionally left blank.

RELATOR-000205

**Signature:** _Anthony Zinno_
Anthony Zinno (Jun 22, 2021)

**Email:** Anthony.Zinno@ge.com

**Title:** GM Radio Pharmacy

**Company:** GE Healthcare

RELATOR-000206