# Exhibit 8

## 2017 NOVATION PRICING: Nuclear Medicine Radiopharmaceuticals & Related Products

| Reference Dose Short Description Dose indicated as Procedure are considered inclusive | Item Number | Strength | Packaging | UOM | Qty per UOM | 2016 Tier 1: Access | 2017 Tier 1: Access Final | 2017 Tier 1 Each additional mCi Final | 2017 Tier 2: 90% Compliance Final | 2017 Tier 2 Each additional mCi Final |
|---|---|---|---|---|---|---|---|---|---|---|
| Tc-99m NaTcO4 UD | 102 | 1-25 mCi | syringe/vial | each | 1 | $69.27 | $35.87 | $1.43 | $16.00 | $0.64 |
| Tc-99m NaTcO4 Bulk | 102 | >25 mCi | syringe/vial | mCi | 1 | $2.77 | $1.43 | $1.43 | $0.64 | $0.64 |
| Tc-99m TechneScan HDP | 103 | 1-25 mCi | UD | syringe | 1 | $97.19 | $50.11 | $2.00 | $34.75 | $1.39 |
| Tc-99m PYP Pyrophosphate | 104 | 1-25 mCi | UD | syringe | 1 | $162.77 | $97.59 | $3.90 | $71.47 | $2.86 |
| Tc-99m MDP | 105 | 1-25 mCi | UD | syringe | 1 | $58.91 | $48.53 | $1.94 | $45.01 | $1.80 |
| Tc-99m DTPA 1-25 mCi UD | 109-R | 1-25 mCi | UD | syringe | 1 | $97.85 | $135.53 | $5.42 | $125.91 | $5.32 |
| Tc-99m DTPA 26-40 mCi UD | 109-A | 26-40 mCi | UD | syringe | 1 | $106.09 | $146.12 | $5.62 | $134.47 | $5.32 |
| Tc-99m DTPA each add'l mCi | 109 | >41 mCi | syringe/vial | mCi | 1 | $4.20 | $5.62 | $5.62 | $5.32 | $5.32 |
| Tc-99m Sulfur Colloid TSC UD | 110 | 1-8 mCi | UD | syringe | 1 | $271.00 | $209.95 | $26.24 | $145.38 | $18.17 |
| Tc-99m MAA UD | 111 | 1-7 mCi | syringe/vial | each | 1 | $140.00 | $179.14 | $25.59 | $167.48 | $23.93 |
| Tc-99m Neurolite UD | 112 | 1-30mCi | UD | syringe | 1 | $1,560.00 | $1,827.28 | $60.91 | $1,585.28 | $52.84 |
| Tc-99m Filtered Sulfur Colloid UD | 115 | 1.0 mCi | UD | syringe | 1 | $219.23 | $317.56 | $317.56 | $258.75 | $258.75 |
| Tc-99m TechneScan MAG3 UD | 116 | 1-15 mCi | UD | syringe | 1 | $401.46 | $429.14 | $28.61 | $399.38 | $26.63 |
| Tc-99m DMSA UD | 120 | 1-5 mCi | UD | syringe | 1 | $638.60 | Currently off the market with no anticipated return date in 2017 | | | |
| Tc-99m Hepatolite UD | 121 | 1-10 mCi | UD | syringe | 1 | $82.73 | $114.00 | $11.40 | $67.89 | $6.79 |
| Tc-99m Choletec(Mebrofenin) UD | 122 | 1-10 mCi | UD | syringe | 1 | $62.10 | $74.05 | $7.41 | $52.14 | $5.21 |
| Tc-99m Sestamibi Generic UD | 123 | 1-30 mCi | UD | syringe | 1 | $129.88 | $52.75 | $52.75 | $45.00 | $1.50 |
| Tc-99m Ceretec UD | 125 | 1-30 mCi | UD | syringe | 1 | $1,339.00 | $1,633.01 | $54.43 | $1,200.00 | $40.00 |
| Tc-99m Myoview UD | 127 | 1-30 mCi | UD | syringe | 1 | $72.00 | $52.75 | $1.76 | $38.01 | $1.27 |
| HDP Kit | 203 | | Vial | each | 1 | $84.35 | $68.58 | | $41.25 | |
| PYP CIS KIT | 204 | | Vial | each | 1 | $82.17 | $103.91 | | $51.50 | |
| MDP Kit | 205 | | Vial | each | 1 | $42.85 | $191.22 | | $146.27 | |
| DTPA Kit | 209 | | Vial | each | 1 | $225.00 | $317.56 | | $281.25 | |
| TSC Kit | 210 | | Vial | each | 1 | $534.48 | $627.18 | | $449.11 | |
| MAA Kit | 211 | | Vial | each | 1 | $560.98 | $737.45 | | $655.85 | |
| Neurolite Kit | 212 | | Vial | each | 1 | $1,677.50 | $1,793.49 | | $1,507.92 | |
| DMSA Kit | 220 | | Vial | each | 1 | $600.00 | Currently off the market with no anticipated return date in 2017 | | | |
| Hepatolite Kit | 221 | | Vial | each | 1 | $111.41 | $120.13 | | $95.75 | |
| Sestamibi Generic Kit | 223 | | Vial | each | 1 | $444.43 | $233.64 | | $186.21 | |
| Choletec(Mebrofenin) Kit | 224 | | Vial | each | 1 | $160.93 | $184.63 | | $131.25 | |
| Ceretec Kit non-stabilized | 225 | | Vial | each | 1 | $1,138.00 | $1,356.67 | | $1,182.38 | |
| UltraTag RBC Kit | 226 | | Vial | each | 1 | $256.27 | $232.89 | | $172.99 | |
| Ceretec Kit | 235 | | Vial | each | 1 | $1,138.00 | $1,356.67 | | $1,182.38 | |
| Tc-99m Ceretec WBC Procedure | 255 | | Procedure | syringe | 1 | $1,622.25 | $1,793.50 | | $1,385.55 | |
| Tc-99m UltraTag RBC Procedure | 256 | | Procedure | syringe | 1 | $760.54 | $1,019.12 | | $1,000.98 | |
| Tc-99m RBC Labeled Procedure | 256 | | Procedure | syringe | 1 | $680.54 | $911.74 | | $895.70 | |
| Myoview Kit | 257 | | Vial | each | 1 | $584.77 | $629.59 | | $162.91 | |