# **Exhibit 11**

# Pharmacy Invoice

# GE Healthcare

INVOICE
Page 1

INVOICE NUMBER: 8953732

INVOICE DATE: 08/16/2020

**BILL TO:** NJ1-1112
Jasjit Walia, M.D.
520 North Wood Ave
Linden, NJ 07036
Attn: Accounts Payable

**SHIPPED TO:**
NJ HEART DR. WALIA128 Linden Jasjit Walia,
MD/Viz tier 2UD
520 North Wood Ave
Linden, NJ2 07036

**SOLD BY:**
GE Healthcare New Jersey
1 Naylon Place
Livingston, NJ 07039
973-533-9109

**REMIT TO:**
GE Healthcare
P. O. Box 640200
Pittsburgh, PA 15264-0200

| # of Orders | Product Code | Description | Qty Purchased | Price | Sales Tax |
|---|---|---|---|---|---|
| 51 | 127 | Tc-99m Myoview (tetrofosmin) | 1,530.0000 mCi | $1,922.70 | $0.00 |
| | | | Total: | | $1,922.70 |
| | | | Allowable Returns: | | $188.50 |
| | | | Tax: | | $0.00 |
| | | | **Amount Due:** | | **$1,734.20** |

Terms: On Receipt

Unless the parties have an effective written purchase agreement, this invoice is governed by GE Healthcare's Terms and Conditions of Purchase- Contrast Media and Nuclear Imaging Agents. Please locate these terms at WWW.GELIFESCIENCES.COM/TERMS. Customer may be in receipt of additional rebates. Please properly reflect any discounts or rebates received in any cost reports to federal or state healthcare programs. Contact GE Healthcare with any questions or concerns.

GE Healthcare, P. O. Box 640200, Pittsburgh, PA, 15264-0200

# Pharmacy Invoice

# GE Healthcare

**Products Purchased By**  
NJ HEART DR. WALIA 128 Linden Jasjit Walia, MD/Viz tier 2UD

**Invoice Date:** 08/16/2020

Invoice No: 8953732  
P.O.#:

| Order # | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | Price | Tax | Novation Code |
|---|---|---|---|---|---|---|---|---|---|
| 6706400 | 8/10/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6706401 | 8/10/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6706402 | 8/10/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6706403 | 8/10/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6706404 | 8/10/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6706405 | 8/10/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6706406 | 8/10/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6706407 | 8/10/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6706408 | 8/10/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6706409 | 8/10/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6705683 | 8/11/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6705684 | 8/11/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6705685 | 8/11/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6705686 | 8/11/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6705688 | 8/11/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6706751 | 8/11/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6706752 | 8/11/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6706753 | 8/11/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6706754 | 8/11/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6706755 | 8/11/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6705871 | 8/12/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6705872 | 8/12/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6705873 | 8/12/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6705874 | 8/12/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6705875 | 8/12/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6705877 | 8/12/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6705878 | 8/12/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6705879 | 8/12/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6705886 | 8/12/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6705887 | 8/12/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6707428 | 8/13/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6707429 | 8/13/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6707430 | 8/13/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6707431 | 8/13/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6707432 | 8/13/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6707433 | 8/13/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6707434 | 8/13/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6707435 | 8/13/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6707436 | 8/13/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6707437 | 8/13/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6707568 | 8/13/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |

Unless the parties have an effective written purchase agreement, this invoice is governed by GE Healthcare's Terms and Conditions of Purchase- Contrast Media and Nuclear Imaging Agents. Please locate these terms at WWW.GELIFESCIENCES.COM/TERMS. Customer may be in receipt of additional rebates. Please properly reflect any discounts or rebates received in any cost reports to federal or state healthcare programs. Contact GE Healthcare with any questions or concerns.

GE Healthcare, P. O. Box 640200, Pittsburgh, PA, 15264-0200

# Pharmacy Invoice                                    GE Healthcare

**Products Purchased By**  NJ HEART DR. WALIA 128 Linden Jasjit Walia, MD/Viz tier 2UD

**Invoice Date:** 08/16/2020
**Invoice No:** 8953732
**P.O.#:**

| Order # | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | Price | Tax | Novation Code |
|---|---|---|---|---|---|---|---|---|---|
| 6708305 | 8/14/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6708306 | 8/14/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6708307 | 8/14/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6708308 | 8/14/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6708309 | 8/14/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6708310 | 8/14/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6708311 | 8/14/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6708312 | 8/14/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6708313 | 8/14/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 6708314 | 8/14/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |

**Grand Total:**                          $1,922.70    0.0000

Unless the parties have an effective written purchase agreement, this invoice is governed by GE Healthcare's Terms and Conditions of Purchase- Contrast Media and Nuclear Imaging Agents. Please locate these terms at WWW.GELIFESCIENCES.COM/TERMS. Customer may be in receipt of additional rebates. Please properly reflect any discounts or rebates received in any cost reports to federal or state healthcare programs. Contact GE Healthcare with any questions or concerns.

GE Healthcare, P. O. Box 640200, Pittsburgh, PA, 15264-0200

# Pharmacy Invoice

# GE Healthcare

Invoice No: 8953732

Allowable Products Returned By
NJ HEART DR. WALIA128 Linden Jasjit Walia, MD/Viz tier 2UD

Invoice Date: 8/16/2020

P.O.#:

| Order # | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | Purchase Order | Price | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 6706409 | 8/10/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | | $ 37.70 | $0.00 |
| 6707435 | 8/13/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | | $ 37.70 | $0.00 |
| 6707434 | 8/13/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | | $ 37.70 | $0.00 |
| 6708313 | 8/14/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | | $ 37.70 | $0.00 |
| 6708314 | 8/14/2020 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | | $ 37.70 | $0.00 |
| | | | | | | | **Grand Total:** | **$188.50** | **$0.00** |

Unless the parties have an effective written purchase agreement, this invoice is governed by GE Healthcare's Terms and Conditions of Purchase- Contrast Media and Nuclear Imaging Agents. Please locate these terms at WWW.GELIFESCIENCES.COM/TERMS. Customer may be in receipt of additional rebates. Please properly reflect any discounts or rebates received in any cost reports to federal or state healthcare programs. Contact GE Healthcare with any questions or concerns.

GE Healthcare, P. O. Box 640200, Pittsburgh, PA, 15264-0200

# Pharmacy Invoice Payment

# GE Healthcare

**REMIT-TO ADDRESS:**
GE Healthcare
P. O. Box 640200
Pittsburgh, PA 15264-0200

**RECORD CHECK NUMBER HERE:**

**INVOICE NUMBER:** 8953732

**INVOICE AMOUNT:** $1,734.20

**PO#:**

**CUSTOMER ADDRESS:**
NJ HEART DR. WALIA
128 Linden Jasjit Walia, MD/Viz tier2UD
520 North Wood Ave
Linden, NJ2 07036

RETURN THIS PAGE WITH YOUR REMITTANCE

Unless the parties have an effective written purchase agreement, this invoice is governed by GE Healthcare's Terms and Conditions of Purchase- Contrast Media and Nuclear Imaging Agents. Please locate these terms at WWW.GELIFESCIENCES.COM/TERMS. Customer may be in receipt of additional rebates. Please properly reflect any discounts or rebates received in any cost reports to federal or state healthcare programs. Contact GE Healthcare with any questions or concerns.

GE Healthcare, P. O. Box 640200, Pittsburgh, PA, 15264-0200