# Exhibit 12

# Pharmacy Invoice

# RLS (USA) Inc.

**INVOICE**
Page 1

INVOICE NUMBER: 8955094

INVOICE DATE: 01/10/2021

**BILL TO:** NJ1-1112
Jasjit Walia, M.D.
520 North Wood Ave
Linden, NJ 07036
Attn: Accounts Payable

**SHIPPED TO:**
NJ HEART DR. WALIA128 Linden Jasjit Walia,
MD/Viz tier 2UD
520 North Wood Ave
Linden, NJ2 07036

**SOLD BY:**
RLS (USA) Inc. New Jersey
1 Naylon Place
Livingston, NJ 07039
973-533-9109

**REMIT TO:**
RLS (USA) Inc.
Mail Code 7332
PO Box 7247
Philadelphia, PA 19170
Accounts Receivable

| # of Orders | Product Code | Description | Qty Purchased | Price | Sales Tax |
|---|---|---|---|---|---|
| 69 | 127 | Tc-99m Myoview (tetrofosmin) | 2,070.0000 mCi | $2,601.30 | $0.00 |
| | | | Total: | | $2,601.30 |
| | | | Allowable Returns: | | $260.13 |
| | | | Tax: | | $0.00 |
| | | | **Amount Due:** | | **$2,341.17** |

Terms: On Receipt

Unless the parties have an effective written purchase agreement, the Products purchased under this invoice shall be governed by RLS (USA) Inc. Purchase Terms and Conditions. Please locate these terms at https://rls.bio/terms. If applicable, any additional discounts or rebates received must be reflected in Customer's cost reports to federal or state healthcare programs. Contact RLS (USA) Inc. with any questions or concerns at contact@rls.bio.

RLS (USA) Inc., Mail Code 7332 PO Box 7247, Philadelphia, PA, 19170 Accounts Receivable

# Pharmacy Invoice

# RLS (USA) Inc.

**Products Purchased By**
NJ HEART DR. WALIA 128 Linden Jasjit Walia, MD/Viz tier 2UD

**Invoice Date:** 01/10/2021

Invoice No: 8955094
P.O.#:

| Order # | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | Price | Tax | Novation Code |
|---|---|---|---|---|---|---|---|---|---|
| 753669 | 1/04/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753670 | 1/04/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753671 | 1/04/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753672 | 1/04/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753673 | 1/04/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753674 | 1/04/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753675 | 1/04/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753676 | 1/04/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753677 | 1/04/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753678 | 1/04/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753679 | 1/04/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753680 | 1/04/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 754144 | 1/04/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753227 | 1/05/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753228 | 1/05/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753229 | 1/05/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753230 | 1/05/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753231 | 1/05/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753232 | 1/05/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 754322 | 1/05/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 754323 | 1/05/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 754324 | 1/05/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 754325 | 1/05/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 754326 | 1/05/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 754327 | 1/05/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 754328 | 1/05/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 754329 | 1/05/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 754330 | 1/05/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753835 | 1/06/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753836 | 1/06/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753837 | 1/06/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753838 | 1/06/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753839 | 1/06/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753841 | 1/06/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753842 | 1/06/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753843 | 1/06/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753844 | 1/06/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 753845 | 1/06/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 754740 | 1/06/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 754741 | 1/06/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 754742 | 1/06/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |

Unless the parties have an effective written purchase agreement, the Products purchased under this invoice shall be governed by RLS (USA) Inc. Purchase Terms and Conditions. Please locate these terms at https://rls.bio/terms. If applicable, any additional discounts or rebates received must be reflected in Customer's cost reports to federal or state healthcare programs. Contact RLS (USA) Inc. with any questions or concerns at contact@rls.bio.

RLS (USA) Inc., Mail Code 7332 PO Box 7247, Philadelphia, PA, 19170 Accounts Receivable

# Pharmacy Invoice

# RLS (USA) Inc.

**Products Purchased By**  
NJ HEART DR. WALIA 128 Linden Jasjit Walia, MD/Viz tier 2UD

**Invoice Date:** 01/10/2021

Invoice No: 8955094  
P.O.#:

| Order # | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | Price | Tax | Novation Code |
|---|---|---|---|---|---|---|---|---|---|
| 754743 | 1/06/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 754744 | 1/06/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755040 | 1/07/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755041 | 1/07/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755042 | 1/07/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755043 | 1/07/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755044 | 1/07/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755045 | 1/07/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755046 | 1/07/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755047 | 1/07/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755048 | 1/07/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755049 | 1/07/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755050 | 1/07/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755051 | 1/07/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755052 | 1/07/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755053 | 1/07/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755216 | 1/07/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755390 | 1/08/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755391 | 1/08/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755392 | 1/08/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755393 | 1/08/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755394 | 1/08/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755395 | 1/08/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755396 | 1/08/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755397 | 1/08/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755398 | 1/08/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755399 | 1/08/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |
| 755400 | 1/08/2021 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $37.70 | $0.00 | |

**Grand Total:** $2,601.30    0.0000

Unless the parties have an effective written purchase agreement, the Products purchased under this invoice shall be governed by RLS (USA) Inc. Purchase Terms and Conditions. Please locate these terms at https://rls.bio/terms. If applicable, any additional discounts or rebates received must be reflected in Customer's cost reports to federal or state healthcare programs. Contact RLS (USA) Inc. with any questions or concerns at contact@rls.bio.

RLS (USA) Inc., Mail Code 7332 PO Box 7247, Philadelphia, PA, 19170 Accounts Receivable