# **Exhibit 14**

# Pharmacy Invoice

 RLS

INVOICE
Page 1

INVOICE NUMBER: 8962667

INVOICE DATE: 04/30/2023

**BILL TO:** NJ1-1112
Jasjit Walia, M.D.
520 North Wood Ave
Linden, NJ 07036
Attn: Accounts Payable

**SHIPPED TO:**
NJ HEART DR. WALIA 128 Linden Jasjit Walia, MD/Viz tier 2UD
520 North Wood Ave
Linden, NJ2 07036

**SOLD BY:**
RLS (USA) Inc. New Jersey
1 Naylon Place
Livingston, NJ 07039
973-533-9109

**REMIT TO:**
RLS (USA) Inc.
Accounts Receivable
Mail Code 7332
PO Box 7247
Philadelphia, PA 19170

| # of Orders | Product Code | Description | Qty Purchased | Price | Sales Tax |
|---|---|---|---|---|---|
| 30 | 127 | Tc-99m Myoview (tetrofosmin) | 900.0000 mCi | $1,215.00 | $0.00 |
| | | | Total: | | $1,215.00 |
| | | | Tax: | | $0.00 |
| | | | **Amount Due:** | | **$1,215.00** |

Terms: On Receipt

Unless the parties have an effective written purchase agreement, the products purchased under this invoice shall be governed by RLS (USA) Inc. Purchase Terms and Conditions. Please locate these terms at https://rls.bio/purchase-agreement/. If applicable, any additional discounts or rebates received must be reflected in Customer's cost reports to federal or state healthcare programs. Contact RLS (USA) Inc. with any questions or concerns at billing@rls.bio.

**RLS (USA) Inc., Accounts Receivable, Mail Code 7332, PO Box 7247, Philadelphia, PA, 19170. Please see the Remittance Instructions page of this invoice for payment instructions. Call 1.224.291.3585 with any questions.**

# Pharmacy Invoice

 RLS

Invoice No: 8962667

**Products Purchased By**
NJ HEART DR. WALIA 128 Linden Jasjit Walia, MD/Viz tier 2UD

Invoice Date: 04/30/2023

| Order # | Date Dispensed | Prod Code | Product Description | Package | Proc No. | Quantity Purchase | Price | Tax | Novation Code |
|---|---|---|---|---|---|---|---|---|---|
| 7015765 | 4/25/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7015766 | 4/25/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7015767 | 4/25/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7015768 | 4/25/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7015930 | 4/25/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7015931 | 4/25/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7015932 | 4/25/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7015933 | 4/25/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7015934 | 4/25/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7015935 | 4/25/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7016488 | 4/25/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7016489 | 4/25/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7016490 | 4/25/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7016514 | 4/25/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7016177 | 4/26/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7016178 | 4/26/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7016179 | 4/26/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7016180 | 4/26/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7016181 | 4/26/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7016183 | 4/26/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7016184 | 4/26/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7016185 | 4/26/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7016186 | 4/26/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7016187 | 4/26/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7016984 | 4/26/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7016985 | 4/26/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7016986 | 4/26/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7016987 | 4/26/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7016988 | 4/26/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |
| 7017237 | 4/26/2023 | 127 | Tc-99m Myoview | Unit Dose | 110 | 30.0000 mCi | $40.50 | $0.00 | |

**Grand Total:** $1,215.00   0.0000

Unless the parties have an effective written purchase agreement, the products purchased under this invoice shall be governed by RLS (USA) Inc. Purchase Terms and Conditions. Please locate these terms at https://rls.bio/purchase-agreement/. If applicable, any additional discounts or rebates received must be reflected in Customer's cost reports to federal or state healthcare programs. Contact RLS (USA) Inc. with any questions or concerns at billing@rls.bio.

RLS (USA) Inc., Accounts Receivable, Mail Code 7332, PO Box 7247, Philadelphia, PA, 19170. Please see the Remittance Instructions page of this invoice for payment instructions. Call 1.224.291.3585 with any questions.

# Remittance Instructions



**RETURN THIS PAGE WITH YOUR REMITTANCE**

**REMIT-TO ADDRESS:**
RLS (USA) Inc.
Accounts Receivable
Mail Code 7332
PO Box 7247
Philadelphia, PA 19170

**RECORD CHECK NUMBER HERE:**

| | |
|---|---|
| INVOICE NUMBER: | 8962667 |
| INVOICE AMOUNT: | $1,215.00 |
| INVOICE DATE: | 04/30/2023 |
| INVOICE DUE DATE: | On Receipt |

PO#:

**CUSTOMER ADDRESS:**
NJ HEART DR. WALIA
128 Linden Jasjit Walia, MD/Viz tier 2UD
520 North Wood Ave
Linden, NJ2 07036

**FOR ACH & WIRE TRANSACTIONS**
Account Holder: RLS (USA) Inc.
Bank Name: CITIBANK N.A.
Account number: 9147936137
Routing Code: 266086554
IBAN: 266086554
Address: Citibank N.A Bayfront Branch 75, 8750 Doral Blvd, Miami, FL 33178

**CREDIT CARD PAYMENTS** https://rlsusainc.securepayments.cardpointe.com/pay
Payments made by credit card may be subject to a finance surcharge as permitted by applicable laws.
Late payments are subject to interest at a rate of 2% or the maximum rate permitted by applicable law on such unpaid amounts.

**PLEASE SEND REMITTANCE DETAIL TO:** accountsreceivable@rls.bio

Unless the parties have an effective written purchase agreement, the products purchased under this invoice shall be governed by RLS (USA) Inc. Purchase Terms and Conditions. Please locate these terms at https://rls.bio/purchase-agreement/. If applicable, any additional discounts or rebates received must be reflected in Customer's cost reports to federal or state healthcare programs. Contact RLS (USA) Inc. with any questions or concerns at billing@rls.bio.

**RLS (USA) Inc., Accounts Receivable, Mail Code 7332, PO Box 7247, Philadelphia, PA, 19170.** Please see the Remittance Instructions page of this invoice for payment instructions. Call 1.224.291.3585 with any questions.