UNITED STATES DISTRICT COURT IN AND FOR
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JASJIT WALIA and PREET RANDHAWA,<br><br>    Plaintiffs-Relators<br><br>vs.<br><br>DR WILLIAM LEE, M.D.<br>DR. JOHN LEE, M.D. *et al.*<br>Defendants | )<br>)<br>)<br>)<br>) Case No. 18-cv-00510-RJL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**_UNOPPOSED_ MOTION FOR EXTENSION OF TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT BY OR BEFORE JULY 11, 2025**

Defendants, Dr. John Lee and Dr. William Lee, seek an order extending the time within which to file a response to Plaintiff's Second Amended Complaint (SAC) until July 11, 2025. Additional time is required to respond to the SAC which groups together more than 500 individual cardiologist defendants throughout the United States.

Counsel for Dr. John Lee and Dr. William Lee accepted service of the Complaint 15 days ago on April 21, 2025, via email. After further discussions, counsel for Plaintiffs consented to the filing of a Response on or before July 11, 2025.

And so, Drs. John Lee and William Lee request an Order extending the time within which to file a response until July 11, 2025.

Respectfully submitted

FELDMAN FIRM PLLC
150 Southeast 2nd Avenue, Suite 600
Miami, Florida 33131
Direct: 305.714.9474
Email: afeldman@feldmanpllc.com
Florida Bar No. 60325
*Attorneys for Dr. John Lee, M.D. and*
*Dr. William Lee, M.D.*

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that pursuant to LcvR(7)(m) counsel conferred via telephone and email about the requested extension of time and the plaintiffs' counsel does not oppose this request.

*/s/ Andrew S. Feldman*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served via CM/ECF on all counsel authorized to receive service.

*/s/ Andrew S. Feldman*