UNITED STATES DISTRICT COURT IN AND FOR
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA *ex rel.* )
JASJIT WALIA and PREET RANDHAWA, )
)
    Plaintiffs-Relators )
) Case No. 18-cv-00510-RJL
)
vs. )
)
DR. WILLIAM LEE, M.D. )
DR. JOHN LEE, M.D. *et al.* )
Defendants )

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT BY OR BEFORE JULY 11, 2025

THIS CAUSE came before the Court on the Unopposed Motion filed by Defendants Dr. John Lee and Dr. William Lee. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. Defendants shall file a response to the Second Amended Complaint no later than July 11, 2025.

DONE AND ORDERED in Chambers in the District of Columbia this ___7th___ day of ___May, 2025___.

_____
RICHARD J. LEON
United States District Judge

Copies furnished to: All Counsel of Record