UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*<br>JASJIT WALIA and PREET RANDHAWA<br><br>     Plaintiffs-Relators<br><br>vs.<br><br>DR. FARDIN DJAFARI, M.D.<br>DR. VED GANESHRAM, M.D. *et al.*<br>Defendants | )<br>)<br>)<br>)<br>)<br>) Case No. 18-cv-00510RJL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION TO ADMIT JESSICA M. SARKIS *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(e), J. Andrew Jackson, a member in good standing of the bar of this Court, respectfully moves this Court for an Order admitting Jessica M. Sarkis as counsel *pro hac vice*. Mrs. Sarkis is a member in good standing of the bar of the District of Columbia and is an attorney in the law firm Jones Day, located at 51 Louisiana Avenue, N.W. Washington, D.C. 20001. Accompanying this Motion is Mrs. Sarkis's declaration containing the information required for pro hac vice motions pursuant to Local Civil Rule 83.2(e)(2).

Respectfully submitted,

/s/   *J. Andrew Jackson*

J. Andrew Jackson
D.C. Bar No. 435541
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JASJIT WALIA and PREET RANDHAWA<br><br>    Plaintiffs-Relators<br><br>vs.<br><br>DR. FARDIN DJAFARI, M.D.<br>DR. VED GANESHRAM, M.D. *et al.*<br>Defendants | )<br>)<br>)<br>)<br>)<br>) Case No. 18-cv-00510RJL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION OF JESSICA M. SARKIS AND
DECLARATION IN SUPPORT FOR *PRO HAC VICE* ADMISSION**

Jessica M. Sarkis, being duly sworn, deposes and says:

1.     I am an associate in the law firm of Jones Day.  My office address is as follows:

JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001

2.      I was admitted to the Bar for the District of Columbia in 2024, and I remain an active member in good standing.  I was admitted to the Bar in Ohio in 2016, but I am an inactive member.

3.     I have never been subject to disciplinary proceedings in any jurisdiction.

4.     I am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Columbia, and the District of Columbia Rules of Professional Conduct.  I will abide by all such standards, statutes, rules, and procedures.

5.   I have not previously been admitted *pro hac vice* in this Court.

6.   I designate J. Andrew Jackson, a member of the Bar of this Court, to be my agent for service of process.

WHEREFORE, I respectfully request that the Court grant my application for admission *pro hac vice*.

Dated: May 19, 2025                              /s/ *Jessica M. Sarkis*
                                                 Jessica M. Sarkis

## CERTIFICATE OF SERVICE

    I certify that on May 19, 2025 this document was filed electronically, that it is available for viewing and downloading form the ECF system, and that all counsel of record will be served by the ECF system.

/s/ <i>Jessica M. Sarkis</i>

# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

United States of America ex rel.
Jasjit Walia and Preet Randhawa

_____  )
              Plaintiff(s)           )
                                     )
vs.                                  )    Case Number:
  Dr. Fardin Djafari, M.D.           )
  Dr. Ved Ganeshram, M.D. et al.     )
_____  )
              Defendant(s)

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name:

2. State bar membership number:

3. Business address, telephone and fax numbers:


4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:


5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes          No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?    Yes          No

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar?

9. Do you have a pending application for admission into USDC for the District of Columbia?

In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:

(CHECK ALL ITEMS THAT APPLY)

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

_____5-15-25_____  _____[signature]_____
DATE                   SIGNATURE OF ATTORNEY

2



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# *Jessica Marie Sarkis*

was duly qualified and admitted on March 19, 2024 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on May 15, 2025.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* <br> JASJIT WALIA and PREET RANDHAWA <br> <br> Plaintiffs-Relators <br> <br> vs. <br> <br> DR. FARDIN DJAFARI, M.D. <br> DR. VED GANESHRAM, M.D. *et al.* <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 18-cv-00510RJL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

Upon, consideration of the Motion for Admission, *Pro Hac Vice* of Jessica M. Sarkis, it is hereby ORDERED and the motion is GRANTED, and that Jessica M. Sarkis is hereby admitted *pro hac vice* to appear and participate as counsel in the above-referenced action.

IT IS SO ORDERED.

Date_____, 2025

_____
Hon. Richard J. Leon
United States District Judge