# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* <br> JASJIT WALIA and PREET RANDHAWA <br><br> Plaintiffs-Relators <br><br> vs. <br><br> DR. FARDIN DJAFARI, M.D. <br> DR. VED GANESHRAM, M.D. *et al.* <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 18-cv-00510RJL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT

Defendants Dr. Fardin Djafari and Dr. Ved Ganeshram respectfully request an order extending the time within which to file a response to Plaintiff's Second Amended Complaint (SAC). While the complaint was originally filed in 2018, it was filed under seal pursuant to the procedural requirements of the False Claims Act, 31 U.S.C. 3729, et seq. The Second Amended Complaint was only unsealed and sent to Defendants in April 2025. The Second Amended Complaint groups together more than 500 individual cardiologist defendants throughout the United States.

Counsel for Dr. Djafari and Dr. Ganeshram were just recently retained, and seek additional time to evaluate the complaint's allegations. This is the first request for such an extension. Relators' counsel indicated they agree to the filing of a Response on or before July 11, 2025.

A proposed Order is attached for the Court's consideration.

Respectfully submitted

/s/ *J. Andrew Jackson*
JONES DAY

                                                       J. Andrew Jackson
                                                       51 Louisiana Avenue, N.W.
                                                       Washington, D.C.  20001
                                                       Phone: 202-879-5575
                                                       Email: ajackson@jonesday.com
                                                       DC Bar No.: 435541
                                                       Member in Good Standing of this Court

                                                       B. Kurt Copper
                                                       *Pro Hac Vice motion forthcoming*
                                                       2727 North Harwood Street, Suite 500
                                                       Dallas TX 75201
                                                       Phone: 214-969-5163
                                                       Email: bkcopper@jonesday.com
                                                       TX Bar No. 24117918

                                                       Jessica M. Sarkis
                                                       *Pro Hac Vice motion forthcoming*
                                                       51 Louisiana Avenue, N.W.
                                                       Washington, D.C.  20001
                                                       Phone: 262-408-8939
                                                       Email: jsarkis@jonesday.com
                                                       DC Bar No. 90022648

                                                       Attorneys for Dr. Fardin Djafari, M.D. and Dr. Ved Ganeshram, M.D.

## CERTIFICATE OF CONFERENCE

     I HEREBY CERTIFY that pursuant to LcvR(7)(m) counsel conferred via email about the requested extension of time and the plaintiffs' counsel does not oppose this request.

                                                                           */s/J. Andrew Jackson*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the foregoing was served via CM/ECF on all counsel authorized to receive service.

                                                                           */s/ J. Andrew Jackson*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* <br> JASJIT WALIA and PREET RANDHAWA <br><br> Plaintiffs-Relators <br><br> vs. <br><br> DR. FARDIN DJAFARI, M.D. <br> DR. VED GANESHRAM, M.D. *et al.* <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 18-cv-00510RJL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT BY OR BEFORE JULY 11, 2025

THIS CAUSE came before the Court on the Unopposed Motion filed by Defendants Dr. Fardin Djafari and Dr. Ved Ganeshram. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. Defendants shall file a response to the Second Amended Complaint no later than July 11, 2025.

DONE AND ORDERED in Chambers in the District of Columbia this ___ day of _____.

RICHARD J. LEON

United States District Judge Copies

furnished to: All Counsel of Record