UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JASJIT WALIA and PREET RANDHAWA,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>MICHAEL AARON *et al.*<br><br>Defendants. | Case No. 18-cv-00510-RJL |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT

Defendants Drs. Richard Simons, Angel Alicea and Alvaro Buenano ("Defendants") respectfully request an order extending the time for Defendants to file a response to Plaintiffs-Relators' Second Amended Complaint, which was filed on April 7, 2025 and which the court ordered must be served upon Defendants by July 1, 2025. Defendants recently retained this law firm as counsel. Defendants received a request to waive service and agreed to do so via a May 21, 2025 email exchange between Defendants' counsel and Plaintiffs-Relators' counsel. On May 21, 2025, Defendants returned the Rule 4 waiver of service form to Plaintiffs-Relators. In that May 21 email correspondence, Plaintiffs-Relators' counsel stated that Plaintiffs-Relators have no objection to an extension until July 24, 2025 to respond to the Second Amended Complaint.

Defendants respectfully request an extension until July 24, 2025, so that counsel can evaluate the allegations set forth in the Second Amended Complaint. This is Defendants' first request for such an extension.

A proposed order is attached for the Court's consideration.

Respectfully submitted,

/s/ Derek Adams
POTOMAC LAW GROUP, PLLC
Derek Adams
1717 Pennsylvania Avenue, N.W., Suite 1025
Washington, D.C. 20006
Tel.: (202) 743-1511
Fax: (202) 318-7707
dadams@potomaclaw.com

CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that, pursuant to LCvR 7(m), counsel conferred via email regarding the requested extension of time and Plaintiffs' counsel does not oppose this request.

/s/ Derek Adams

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served on May 23 via CM/ECF on all counsel authorized to receive service.

/s/ Derek Adams