UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JASJIT WALIA and PREET RANDHAWA,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>JOSE ALEMPARTE, *et al.*,<br><br>Defendants. | Case No. 18-cv-00510-RJL |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned enters an appearance for Defendants Andra Popescu, M.D., Darshan Godkar, M.D., Charles Marotta, M.D., Vijay Marwaha, M.D., Manickam Ganesh, M.D., Karan Nejad, M.D., James Orlando, M.D., Gary Berman, M.D., Anirudh Khanna, M.D., Hamid Mohammad Nia, M.D., Alexander Ivanov, M.D., Ranjita Sengupta, M.D., Aditya Mehra, M.D., Vasant Paul Kate, M.D., Muhammad Rehan Raza, M.D., Charles Miller, M.D., Hema Korlakunta, M.D., Ahmad Kahf, M.D., and Dipsu Patel M.D. in the above-captioned matter. The undersigned states that he is admitted to practice in this Court.

Dated: June 3, 2025                                       Respectfully Submitted,

By: /s/*Jonathan E. Levitt*
Jonathan E. Levitt
**FRIER & LEVITT, LLC**
84 Bloomfield Avenue
Pine Brook, NJ 07058
Tel: (973) 618-1660
Fax: (973) 618-0650
jlevitt@frierlevitt.com
*Attorney for Doctors Popescu, Godkar, Marotta, Marwaha, Ganesh, Nejad, Orlando, Berman, Khanna, Nia, Ivanov, Sengupta, Mehra, Kate, Raza, Miller, Korlakunta, Kahf and Patel*