UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JASJIT WALIA et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AARON MICHAEL, et al.,<br><br>    Defendants. | Civil Action No. 18-0510 (RJL) |

**JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT FAREEHA I. KHAN**

The United States and Relators Jasit Walia and Preet Randhawa, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that:

1. The United States has filed the Government's Notice of Election to Intervene in Part Against Certain Defendants and Decline Intervention in Part as to Other Defendants (ECF No. 33);

2. The United States, Relators, and named Defendant Fareeha I. Khan ("Khan") have previously reached a settlement agreement.

3. The fully executed settlement agreement requires the United States and Relators to file a Joint Stipulation of Dismissal with respect to all claims against Khan following the final payment of the Settlement Amount as defined in the Settlement Agreement;

4. The United States has received full payment of the Settlement Amount from Khan pursuant to the Settlement Agreement; and

5. The claims in the above-captioned action asserted against Khan shall be dismissed, subject to the terms and conditions set forth in the Settlement Agreement, as follows:

a. The United States' claims against Khan are dismissed with prejudice as to the Covered Conduct as that term is defined in the fully executed Settlement Agreement and without prejudice as to all other claims; and

b. Relators' claims against Khan are dismissed in their entirety, with prejudice, except as otherwise provided for in the Settlement Agreement.

6. Each party to bear its own costs, attorney fees, and expenses, except as set forth in the Settlement Agreement; and

7. All other claims and Defendants named in the above-captioned case are not affected by this Joint Stipulation of Dismissal.

A proposed Order accompanies this Joint Stipulation.

Dated: June 5, 2025                              Respectfully submitted,

 /s// W. Scott Simmer (with permission)          YAAKOV M. ROTH
BARON & BUDD, P.C.                               Acting Assistant Attorney General
W. Scott Simmer (D.C. Bar #460726)
The Watergate, Suite 1020                        JEANINE FERRIS PIRRO
600 New Hampshire Avenue, NW                     United States Attorney
Washington, D.C. 20037
Telephone:202-333-4562                           By:  /s/ *John C. Truong*
Email: ssimmer@baronbudd.com                     JOHN C. TRUONG, D.C. Bar # 465901
                                                 Assistant United States Attorney
LAW OFFICE OF HENRY F. FURST                     601 D Street, NW
Henry F. Furst (admitted pro hac vice)           Washington, DC 20530
One Claridge Drive                               (202) 252-2524
Verona, New Jersey 07044                         John.Truong@usdoj.gov
Telephone: (973) 454-2620
Email: hfurst@hfurstlaw.com                      JAMIE ANN YAVELBERG
                                                 EDWARD C. CROOKE
WALDEN MACHT HARAN                               JAMES NEALON
& WILLIAMS LLP                                   Civil Division, Fraud Section
Daniel R. Miller (admitted pro hac vice)         PO Box 261, Ben Franklin Station
Jonathan Z. DeSantis (admitted pro hac vice)     Washington, DC 20044
Walden Macht & Haran LLP                         Tel: (202) 305-4181
2000 Market Street, Suite 1430                   James.Nealon@usdoj.gov
Philadelphia, PA 19103
Tel: (215) 825-5283                              *Attorneys for the United States*

Email: dmiller@wmhwlaw.com
Email: jdesantis@wmwhlaw.com

*Attorneys for Relators*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JASJIT WALIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> AARON MICHAEL, et al., <br><br> Defendants. | Civil Action No. 18-0510 (RJL) <br><br> **UNDER SEAL** |

### [PROPOSED] ORDER

Upon consideration of the Joint Stipulation of Dismissal submitted by the United States and Relators, it is this ____ day of ____, 2025,

ORDERED that the United States' claims against Defendant Fareeha I. Khan ("Khan") are dismissed with prejudice as to the Covered Conduct as that term is defined in the fully executed settlement agreement with Khan, and without prejudice as to all other claims; and it is

FURTHER ORDERED that Relators' claims against Khan are dismissed in their entirety, with prejudice, except as otherwise provided for in the Settlement Agreement.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge