UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JASJIT WALIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> AARON MICHAEL, et al., <br><br> Defendants. | Civil Action No. 18-0510 (RJL) |

**ORDER**

Upon consideration of the Joint Stipulation of Dismissal submitted by the United States and Relators, it is this __6__ day of June, 2025,

ORDERED that the United States' claims against Defendant Fareeha I. Khan ("Khan") are dismissed with prejudice as to the Covered Conduct as that term is defined in the fully executed settlement agreement with Khan, and without prejudice as to all other claims; and it is

FURTHER ORDERED that Relators' claims against Khan are dismissed in their entirety, with prejudice, except as otherwise provided for in the Settlement Agreement.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge