UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JASJIT WALIA and PREET RANDHAWA,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>JOSE ALEMPARTE, *et al.*,<br><br>Defendants. | Case No. 18-cv-00510-RJL |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that the undersigned enters an appearance for Defendants Andra Popescu, M.D., Darshan Godkar, M.D., Charles Marotta, M.D., Vijay Marwaha, M.D., Manickam Ganesh, M.D., Karan Nejad, M.D., James Orlando, M.D., Gary Berman, M.D., Anirudh Khanna, M.D., Hamid Mohammad Nia, M.D., Alexander Ivanov, M.D., Ranjita Sengupta, M.D., Aditya Mehra, M.D., Vasant Paul Kate, M.D., Muhammad Rehan Raza, M.D., Charles Miller, M.D., Hema Korlakunta, M.D., Ahmad Kahf, M.D., Uma Guniganti, M.D., Constantine Rossakis, M.D., Andrew Shanahan, M.D., and Desiree Younes, M.D. in the above-captioned matter. The undersigned states that he is admitted *pro hac vice* in this matter. *See* June 10, 2025 Minute Order.

Dated: June 17, 2025

Respectfully Submitted,

By: /s/*Matthew J. Modafferi*
Matthew J. Modafferi
**FRIER & LEVITT, LLC**
101 Greenwich Street, Suite 8B
New York, NY 10006
Tel: (646) 970-2771
Fax: (646) 524-5027
mmodafferi@frierlevitt.com

*Attorneys for Doctors Popescu, Godkar, Marotta, Marwaha, Ganesh, Nejad,*

*Orlando, Berman, Khanna, Nia, Ivanov, Sengupta, Mehra, Kate, Raza, Miller, Korlakunta, Kahf, Guniganti, Rossakis, Shanahan and Younes*