# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, ex. Rel. Jasit Walia and Preet Randhawa,<br>　　　　　Plaintiff<br><br>v.<br><br>Jose Alemparte et al.,<br>　　　　　Defendants | CASE NO: 1-18-cv-00510-RJL<br><br>Jury Trial Demanded |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant Philip Nimoityn, MD, hereby moves to extend the time to answer or otherwise respond to plaintiff's Qui Tam Complaint to July 15, 2025, and states the following in support:

1.　On or about June 6, 2025, the Summons and Second Amended Complaint were delivered to the corporate offices of Dr. Nimoityn's employer, Cardiology Consultants of Philadelphia ("CCP"), at 227 N. Broad Street, Philadelphia Pa, which is not Dr. Nimoityn's place of business.

2.　On or about June 26, 2025. CCP forwarded the summons and complaint to Dr. Nimoityn.

3.　Dr. Nimoityn first provided a copy of the Summons and Second Amended Complaint to counsel on June 27, 2025.

4.　On July 8, counsel for Dr. Nimoityn and counsel for Relators agreed to extend the time to answer or otherwise respond to the complaint until August 15, 2025.

5.　This is Defendant Dr. Nimoityn's first request to extend this deadline.

6.　This motion is unopposed.

4931-4166-4594 v1

WHEREFORE, Defendant Dr. Nimoityn respectfully requests that the Court grant this unopposed motion to extend the time for responding to the Complaint until August 15, 2025.

July 9, 2025

Richard P. Limburg, Esq.
Pa. Atty. ID No.: 39598
OBERMAYER REBMANN
    MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
215.665.3000 tel | 215.665.3165 fax
richard.limburg@obermayer.com

*Counsel for Defendant Philip Nimoityn*

Respectfully submitted,

By:   /s/ William P. McGrath, Jr.
      William P. McGrath, Jr.
          (422160)
      KALBIAN HAGERTY LLP
      888 17th Street NW
      Suite 1200
      Washington, DC 20006
      T:   202 223-5600
      wmcgrath@kalbianhagerty.com

*Counsel for Defendant Philip Nimoityn*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2025, I caused a copy of the foregoing to be served electronically through the Court's ECF system, and in addition, a copy was sent by regular mail to plaintiff's counsel at the following addresses:

> Jonathan Z, DeSantis, Esq.
> Walden Macht Haran & Williams LLP
> 2000 Market Street
> Suite 1430
> Philadelphia, PA 19103

                              By:   /s/ William P. McGrath, Jr.
                                    William P. McGrath, Jr.