UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JASJIT WALIA et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>AARON MICHAEL, et al.,<br><br>　　Defendants. | Civil Action No. 18-0510 (RJL) |

**THE UNITED STATES'S NOTICE OF CONSENT TO
RELATORS' NOTICE OF VOLUNTARY DISMISSAL (ECF No. 217)**

Pursuant to the False Claims Act, 31 U.S.C. §3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of the named-defendants listed in Exhibit A of Relators' Notice of Voluntary Dismissal (ECF No. 217-1) in the above-captioned matter, provided it is without prejudice to the rights of the United States. The Attorney General has determined that the dismissal is in the interests of the United States and that the matter does not warrant the continued expenditure of government resources.

\*\*\*

Dated: July 14, 2025
      Washington, DC

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General


JEANINE FERRIS PIRRO
United States Attorney


By:   */s/ John C. Truong*
JOHN C. TRUONG, D.C. Bar # 465901
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2524
John.Truong@usdoj.gov


JAMIE ANN YAVELBERG
EDWARD C. CROOKE
JAMES NEALON
Civil Division, Fraud Section
PO Box 261, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-4181
James.Nealon@usdoj.gov

*Attorneys for the United States of America*