# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, ex. Rel. Jasit Walia and Preet Randhawa,<br>　　　　　Plaintiff<br><br>v.<br><br>Jose Alemparte et al.,<br>　　　　　Defendants | CASE NO: 1-18-cv-00510-RJL<br><br>Jury Trial Demanded |

## [Proposed] ORDER

Upon Consideration of Defendant Philip Nimoityn's Amended Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to the Complaint ("the Motion") and for good cause showing,

It is hereby ORDERED that:

1.　The Motion is granted; and

2.　The time for Defendant Philip Nimoityn to respond to the Second Amended Complaint is extended until August 15, 2025.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**The Honorable Richard J. Leon, U.S.D.J.**