AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JASIT WALIA )<br>*Plaintiff* )<br>v. )<br>JOSE ALEMPARTE et al. )<br>*Defendant* ) | Case No.   1-18-cv-00510-RJL |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rajan Kadakia, MD

Date:   07/16/2025

*Attorney's signature*

Diane K. Shaw TX101 / Kalvin B. Wiar TX 0100
*Printed name and bar number*

10670 N. Central Expwy., Ste. 630
Dallas, TX 75231

*Address*

dshaw@shawwiar.com / kwiar@shawwiar.com
*E-mail address*

(214) 217-8357
*Telephone number*

(214) 217-8289
*FAX number*