UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* § <br> JASIT WALIA and PREET RANDHAWA, § <br> *Plaintiffs-Relators,* § <br> § <br> v. § <br> § <br> JOSE ALEMPARTE *et al.*, § <br> *Defendants,* § <br> § | Case No. 1-18-cv-00510-RJL <br><br> JURY TRIAL DEMANDED |

## MOTION FOR ADMISSION OF VICTORIA E. GREGORY *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(e) and Local Civil Rule 44.1(c)(2), Steven A. Gentoso, a member in good standing of the bar of this Court, respectfully moves this Court for an Order admitting Victoria E. Gregory as counsel *pro hac vice*. Ms. Gregory is a member in good standing of the bar of Texas and is an attorney in the law firm of Peckar & Abramson, P.C., located at 8080 N. Central Expressway, Suite 1600, Dallas, Texas 75206. Accompanying this Motion is Ms. Gregory's declaration containing the information required for *pro hac vice* motions pursuant to Local Civil Rule 83.2(e)(2) and Local Civil Rule 44.1(c)(2).

August 21, 2025

Respectfully submitted,

 */s/ Steven A. Gentoso*
Steven A Gentoso (Bar #1765855)
**PECKAR & ABRAMSON, P.C.**
2055 L Street, NW, Suite 750
Washington, DC  20036
Phone #202-293-8815
Email: sgentoso@pecklaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2025, I electronically filed the *Motion for Admission of Victoria E. Gregory Pro Hac Vice* with the Clerk of the Court using the ECF, who in turn sent notice to all counsel of record in this case.

Dated:   August 21, 2025              /s/ Steven A. Gentoso
                                      Steven A. Gentoso