UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JASJIT WALIA and PREET RANDHAWA, | Case No. 1-18-cv-00510-RJL |
| Plaintiffs, | |
| v. | |
| JOSE ALEMPARTE *et al.*, | |
| Defendants. | |

### DEFENDANTS' STATUS REPORT

Pursuant to the Court's July 22, 2025 order directing defense counsel to confer with one another and prepare a proposed plan for streamlining certain aspects of the litigation where possible, defense counsel convened via Zoom video conference on August 5 and 12, 2025 and have also conferred in various small groups and via email. The Zoom invitations were sent to all defense counsel then of record. The undersigned counsel have agreed to the filing of this Status Report on behalf of their clients identified below.

As an initial matter, unlike a class action or even multidistrict litigation involving claims of similarly situated plaintiffs pending against one or several defendants, ultimate issues in this litigation necessarily differ by defendant – meaning that Relators' allegations and proofs against each defendant would need to be presented and assessed separately. In participating in the preparation of this Status Report and the initial litigation plan below, no defendant concedes that this Court has personal jurisdiction over any of them, that common issues justify the joinder of so many differently situated, geographically dispersed individual defendants in one action, or any other fact that could be inferred from their participation herein.

The undersigned counsel for defendants arrived at the following consensus proposal for the initial stages of this litigation:

1. Within fourteen (14) days of the entry of a scheduling order, Relators shall file notice with the Court identifying: (1) unrepresented Defendants, i.e., each Defendant believed to have been served with a summons and amended complaint for whom no attorney has entered an appearance by that date; (2) Defendants to be dismissed voluntarily, i.e., Defendants who Relators have identified or intend to identify to the U.S. Department of Justice seeking consent to their dismissal; and (3) all Defendants whom Relators intend to remain in the litigation.

2. Within forty-five (45) days of the entry of a scheduling order,

    a. Defendants electing to participate will file an omnibus motion to dismiss addressing issues relevant to all defendants. These issues will include, among others, Relators' failure to plead the "circumstances of fraud" with particularity as required by Rule 9(b) and misjoinder.

    b. Those Defendants who have previously filed motions to dismiss will file a notice advising the Court and Relators' counsel of objections or defenses raised in those motions that are not encompassed within the omnibus motion to dismiss and as to which a response from Relators will be required.

    c. Defendants who wish to raise arguments, objections or defenses that are not encompassed within the omnibus motion to dismiss may file separate motions to dismiss, with supporting memoranda not to exceed eight (8) pages. These Defendant-specific arguments may include, among possible other arguments, that Relators' claims are barred by the statute of limitations.

No party will be deemed to have waived any right or defense by participating in the omnibus motion or by choosing not to file an individual motion.

3. Within forty-five (45) days of the filing of motions to dismiss, Relators shall file: (a) an opposition to the omnibus motion; (b) oppositions to any Defendant-specific motions not to exceed eight (8) pages; and (c) oppositions to arguments in previously filed motions to dismiss that were identified by any Defendant as not encompassed within the omnibus motion to dismiss with the oppositions not to exceed the number of pages devoted to the argument(s) in the previously filed motions to dismiss.

4. Within twenty-one (21) days of Relators' filing their oppositions to motions to dismiss, Defendants shall file: (a) a reply brief in support of the omnibus motion to dismiss; (b) as relevant, certain Defendants shall file reply briefs of no longer than five (5) pages in support of their Defendant-specific motions to dismiss; and (c) as relevant, certain Defendants who have previously filed motions to dismiss with arguments not encompassed by the omnibus motion may file reply briefs not to exceed half of the number of pages devoted to the arguments contained in their previously filed motions to dismiss.

5. In the event that Relators seek leave to amend their complaint again for any purpose, Relators will be required to tender a proposed amended complaint that includes and separately pleads, as to each Defendant against whom Relators' propose to continue the action, a statement of facts sufficient to satisfy Fed. R. Civ. P. 9(b), including the who, what, when, where and how of the alleged fraud alleged against that Defendant and that Defendant's role in perpetrating the alleged fraud. This proposal is made without prejudice to and while reserving Defendants' rights to argue that leave to amend should be denied.

6. All other deadlines, including timeframes for discovery planning and conferences should be stayed pending further order of the Court.

7. Due to the large number of counsel currently appearing, Defendants respectfully request that all conferences and pretrial hearings in this matter be conducted by videoconference. To facilitate orderly proceedings, and without prejudice to the right of any Defendant's attorney to speak in Court on matters of importance, prior to each conference, Defendants' counsel will meet beforehand, select spokespersons for subgroups of Defendants with common issues to raise with the Court, and identify those spokespersons and the issues they are prepared to address to the Court on the morning of the hearing.

August 22, 2025                             Respectfully submitted,

[Signatures on following pages]

| | |
|---|---|
| */s/ James W. Kraus*<br>James W. Kraus<br>D.C. Bar No.: 471945<br>jkraus@krausjenkins.com<br>Holly E. DiCesare<br>Admitted Pro Hac Vice<br>hdicesare@krausjenkins.com<br>Samuel Beaver<br>Admitted Pro Hac Vice<br>sbeaver@krausjenkins.com<br>KRAUS JENKINS PLLC<br>650 Massachusetts Avenue, Suite 600<br>Washington, DC 20001<br>202-888-7681 (Ph.)<br>412-546-0785 (Fax)<br><br>*Counsel for Defendants Abdulrab Aziz, M.D.; Samir Hadeed, M.D.; Chandra Polam, M.D. and Mohammad Albataineh, M.D.* | */s/ Kevin E. Raphael*<br>Kevin E. Raphael, Esquire<br>(Admitted pro hac vice)<br>FOX ROTHSCHILD LLP<br>2001 Market St., Suite 1700<br>Philadelphia, PA 19103<br>Tel: (215) 299-2000<br>Fax: (215) 299-2150<br>kraphael@foxrothschild.com<br><br>Philip T. Abbruscato<br>FOX ROTHSCHILD LLP<br><br>D.C. Bar No. 1656066<br>2020 K Street, N.W., Suite 500<br>Washington, D.C. 20006<br>Tel: (202) 794-1262<br>Fax: (202) 461-3102<br>pabbruscato@foxrothschild.com<br><br>*Counsel for Defendant David Elbaum, D.O.* |
| */s/ Kevin P. Farrell*<br>Kevin P. Farrell, Esq. (DC Bar No. 492142)<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br>1500 K Street, NW, Suite 330<br>Washington, D.C. 20005<br>Telephone: (202) 626-7660<br>Facsimile: (202) 628-3606<br>Kevin.Farrell@wilsonelser.com<br><br>*Counsel for Defendant Robert Greco, M.D.* | */s/ Jonathan M. Phillips*<br>Jonathan M. Phillips (DC Bar No. 989061)<br>Michael R. Dziuban (DC Bar No. 1034156)<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M Street NW<br>Washington, DC 20036-4504<br>Tel.: (202) 887-3546<br>Fax: (202) 530-9530<br>JPhillips@gibsondunn.com<br>MDziuban@gibsondunn.com<br><br>*Counsel for Defendant Dr. Richard Gilmore* |
| */s/ Jennifer Jones Thomas*<br>Jennifer Jones Thomas (LA #26532) (*Pro Hac Vice*) | /s/ William P. McGrath, Jr.<br>William P. McGrath, Jr. (422160)<br>KALBIAN HAGERTY LLP |

| | |
|---|---|
| Scott D. Huffstetler (LA #28615) (*Pro Hac Vice*)<br>Kean Miller LLP<br>400 Convention Street, Suite 700<br>PO Box 3513 (70821-3513)<br>Baton Rouge, LA 70802<br>(225) 387-0999<br>jennifer.thomas@keanmiller.com<br>scott.huffstetler@keanmiller.com<br><br>Jessica L. Farmer (Bar No. 1023024)<br>Holland & Knight LLP<br>800 17th Street N.W., Suite 1100<br>Washington, DC 20006<br>Telephone: (202) 955-3000<br>Facsimile: (202) 955-5564<br>jessica.farmer@hklaw.com<br><br>*Counsel for Defendant Luis Soto, MD* | 888 17th Street NW<br>Suite 1200<br>Washington, DC 20006<br>T: 202 223-5600<br>wmcgrath@kalbianhagerty.com<br><br>Richard P. Limburg, Esq.<br>Pa. Atty. ID No.: 39598<br>OBERMAYER REBMANN MAXWELL & HIPPEL LLP<br>Centre Square West<br>1500 Market Street | Suite 3400<br>Philadelphia, PA 19102-2101<br>215.665.3000 tel | 215.665.3165 fax<br>richard.limburg@obermayer.com<br><br>*Counsel for Defendant Philip Nimoityn* |
| s/ Ricardo Solano<br>Ricardo Solano (admitted *pro hac vice*)<br>Genna A. Conti (admitted *pro hac vice*)<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>T: 973-596-4500<br>F: 973-596-0545<br>rsolano@gibbonslaw.com<br>gconti@gibbonslaw.com<br><br>*Attorneys for Defendants Douglas Richter, M.D., Joanne Mazzarelli, M.D., Sajjad A. Sabir, M.D., Stephen Daly, D.O., Maritza Cotto, M.D., Rido Cha, M.D., Manish Dadhania, M.D., Fredric Ginsberg, M.D., and Lawrence Rozanski, M.D.* | /s/ Nicholas C. Harbist<br>Nicholas C. Harbist (pro hac vice)<br>BLANK ROME LLP<br>300 Carnegie Center, Suite 220<br>Princeton, NJ 08540<br>(609) 750-2991<br>Nicholas.Harbist@BlankRome.com<br><br>Kevin M. Moran (pro hac vice)<br>BLANK ROME LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103<br>(215) 569-5460<br>Kevin.Moran@BlankRome.com<br><br>*Attorneys for Defendants James Beattie, M.D., Irina Joukova, M.D., Gurpreet Kochar, M.D., and John Passalaris, M.D.* |

6

| | |
|---|---|
| */s/ Marissel Descalzo*<br>Marissel Descalzo, Esq. (admitted PHV)<br>Florida Bar. No. 669318<br>Descalzo Law, P.A.<br>150 S.E. 2 Avenue, Suite 600<br>Miami, Florida 33131<br>305-489-1018<br>md@descalzolaw.com<br>service@descalzolaw.com<br><br>*Counsel for Defendants David Montgomery, M.D., Navin Budhwani, M.D., and Marcus Williams, M.D.* | */s/ Denise Barnes*<br>Denise Barnes (DC Bar#999834)<br>BASS, BERRY & SIMS PLC<br>1201 Pennsylvania Avenue, NW, Suite 300<br>Washington, DC 20004<br>(202) 827-7214<br>denise.barnes@bassberry.com<br><br>*Counsel for Defendants Khurram Ahmad, M.D., Herman Gist, M.D., and Anthony Morales, M.D.* |
| */s/ Matthew M. Curley*<br>Matthew M. Curley (admitted PHV)<br>BASS, BERRY & SIMS PLC<br>21 Platform Way South, Suite 3500<br>Nashville, TN 37203<br>(615) 742-6200<br>mcurley@bassberry.com<br><br>*Counsel for Defendant Anthony Morales, M.D.* | */s/ Molly K. Ruberg*<br>Molly K. Ruberg (admitted PHV)<br>BASS, BERRY & SIMS PLC<br>21 Platform Way South, Suite 3500<br>Nashville, TN 37203<br>(615) 742-6200<br>mruberg@bassberry.com<br><br>*Counsel for Defendant Herman Gist, M.D.* |
| */s/ Derek M. Adams*<br>POTOMAC LAW GROUP, PLLC<br>Derek M. Adams (DC Bar No. 1031442)<br>Susan Baldwin Hendrix (DC Bar No. 477241, admitted pro hac vice, admission pending)<br>1717 Pennsylvania Avenue, N.W., Suite 1025<br>Washington, D.C. 20006<br>Tel.: (202) 743-1511<br>Fax: (202) 318-7707<br>dadams@potomaclaw.com<br>shendrix@potomaclaw.com<br><br>*Counsel for Defendants Richard Simons, Angel Alicea, Alvaro Buenano, Harikisan Heda, Ali Jaffar, and Ramesh Agarwal* | */s/ J. Thomas Clarkson*<br>J. Thomas Clarkson<br>Georgia Bar No. 656069<br>GRIFFIN DURHAM TANNER & CLARKSON LLC<br>tclarkson@griffindurham.com<br>Patrick J. Schwedler<br>Georgia Bar No. 812312<br>pschwedler@griffindurham.com<br><br>75 14th Street, Suite 2130<br>Atlanta, GA 30309<br>(404) 891-9150 |

|  | *Counsel for Defendants Dr. Jennifer Shea, Dr. Stuart Sheifer, & Dr. Pradeep Nayak* |
|---|---|
| */s/ J. Thomas Clarkson*<br>J. Thomas Clarkson (Georgia Bar No. 656069)<br>tclarkson@griffindurham.com<br>Patrick J. Schwedler (Georgia Bar No. 812312)<br>pschwedler@griffindurham.com<br>GRIFFIN DURHAM TANNER & CLARKSON LLC<br>75 14th Street, Suite 2250<br>Atlanta, GA 30309<br>Ph: (404) 891-9150<br><br>*/s/ John H. Lawrence*<br>John H. Lawrence (Pro Hac Vice)<br>john.lawrence@klgates.com<br>Jared M. Burtner (Pro Hac Vice)<br>jared.burtner@klgates.com<br>K&L GATES LLP<br>430 Davis Drive, Suite 400<br>Research Triangle Park, NC 27560<br>Telephone: (919) 466-1190<br>Facsimile: (919) 723-2744<br><br>*Counsel for Defendants Dr. Felix Castro, Dr. Cleveland Francis Jr., Dr. Minh Ngo, Dr. John O'Brien, Dr. David Park, Dr. Narian Rajan, Dr. Kevin Rogan, Dr. Behnam Tehrani, & Dr. Kinda Venner-Jones* | */s/ Robert J. Benvenuti III*<br>Robert J. Benvenuti III, *Pro Hac Vice*<br>(KY Bar No. 87462)<br>Holly R. Iaccarino, *Pro Hac Vice*<br>(KY Bar No. 93839)<br>BARNETT BENVENUTI & BUTLER PLLC<br>489 East Main Street, Suite 300<br>Lexington, KY 40507<br>T: (859) 226-0312<br>robert.benvenuti@bbb-law.com<br>holly.iaccarino@bbb-law.com<br><br>Thomas M. Craig, D.C. Bar No. 494503<br>FLUET<br>1751 Pinnacle Drive, Suite 1000<br>Tysons, VA 22102<br>T: (703) 590-1234<br>F: (703) 590-0366<br>tcraig@fluet.law<br><br>*Counsel for Defendants Dr. Anish Tripathi and Dr. Raymon Nelson* |
| */s/ Michael T. Marr*<br>M. Celeste Bruce (Bar No. 438343)<br>Michael T. Marr (Bar No. VA48536)<br>RIFKIN WEINER LIVINGSTON, LLC<br>7700 Wisconsin Ave, Suite 320<br>Bethesda, Maryland 20814<br>cbruce@rwllaw.com<br>mmarr@rwllaw.com | Melvin White, Esq. (D.C. Bar No. 422087)<br>BERLINER CORCORAN & ROWE LLP<br>1101 17th Street NW, Suite 1100<br>Washington, D.C. 20036<br>(202) 412-8149<br>mwhite@bcrlaw.com<br><br>WRIGHT, LINDSEY & JENNINGS LLP |

| | |
|---|---|
| (301) 951.0150 (p)<br>(301) 951.0172 (f)<br><br>Arnold M. Weiner (admitted pro hac vice)<br>RIFKIN WEINER LIVINGSTON, LLC<br>2002 Clipper Park Road, Suite 108<br>Baltimore, Maryland 21211<br>aweiner@rwllaw.com<br>(410) 769-8080 (phone)<br>(410) 769-8811 (facsimile)<br><br>*Counsel for Defendants Mahmood Shariff and Brendon Paltoo* | */s/ Michael A. Thompson*<br>Michael A. Thompson (pro hac vice)<br>Scott A. Irby (pro hac vice)<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, Arkansas 72201-3699<br>(501) 371-0808<br>FAX: (501) 376-9442<br>sirby@wlj.com<br>mthompson@wlj.com<br><br>*Counsel for Defendants Drs. Michael Frais, Patrick Flaherty, Scott Beau, Vasili Lendel, Andre Paixao, Gary Nash, Carl Leding, and Andy Henry* |
| */s/ Robert J. Ridge*<br>Robert J. Ridge, Esq.<br>Pa. I.D. No. 58651<br>(Admitted Pro Hac Vice)<br>Allen M. Lopus, Esq.<br>Pa. I.D. No. 76544<br>(Admitted Pro Hac Vice)<br>Neel Kapur, Esq.<br>Pa. I.D. No. 329518<br>(Admitted Pro Hac Vice)<br>CLARK HILL, PLC<br>One Oxford Centre<br>301 Grant Street, 14th Floor<br>Pittsburgh, PA 15219<br>rridge@clarkhill.com<br>alopus@clarkhill.com<br>nkapur@clarkhill.com<br><br>*Counsel for Defendant's Harish Koolwal and Olga Shabalov* | */s/ Jody L. Rudman*<br>Jody L. Rudman (Admitted Pro Hac Vice)<br>Texas State Bar No. 00797356<br>jody.rudman@huschblackwell.com<br>Lorinda G. Holloway (Admitted Pro Hac Vice)<br>Texas State Bar No. 00798264<br>lorinda.holloway@huschblackwell.com<br>HUSCH BLACKWELL LLP<br>111 Congress Avenue, Suite 1400<br>Austin, Texas 78701<br>512-472-5456 Telephone<br>512-479-1101 Facsimile<br><br>Brian P. Waagner<br>D.C. Bar No. 450823<br>brian.waagner@huschblackwell.com<br>HUSCH BLACKWELL LLP<br>1801 Pennsylvania Avenue NW, Suite 1000<br>Washington, DC 20006<br>202-378-2355 Telephone<br>202-378-2319 Facsimile<br><br>*Counsel for Defendants Sreenivasulu Cherlo and Anand Basi* |

| | |
|---|---|
| */s/ Thomas H. Barnard*<br>Thomas H. Barnard (Bar No. 1615498)<br>Baker, Donelson, Bearman, Caldwell, & Berkowitz PC<br>100 Light St,19th Floor<br>Baltimore, Maryland 21202<br>(410) 862-1185<br>tbarnard@bakerdonelson.com<br><br>*Counsel for Defendant Robert DuBroff* | */s/ Sean C. Griffin*<br>Sean C. Griffin, CIPP/US, AIGP (DC Bar No. 442284)<br>LONGMAN & VAN GRACK, LLC<br>1629 K Street, NW, Suite 300<br>Washington, DC 20006<br>Tel: (202) 978-3288<br>sean@lvglawfirm.com<br><br>*Counsel for Defendant Dr. Omesh Verma* |
| */s/ Tonya N. Kelly*<br>Tonya N. Kelly, Fed. Bar No. 1019673<br>tykelly@bakerdonelson.com<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.<br>100 Light Street, 19th Floor<br>Baltimore, Maryland 21202<br>Phone: 410-862-1049<br>Fax: 410-547-0699<br><br>*Counsel for Defendants Juan Cordero, Salvatore Lauria, Boaz Rosen, Jennifer Brady, Jerome Segal, and Sadia Shafi* | */s/ Maximillian F. Nogay*<br>Maximillian F. Nogay (admitted pro hac vice)<br>Flannery \| Georgalis, LLC<br>400 Fort Pierpont Drive, Suite 201<br>Morgantown, WV 26508<br>(304) 308-6699<br>mnogay@flannerygeorgalis.com<br><br>W. Benjamin Reese (Bar ID 1601154)<br>Flannery \| Georgalis, LLC<br>175 South Third Street, Suite 1060<br>Columbus, OH 43215<br>(216) 230-9041<br>breese@flannerygeorgalis.com<br><br>*Counsel for Defendant Dr. Cherian John* |
| */s/ Joseph E. H. Atkinson*<br>Joseph E. H. Atkinson, Esq. (admitted pro hac vice)<br>Michelle E. Hoffer, Esq. (admitted pro hac vice)<br>Whiteford, Taylor & Preston L.L.P.<br>1021 E. Cary Street, Suite 2001<br>Richmond, Virginia 23219<br>Telephone: (804) 977-3305<br>jeatkinson@whitefordlaw.com<br>mhoffer@whitefordlaw.com | */s/ Daniel R. Walworth*<br>Daniel R. Walworth (pro hac vice)<br>Sara E. Smith (pro hac vice)<br>DUANE MORRIS LLP<br>30 South 17th Street Philadelphia, PA 19103-4196<br>Tel.: (215) 979 1194<br>Fax: (215) 405 2917<br>dwalworth@duanemorris.com<br>SESmith@duanemorris.com<br><br>Drew T. Dorner (DC Bar No. 1035125) |

| | |
|---|---|
| John J. Hathway, Esq. (DC Bar No. 412664)<br>Whiteford, Taylor & Preston L.L.P.<br>1800 M Street, NW, Suite 450N<br>Washington, DC 20036<br>Telephone: (202) 6596766<br>jhathway@whitefordlaw.com<br><br>*Counsel for Defendants Dr. Syed Tariq Shahab, Dr. Mohammad Sarfarazi, Dr. Sridhar Chatrathi, Dr. George Panas, Dr. Pakaj Lal, Dr. Benjamin Bergman, Dr. David Buyer, Dr. Scott Schwarz, Dr. Gerald Cioce, Dr. Thien Do, Dr. Mohamad Wajeed Khan, Dr. Gaurang Thaker, Dr. Ashwani Bassi, Dr. Robert McCarthy, Dr. Ambrish Gupta, Dr. Thomas Anthony* | Tarsha A. Phillibert, Esq. (pro hac vice)<br>DUANE MORRIS LLP<br>901 New York Avenue N.W., Suite 700 East<br>Washington, DC 20001-4795<br>Tel.: (202) 776 5291<br>Fax: (202) 478 2967<br>dtdorner@duanemorris.com<br>taphillibert@duanemorris.com<br><br>*Counsel for Defendants Dr. Maria Duca, Dr. Mark Finch, Dr. Thomas Galski, Dr. Eduard Koman, Dr. Jeffrey Namey, Dr. Ralph Russo, Dr. John Saia, Dr. Anthony Sauerwein, Dr. Robert Schimenti, Dr. Harry South, Dr. Jay Sussman and Dr. Samuel Ventrella* |
| /s/ Sara K. Bugbee<br>John B. Mumford, Jr. (DC Bar No. 1027364)<br>Sara K. Bugbee (admitted pro hac vice)<br>HANCOCK, DANIEL & JOHNSON, P.C.<br>4701 Cox Road, Suite 400<br>Glen Allen, Virginia 23060<br>Telephone: (804) 967-9604<br>Facsimile: (804) 967-9888<br>jmumford@hancockdaniel.com<br>sbugbee@hancockdaniel.com<br><br>*Counsel for Defendants Drs. Araneda, Azzouz, Banihashemi, Dahr, Krishnan, Hill, Orellana, Pacini, Park, Spriggs, and Yager* | /s/ Jesse A. Witten<br>Jesse A. Witten (#443858)<br>Nickolas I. Merrill (#1781099)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>1500 K St., N.W., Suite 1100<br>Washington, D.C. 20005<br>Phone: (202) 842-8800<br>Fax: (202) 230-5354<br>Jesse.Witten@faegredrinker.com<br>Nickolas.Merrill@faegredrinker.com<br><br>*Counsel for Defendants Lane Benoff, M.D., Anand Haridas, M.D., and Atul Trivedi, M.D.* |
| /s/ Michael J. Podberesky<br>Michael J. Podberesky (D.C. Bar No. 991078)<br>MCGUIREWOODS LLP<br>888 16th Street N.W., Suite 500<br>Washington, D.C. 20006<br>Telephone: (202) 857-1753<br>mpodberesky@mcguirewoods.com | /s/Andrew S. Feldman<br>Andrew S. Feldman<br>DC Bar No. 1007023<br>FELDMAN FIRM PLLC<br>150 Southeast 2nd Avenue, Suite 600<br>Miami, Florida 33131<br>305.714.9474<br>afeldman@feldmanpllc.com |

| | |
|---|---|
| */s/ Brett W. Barnett*<br>Brett W. Barnett (Pro Hac Vice)<br>MCGUIREWOODS LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL 60601<br>Telephone: (312) 849-8123<br>bbarnett@mcguirewoods.com<br><br>*Counsel for Defendant Dr. Nitin Mahajan* | *Counsel for Defendants Dr. John Lee, M.D., Dr. William Lee, M.D., Dr. Jose Alemparte, M.D., Dr. Jose Loyo-Molina, Dr. Ron Kantola, D.O., Dr. Farook Shroff, M.D., Dr. Marcus Williams, M.D., Dr. David Montgomery, M.D., and Dr. Navin Budhwani, M.D.* |
| */s/ Christopher B. Mead*<br>Christopher B. Mead (DC Bar No. 411598)<br>Schertler Onorato Mead & Sears<br>555 13th St., N.W. Suite 500 West<br>Washington, D.C. 20004<br>Mobile: 301-351-0237<br>cmead@schertlerlaw.com<br><br>*Counsel for Defendant Dr. Roy Abrahamian* | */s/ Jonathan L. Diesenhaus*<br>Jonathan L. Diesenhaus (#423753)<br>Gejaa T. Gobena (#463833)<br>Rachel Stuckey (#1738601)<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street N.W.<br>Washington, D.C. 20004<br>202-637-5600<br>jonathan.diesenhaus@hoganlovells.com<br>gejaa.gobena@hoganlovells.com<br>rachel.stuckey@hoganlovells.com<br><br>*Counsel for Defendants Brain Choi, M.D., Joseph Krepp, M.D., Laurence Kelley, M.D., Leighton Forrester, M.D., Louis Larca, M.D., Richard Katz, M.D., and Naga Pannala, M.D.* |
| */s/ Douglas K. Rosenblum*<br>Douglas K. Rosenblum (pro hac vice)<br>PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP<br>1818 Market Street, Suite 3402<br>Philadelphia, PA 19103<br>(215) 988-1464 (Telephone)<br>(215) 754-5179 (Fax)<br>DKR@Pietragallo.com<br><br>*/s/ Gregory A. Mason*<br>Gregory A. Mason (D.C. Bar # 1001719) | */s/ Allessandra Stewart*<br>Allessandra Stewart<br>POLSINELLI, PC<br>D.C. Bar No. 90025763<br>177 Meeting Street<br>Suite 400<br>Charleston, SC 29401<br>P: 854.223.6200<br>F: 854.223.6201<br>allessandra.stewart@polsinelli.com<br><br>Kevin M. Coffey<br>Admitted Pro Hac Vice |

| | |
|---|---|
| PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP<br>1818 Market Street, Suite 3402<br>Philadelphia, PA 19103<br>(215) 320-6017 (Telephone)<br>(215) 754-5173 (Fax)<br>GAM@Pietragallo.com<br><br>*Counsel for Defendants Dr. Brian Fedgchin, Dr. Jeffrey Fierstein, Dr. Steven Mattleman, Dr. Hong Ra, Dr. Scott Pfeffer, Dr. Mital Sheth, Dr. David Shipon, Dr. Asif Hussain, Dr. Jonathan Cox, Dr. Sujood Ahmed, Dr. David Waldstein, Dr. Robert Schlesinger, Dr. Joseph Richerts, and Dr. Niku Thomas* | POLSINELLI, PC<br>150 N. Riverside Plaza, Suite 3000<br>Chicago, IL 60606<br>P: 312.819.1900<br>F: 312.819.1910<br>kcoffey@polsinelli.com<br><br>Kurt Erskine<br>Admitted Pro Hac Vice<br>POLSINELLI, PC<br>1201 West Peachtree Street NW<br>Suite 1100<br>Atlanta, GA 30309<br>P: 404.253.6000<br>F: 404.253.6060<br>kerskine@polsinelli.com<br><br>*Counsel for Defendant Anthony Alfieri, D.O., FACC.* |
| Walter S. Zimolong, III, Esquire<br>Post Office Box 552<br>Villanova, PA 19085<br>wally@zimolonglaw.com<br>Phone: 215-655-0842<br><br>*/s/ David Wisniewski*<br>Stuart T. O'Neal, III, Esquire (Pro Hac Vice)<br>David Wisniewski, Esquire (Pro Hac Vice)<br>BURNS WHITE LLC<br>1001 West Conshohocken State Road, STE 1-515<br>West Conshohocken, PA 19428<br>stoneal@burnswhite.com<br>dtwisniewski@burnswhite.com<br>Phone: 484-567-7000<br>Fax: 484-567-5701<br><br>*Counsel for Defendants Samir Pancholy and Haitham Abughnia* | */s/ Michael J. Cicero*<br>Michael J. Cicero (D.C. Bar No. 428872)<br>CMS LAW, PLLC<br>5335 Wisconsin Avenue, NW<br>Suite 440<br>Washington, DC 20015<br>Tel. (202) 251-0019<br>mcicero@cmslawdc.com<br><br>*Counsel for Defendants Jeff Taylor, M.D. and Yee Chai, M.D.* |

| | |
|---|---|
| /s/ *John M. Murdock*<br>John Mark Murdock<br>Potter & Murdock, P.C.<br>Bar ID 415765<br>252 N. Washington Street<br>Falls Church, VA 22046<br>(703) 992-6950 Phone<br>jmurdock@pottermurdock.com<br><br>/s/ *Andrew C. Kolb*<br>Andrew C. Kolb (Admitted *Pro Hac Vice*)<br>KOLB LAW FIRM, LLC<br>10518 Kentshire Ct.<br>Baton Rouge, LA 70810<br>225-960-7066 Telephone<br>225-766-0279 Facsimile<br>andrew@kolblawfirm.com<br><br>*Counsel for Defendants Ghiath Mikdadi, M.D., Bruce Ennis, M.D., Georges Khoueiry, M.D.,Esmond Barker, M.D., Michael Payment, M.D., and Cyril Bethala, M.D.* | /s/ *Ryan Carter*<br>Ryan J. Carter<br>D.C. Bar No.: 1764829<br>5950 Symphony Woods, Suite 510<br>Columbia, MD 21044<br>(443) 702-5944 (Ph.)<br>(410) 823-5600 (Fax)<br>rcarter@pklaw.com<br><br>Andrew P. Baratta<br>(Admitted pro hac vice)<br>BARATTA LAW, LLC<br>3500 Reading Way<br>Huntingdon Valley, Pa. 19006<br>(215) 914-8132 (ph.)<br>andrew@barattalawfirm.com<br><br>*Counsel for Defendant Mrugesh Patel, M.D.* |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 22, 2025, the foregoing Defendants' Status Report was served on all counsel of record through the CM/ECF system, which will send notification of the filing to all counsel of record.

                                                   */s/ Jesse A. Witten*
                                                   Jesse A. Witten