UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* Jasjit Walia and Preet Randhawa, <br><br> Plaintiff-Relators, <br><br> v. <br><br> Jose Alemparte, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:18-cv-00510-RJL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT DR. JOSE DIAZ'S**
**MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Defendant Dr. Jose Diaz ("Dr. Diaz"), asks this Court to dismiss Relators Jasjit Walia and Preet Randhawa's ("Relators") Second Amended Complaint under Federal Rule of Civil Procedure 12(b)(6).

1.  On March 5, 2018, Relators filed their 31 U.S.C. §3729, et seq. False Claims Act ("FCA") complaint alleging overbilling by some five hundred unrelated doctors of the Medicare system, including Dr. Diaz. [ECF Doc. 1]. The Complaint was filed under seal and, upon information and belief, was never served on any defendant. Never was Dr. Diaz served with the Complaint. *See* Docket. On July 18, 2023, Relators filed their Amended Complaint. [ECF Doc. 21]. The Amended Complaint was filed under seal and, upon information and belief, was never served on any defendant. Never was Dr. Diaz served with the Amended Complaint. *See* Docket. On April 7, 2025, Relators filed their

Second Amended Complaint. [ECF Doc. 48]. Dr. Diaz first learned of the Relators' FCA claims against him when he received service of the Second Amended Complaint.

2. Relators lack any relationship, communication, or connection to Dr. Diaz and lack standing under the FCA's original source requirements. Relators are cardiologists practicing in New Jersey who have never worked with, contracted with, communicated with, or had any business relationship with Dr. Diaz. Their allegations are based on publicly available Medicare payment data and their own unrelated buying experiences in different geographic markets under different contract terms.

3. The Second Amended Complaint fails to meet Rule 9(b)'s heightened pleading requirements for fraud. Relators make only generic, "cookie-cutter" allegations about hundreds of defendants collectively, providing no specific, particularized allegations about Dr. Diaz's individual conduct, knowledge, or intent.

4. Relators cannot plausibly allege scienter because they do not know about Dr. Diaz's actual acquisition costs, billing practices, business operations, or state of mind. The Complaint does not factually allege about Dr. Diaz's knowledge or intent to defraud.

5. The alleged violations are immaterial under the Supreme Court's *Escobar* framework. The government's continued payment of claims despite knowledge of the alleged pricing disparities provides "very strong evidence" of immateriality.

6. The Complaint fails to allege that Dr. Diaz actually submitted any specific false claims to the government, as required under Rule 9(b)'s particularity requirements.

7. The Department of Justice's decision not to intervene against Dr. Diaz after nearly seven years of investigation provides significant evidence that experienced prosecutors concluded these claims lack merit.

8. Accordingly, Relators' claims against Dr. Diaz in the Second Amended Complaint should be dismissed with prejudice.

9. A Proposed Order is attached.

## CONCLUSION AND PRAYER FOR RELIEF

Defendant Dr. Jose Diaz respectfully requests that all of Relators Jasjit Walia and Preet Randhawa's 31 U.S.C. §3729, et seq. False Claims Act claims in the Second Amended Complaint be dismissed with prejudice and that the Court award Defendant Dr. Jose Diaz attorney's fees and costs.

Date:  August 22, 2025                    Respectfully submitted,

/s/ Thomas M. Craig                       Mary Olga Lovett, *Pro Hac Vice forthcoming*
Thomas M. Craig, D.C. Bar No. 494503      **Mo Lovett Law**
**Fluet**                                 River Oaks Bank Building
1751 Pinnacle Drive, Suite 1000           2001 Kirby Dr., Suite 700
Tysons, VA 22102                          Houston, TX 77019
T: (703) 590-1234                         T: (713) 589-5103
F: (703) 590-0366                         mo@molovettlaw.com
tcraig@fluet.law
e-file@fluet.law                          *Counsel for Defendants Miltiadis Leon, Syed Umer, Jose Diaz, and Jawad Shaikh*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 22, 2025 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a true and correct copy of the same to all Counsel of Record.

                                        */s/ Thomas M. Craig*
                                        Thomas M. Craig, Esq.