UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* Jasjit Walia and Preet Randhawa,<br><br>    Plaintiff-Relators,<br><br>v.<br><br>Jose Alemparte, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00510-RJL |

**[Proposed] ORDER**

This matter is before the Court on Defendant Jose Diaz's Motion to Dismiss Second Amended Complaint. This Court having considered the Motion and being otherwise sufficiently advised, it is hereby:

**ORDERED** that Defendant Jose Diaz's Motion is **GRANTED**; and it is further

**ORDERED** that Second Amended Complaint is **DISMISSED** with prejudice as to Defendant Jose Diaz.

IT IS SO **ORDERED** this _____ day of _____, 2025

_____
Hon. Richard J. Leon
United States District Judge