**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA, *ex rel.* JASJIT WALIA and PREET RANDHAWA,

Plaintiffs,

v.

JOSE ALEMPARTE *et al.*,

Defendants.

Case No. 1-18-cv-00510-RJL

**REPLY TO RELATORS' "STATUS REPORT"[1]**

A quorum of Defendants respectfully submit this short reply to Relators' status report.[2]

1. After 17 motions to dismiss were filed, a stay judicially imposed, and in response to the Court's request of the Defendants to submit a proposal to streamline the case, Defendants filed two virtually identical status reports on August 22, 2025, which set forth a proposed briefing schedule for motions to dismiss, a proposal for a group of defense counsel to handle court conferences and hearings, and asked that Relators first formally decide who to proceed against and who to dismiss for want of facts. Because the Court did not ask for facts or law, Defendants' status reports did not argue either the facts or the law, but rather proposed procedural mechanisms to streamline the case by limiting the number of defendants and the number of motions to be filed.

2. On September 2, 2025, Relators filed a ten-page document that argued facts and law, in addition to Relators' position regarding a briefing schedule. Among the arguments made, Relators argue that Defendants have not met their burden to seek a stay of discovery during the

[1] Relators' filing included factual and legal arguments that go well beyond the procedural framework requested by the Court and proposed by Defendants. This Reply is filed pursuant to the Court's Order granting Defendants' Motion for Leave to File Reply to Relators' Status Report, ECF No. 454.

[2] Given the number of Defendants in the case, counsel did not conduct a full roll-call before submitting this motion. However, no defense counsel objected or expressed any opposition to its filing.

pendency of the motion to dismiss. But Defendants merely set forth their position in a status letter, as the Court requested, and did not make legal arguments therein.

3. Relators also allege that they should receive discovery to "streamline" the case. But Relators are not entitled to discovery by merely filing a complaint or to broadly fish for some factual basis for their Second Amended Complaint. The purpose of Rule 12(b)(6) is to enable defendants to challenge the legal sufficiency of complaints without subjecting them to discovery. Indeed, Relators' discovery proposal with its search for facts turns any notion of "streamlining" on its head by increasing defense costs and multiplying individualized discovery disputes while defendants' motions to dismiss remain under consideration.[3] It is the Relators' obligation to allege a claim with particularity against Defendants. Relators' proposal is merely an effort to make an end-run around the requirements of Rule 9(b), and the Court should reject it.

4. Defendants intend to make a motion to dismiss arguing that (1) Relators' claim is ***barred*** under the False Claims Act and (2) Relators lack information to meet the strictures of Rule 9(b). Further, as the list of named defendants is both large and diverse, individual defendants may have other arguments for dismissal. As is apparent from the gaps in the Second Amended Complaint, Relators want discovery (namely, the Defendants' acquisition costs for the radiopharmaceuticals) to cure their facially and factually deficient lawsuit. In doing so, Relators have essentially conceded the operative complaint's deficiency under Rule 9(b) by seeking the very cost information that is missing from their pleading.

5. Defendants await the Court's entry of a motion-to-dismiss briefing schedule.

---

[3] Relators' proposal for discovery from hundreds of defendants dating back seven years is hardly "streamlining." Such a proposal subjects hundreds of parties to potentially unnecessary costs and attorneys' fees before a decision has been rendered with respect to their legally cognizable defenses.

Defendants thank the Court for its time and attention to this matter.

Respectfully submitted,

By: /s/*Matthew J. Modafferi*
Matthew J. Modafferi (admitted *pro hac vice*)
FRIER & LEVITT, LLC
101 Greenwich Street Suite 8B
New York, NY 10006
Tel: (646) 970-2771
Fax: (646) 524-5027
mmodafferi@frierlevitt.com
*Attorneys for Doctors Popescu, Godkar, Marotta, Ganesh, Nejad, Orlando, Berman, Khanna, Nia, Ivanov, Sengupta, Miller, Korlakunta, Kahf, Guniganti, Rossakis, Shanahan, Younes, Noveck, Gunawan, Elmi, Devaughn, Sweet, Rohatgi, C. Patel, Nagra, D. Patel, Krasikov, Hollywood, Kim, Lebowitz, Zanger, Rothman, German, Acharya, Hui, Moghbeli, and Rakla*

/s/ *John B. Mumford, Jr.*
John B. Mumford, Jr. (DC Bar No. 1027364)
Sara K. Bugbee (admitted *pro hac vice*)
HANCOCK, DANIEL & JOHNSON, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
jmumford@hancockdaniel.com
sbugbee@hancockdaniel.com
*Counsel for Defendants Drs. Araneda, Azzouz, Banihashemi, Dahr, Krishnan, Hill, Orellana, Pacini, Park, Spriggs, and Yager*

/s/ *Kevin E. Raphael*
Kevin E. Raphael
FOX ROTHSCHILD
2001 Market Street, Suite 1700
Philadelphia, PA 19103
Telephone: (215) 299-1934
Fax: (215) 299-2150
kraphael@foxrothschild.com
*Counsel for Dr. David Elbaum*

/s/ *David T. Wisniewski*
David T. Wisniewski (Admitted *pro hac vice*)
BURNS WHITE
1835 Market Street, Suite 2700
Philadelphia, PA 19103
Telephone: (215) 587-1613
Facsimile: (215) 587-1699
dtwisniewski@burnswhite.com
*Counsel for Defendants Drs. Pancholy and Abughnia*

/s/ *Joseph E. H. Atkinson*
Joseph E. H. Atkinson, Esq. (*admitted pro hac vice*)
Michelle E. Hoffer, Esq. (*admitted pro hac vice*)
Whiteford, Taylor & Preston L.L.P.
1021 E. Cary Street, Suite 2001
Richmond, Virginia 23219
Telephone: (804) 977-3305
E-Mail: jeatkinson@whitefordlaw.com
      mhoffer@whitefordlaw.com

John J. Hathway, Esq. (DC Bar No. 412664)
Whiteford, Taylor & Preston L.L.P.
1800 M Street, NW, Suite 450N
Washington, DC 20036
Telephone: (202) 6596766
E-Mail: jhathway@whitefordlaw.com
*Counsel for Dr. Syed Tariq Shahab, Dr. Mohammad Sarfarazi, Dr. Sridhar Chatrathi, Dr. George Panas, Dr. Pakaj Lal, Dr. Benjamin Bergman, Dr. David Buyer, Dr. Scott Schwarz, Dr. Gerald Cioce, Dr. Thien Do, Dr. Mohamad Wajeed Khan, Dr. Gaurang Thaker, Dr. Ashwani Bassi, Dr. Robert McCarthy, Dr. Ambrish Gupta, Dr. Thomas Anthony*

*/s/ Christopher B. Mead*
Christopher B. Mead
Schertler Onorato Mead & Sears
555 13th St., N.W. Suite 500 West
Washington, D.C. 20004
Mobile: 301-351-0237
cmead@schertlerlaw.com
*Counsel for Dr. Roy Abrahamian*

*/s/ Michael J. Podberesky*
Michael J. Podberesky (D.C. Bar No. 991078)
MCGUIREWOODS LLP
888 16th Street N.W., Suite 500
Washington, D.C. 20006
Telephone: (202) 857-1753
mpodberesky@mcguirewoods.com

Brett W. Barnett (Admitted *pro hac vice*)
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8123
bbarnett@mcguirewoods.com
*Counsel for Defendant Dr. Nitin Mahajan*

KRAUS JENKINS PLLC

By: */s/ James W. Kraus*
JAMES W. KRAUS, ESQUIRE
D.C. Bar No.: 471945
jkraus@krausjenkins.com
HOLLY E. DICESARE, ESQUIRE
*Admitted Pro Hac Vice*
hdicesare@krausjenkins.com
SAMUEL BEAVER, ESQUIRE
*Admitted Pro Hac Vice*
sbeaver@krausjenkins.com

650 Massachusetts Avenue, Suite 600
Washington, DC 20001
202-888-7681 (Ph.)
412-546-0785 (Fax)
*Counsel for Abdulrab Aziz, M.D.; Samir Hadeed, M.D.; Chandra Polam, M.D. and Mohammad Albataineh, M.D.*

*s/ Kevin P. Farrell*
Kevin P. Farrell, Esq. (DC Bar No. 492142)
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
1500 K Street, NW, Suite 330
Washington, D.C. 20005
Telephone: (202) 626-7660
Facsimile: (202) 628-3606
Kevin.Farrell@wilsonelser.com
*Counsel for Defendant Robert Greco, M.D.*

BUCHANAN INGERSOLL & ROONEY, PC

*/s/ Karima Tawfik Thompson*
Karima Tawfik Thompson (DC Bar No. 1562675)
1700 K Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 452-7996
Facsimile: (202) 452-7989
karima.thompson@bipc.com

Jason P. Bologna (admitted *pro hac vice*)
Mark A. Kasten (admitted *pro hac vice*)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Telephone: (215) 665-8700
Facsimile: (215) 665-8760
jason.bologna@bipc.com
mark.kasten@bipc.com

Maxwell C. Ruocco (admitted *pro hac vice*)
Carillon Tower
227 W. Trade Street, Suite 600
Charlotte, NC 28202
Telephone: (704) 444-3365
Facsimile: (704) 444-3490
maxwell.ruocco@bipc.com
*Counsel for Defendants Lawrence Antonucci, George Antalis, Francis Lally, Clifford Sebastian, and Stephen Tunick*

PK LAW

By: */s/ Ryan Carter*
RYAN J. CARTER, ESQUIRE
D.C. Bar No.: 1764829
5950 Symphony Woods, Suite 510
Columbia, MD 21044
(443) 702-5944 (Ph.)
(410) 823-5600 (Fax)
rcarter@pklaw.com

ANDREW P. BARATTA, ESQ.
Pa. Bar No. 82250
3500 Reading Way
Huntingdon Valley, Pa. 19006
(215) 914-8132 (ph.)
andrew@barattalawfirm.com
(admitted pro hac vice)
*Counsel for Mrugesh Patel, M.D.*

*/s/ Jody L. Rudman*
Jody L. Rudman (Admitted Pro Hac Vice)
Texas State Bar No. 00797356
jody.rudman@huschblackwell.com
Lorinda G. Holloway (Admitted Pro Hac Vice)
Texas State Bar No. 00798264
lorinda.holloway@huschblackwell.com
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
512-472-5456 Telephone
512-479-1101 Facsimile
*Counsel for Drs. Sreenivasulu Cherlo and Anand Basi*

PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP

*/s/Douglas K. Rosenblum*
Douglas K. Rosenblum (*pro hac vice*)
1818 Market Street, Suite 3402
Philadelphia, PA 19103
(215) 988-1464 (Telephone)
(215) 754-5179 (Fax)
DKR@Pietragallo.com

*/s/Gregory A. Mason*
Gregory A. Mason (D.C. Bar # 1001719)
1818 Market Street, Suite 3402
Philadelphia, PA 19103
(215) 320-6017 (Telephone)
(215) 754-5173 (Fax)
GAM@Pietragallo.com
*Attorneys for Defendants Dr. Brian Fedgchin, Dr. Jeffrey Fierstein, Dr. Steven Mattleman, Dr. Hong Ra, Dr. Scott Pfeffer, Dr. Mital Sheth, Dr. David Shipon, Dr. Jonathan Cox, Dr. Sujood Ahmed, Dr. David Waldstein, Dr. Robert Schlesinger, Dr. Joseph Richerts, and Dr. Niku Thomas*

*/s/ Jesse A. Witten*
Jesse A. Witten (#443858)
Nickolas I. Merrill (#1781099)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K St., N.W., Suite 1100
Washington, D.C. 20005
Phone: (202) 842-8800
Fax: (202) 230-5354
Jesse.Witten@faegredrinker.com
Nickolas.Merrill@faegredrinker.com
*Counsel for Defendants Lane Benoff, M.D., Anand Haridas, M.D., and Atul Trivedi, M.D.*

*/s/ Thomas H. Barnard*
Thomas H. Barnard (Bar No. 1615498)
Baker, Donelson, Bearman, Caldwell, & Berkowitz PC
100 Light St, 19th Floor
Baltimore, Maryland 21202
(410) 862-1185
tbarnard@bakerdonelson.com
*Counsel for Defendant Robert DuBroff*

BLANK ROME LLP

*/s/ Nicholas C. Harbist*
Nicholas C. Harbist (*pro hac vice*)
300 Carnegie Center, Suite 220
Princeton, NJ 08540
(609) 750-2991
Nicholas.Harbist@BlankRome.com

Kevin M. Moran (*pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
(215) 569-5460
Kevin.Moran@BlankRome.com
*Attorneys for Defendants James Beattie, M.D., Irina Joukova, M.D., Gurpreet Kochar, M.D., and John Passalaris, M.D.*

*Tonya N. Kelly*
Tonya N. Kelly, Fed. Bar No. 1019673
tykelly@bakerdonelson.com
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
100 Light Street, 19th Floor
Baltimore, Maryland 21202
Phone: 410-862-1049
Fax: 410-547-0699
*Counsel for Defendants Juan Cordero, Salvatore Lauria, Boaz Rosen, Jennifer Brady, Jerome Segal, and Sadia Shafi*

*/s/ William P. McGrath, Jr.*
William P. McGrath, Jr. (422160)
KALBIAN HAGERTY LLP
888 17th Street NW, Suite 1200
Washington, DC 20006
T: 202 223-5600
wmcgrath@kalbianhagerty.com
*Counsel for Defendant Philip Nimoityn*

Richard P. Limburg, Esq.
Pa. Atty. ID No.: 39598
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West 1500 Market Street, Suite 3400
Philadelphia, PA 19102-2101
215.665.3000 tel | 215.665.3165 fax
richard.limburg@obermayer.com
*Counsel for Defendant Philip Nimoityn*

*/s/ Michael T. Marr*
Michael T. Marr
RIFKIN WEINER LIVINGSTON, LLC
7700 Wisconsin Ave, Suite 320
Bethesda, Maryland 20814
mmarr@rwllaw.com
(301) 951.0150 (p)
(301) 951.0172 (f)

Arnold M. Weiner (admitted *pro hac vice*)
2002 Clipper Park Road, Suite 108
Baltimore, Maryland 21211
aweiner@rwllaw.com
(410) 769-8080 (phone)
(410) 769-8811 (facsimile)
*Counsel for Drs. Mahmood Shariff and Brendon Paltoo*

/s/ *Daniel R. Walworth*
Daniel R. Walworth (pro hac vice)
Sara E. Smith (pro hac vice)
DUANE MORRIS LLP
30 South 17th Street Philadelphia, PA 19103-4196
Tel.: (215) 979 1194
Fax: (215) 405 2917
dwalworth@duanemorris.com
SESmith@duanemorris.com

Drew T. Dorner (DC Bar No. 1035125)
Tarsha A. Phillibert, Esq. (pro hac vice)
DUANE MORRIS LLP
901 New York Avenue N.W., Suite 700 East
Washington, DC 20001-4795
Tel.: (202) 776 5291
Fax: (202) 478 2967
dtdorner@duanemorris.com
taphillibert@duanemorris.com
*Attorneys for Defendants Dr. Maria Duca, Dr. Mark Finch, Dr. Thomas Galski, Dr. Eduard Koman, Dr. Jeffrey Namey, Dr. Ralph Russo, Dr. John Saia, Dr. Anthony Sauerwein, Dr. Robert Schimenti, Dr. Harry South, Dr. Jay Sussman and Dr. Samuel Ventrella*

/s/ *Maximillian F. Nogay*
Maximillian F. Nogay (admitted *pro hac vice*)
Flannery | Georgalis, LLC
400 Fort Pierpont Drive, Suite 201
Morgantown, WV 26508
(304) 308-6699
mnogay@flannerygeorgalis.com

W. Benjamin Reese (Bar ID 1601154)
Flannery | Georgalis, LLC
175 South Third Street, Suite 1060
Columbus, OH 43215
(216) 230-9041
breese@flannerygeorgalis.com
*Counsel for Defendant Dr. Cherian John*

*/s/ Denise Barnes*
Denise Barnes (DC Bar#999834)
BASS, BERRY & SIMS PLC
1201 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20004
(202) 827-7214
denise.barnes@bassberry.com
*Counsel for Defendants Herman Gist, M.D., and Anthony Morales, M.D.*

*/s/ Matthew M. Curley*
Matthew M. Curley (*admitted PHV*)
BASS, BERRY & SIMS PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203
(615) 742-6200
mcurley@bassberry.com
*Counsel for Defendant Anthony Morales, M.D.*

*/s/ Molly K. Ruberg*
Molly K. Ruberg (*admitted PHV*)
BASS, BERRY & SIMS PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203
(615) 742-6200
mruberg@bassberry.com
*Counsel for Defendant Herman Gist, M.D.*

*/s/ Ricardo Solano*
Ricardo Solano (admitted *pro hac vice*)
Genna A. Conti (admitted *pro hac vice*)
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
T: 973-596-4500
F: 973-596-0545
rsolano@gibbonslaw.com
gconti@gibbonslaw.com
*Attorneys for Defendants Douglas Richter, M.D., Joanne Mazzarelli, M.D., Sajjad A. Sabir, M.D., Stephen Daly, D.O., Maritza Cotto, M.D., Rido Cha, M.D., Manish Dadhania, M.D., Fredric Ginsberg, M.D., and Lawrence Rozanski, M.D.*

*/s/ Derek M. Adams*
POTOMAC LAW GROUP, PLLC
Derek M. Adams (DC Bar No. 1031442)
Susan Baldwin Hendrix (DC Bar No. 477241)
1717 Pennsylvania Avenue, N.W., Suite 1025
Washington, D.C. 20006
Tel.: (202) 743-1511
Fax: (202) 318-7707
dadams@potomaclaw.com
shendrix@potomaclaw.com
*Counsel for Defendant Ramesh Agarwal*

CLARK HIL, PLC

*By: /s/ Robert J. Ridge*
Robert J. Ridge, Esq. (admitted pro hac vice)
Allen M. Lopus, Esq. (admitted pro hac vice)
Neel Kapur, Esq. (admitted pro hac vice)
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
rridge@clarkhill.com
alopus@clarkhill.com
nkapur@clarkhill.com
*Counsel for Defendant's Harish Koolwal and Olga Shabalov*

*/s/ Jonathan M. Phillips*
Jonathan M. Phillips (DC Bar No. 989061)
Michael R. Dziuban (DC Bar No. 1034156)
Gibson, Dunn & Crutcher LLP
1700 M Street NW
Washington, DC 20036-4504
Tel.: (202) 887-3546
Fax: (202) 530-9530
JPhillips@gibsondunn.com
MDziuban@gibsondunn.com
*Counsel for Defendant Dr. Richard Gilmore*

*/s/ Jennifer Jones Thomas*
Jennifer Jones Thomas (LA #26532) (Pro Hac Vice)
Scott D. Huffstetler (LA #28615) (Pro Hac Vice)
Kean Miller LLP
400 Convention Street, Suite 700
PO Box 3513 (70821-3513)
Baton Rouge, LA 70802
(225) 387-0999
jennifer.thomas@keanmiller.com
scott.huffstetler@keanmiller.com

Jessica L. Farmer (Bar No. 1023024)
Holland & Knight LLP
800 17th Street N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 955-3000
Facsimile: (202) 955-5564
jessica.farmer@hklaw.com
*Counsel for Defendant Luis Soto, MD*

*/s/ Sean C. Griffin*
Sean C. Griffin, CIPP/US, AIGP (DC Bar No. 442284)
LONGMAN & VAN GRACK, LLC
1629 K Street, NW, Suite 300
Washington, DC 20006
Tel: (202) 978-3288
sean@lvglawfirm.com
*Counsel for Defendants Drs. Verma, Oschwald, Khoury, and O'Toole*

*/s/ Michael J. Cicero*
Michael J. Cicero (D.C. Bar No. 428872)
CMS LAW, PLLC
5335 Wisconsin Avenue, NW Suite 440
Washington, DC 20015
Tel. (202) 251-0019
mcicero@cmslawdc.com
*Counsel for Defendants Graciano Avenadano, M.D., Jeff Taylor, M.D. and Yee Chai, M.D.*

GRIFFIN DURHAM TANNER &
CLARKSON LLC

/s/ J. Thomas Clarkson
J. Thomas Clarkson
DC Bar ID No. GA0054
Georgia Bar No. 656069
tclarkson@griffindurham.com
75 14th Street, Suite 2250
Atlanta, GA 30309
Ph: (404) 891-9150

John H. Lawrence
(Admitted Pro Hac Vice)
john.lawrence@klgates.com
Jared M. Burtner
(Admitted Pro Hac Vice)
jared.burtner@klgates.com
K&L GATES LLP
430 Davis Drive, Suite 400
Research Triangle Park, NC 27560
Telephone: (919) 466-1190
Facsimile: (919) 723-2744
*Attorneys Defendants Dr. Felix Castro, Dr. Cleveland Francis Jr., Dr. Minh Ngo, Dr. John O'Brien, Dr. David Park, Dr. Narian Rajan, Dr. Kevin Rogan, Dr. Behnam Tehrani, & Dr. Kinda Venner-Jones*

/s/ J. Thomas Clarkson
J. Thomas Clarkson
Georgia Bar No. 656069
GRIFFIN DURHAM TANNER &
CLARKSON LLC
tclarkson@griffindurham.com
Patrick J. Schwedler
Georgia Bar No. 812312
pschwedler@griffindurham.com
75 14th Street, Suite 2130
Atlanta, GA 30309
(404) 891-9150
*Counsel for Defendants Dr. Jennifer Shea, Dr. Stuart Sheifer, & Dr. Pradeep Nayak*

*/s/ John M. Murdock*
John Mark Murdock
Potter & Murdock, P.C.
Bar ID 415765
252 N. Washington Street
Falls Church, VA 22046
(703) 992-6950 Phone
jmurdock@pottermurdock.com

*/s/ Andrew C. Kolb*
Andrew C. Kolb (Admitted *Pro Hac Vice*)
KOLB LAW FIRM, LLC
10518 Kentshire Ct.
Baton Rouge, LA 70810
225-960-7066 Telephone
225-766-0279 Facsimile
andrew@kolblawfirm.com
*Counsel for Defendants Ghiath Mikdadi, M.D., Bruce Ennis, M.D., Georges Khoueiry, M.D.,Esmond Barker, M.D., Michael Payment, M.D., and Cyril Bethala, M.D.*

*/s/ Sarah Q. Wirskye*
Sarah Q. Wirskye (Texas Bar No. 24007885)
BRADLEY ARANT BOULT CUMMINGS LLP
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone (214) 257-9785
Facsimile (214) 939-8787
swirskye@bradley.com
*Counsel for Dr. Mohammad Akram Khan*

*/s/ Adam C. Cortez*
Adam C. Cortez
THE CORTEZ LAW FIRM
1202 South Alamo Street
San Antonio, TX 78210
T: (210) 273-2277
F: (210) 504-1523
adam@cortezlawfirm.com
*Counsel for Dr. Guillermo Reyes*

*/s/ Kalvin B. Wiar*
Kalvin B. Wiar Bar No. TX0100
kwiar@shawwiar.com
Diane K. Shaw Bar No. TX101
dshaw@shawwiar.com
10670 North Central Expressway, Suite 630
Dallas, Texas 75231
(214) 217-8357 – Telephone
(214) 217-8289 – Telecopier
*Counsel for Defendants Dr. Gary Barkocy, Dr. Rafael Berio-Muniz, Dr. Sanjeev Bhatia, Dr. Nirmal Bual, Dr. Sukesh Burjonroppa, Dr. Satish Chandraprakasam, Dr. Louis Cristol, Dr. Srikanth Damaraju, Dr. Eric Davis, Dr. Saritha Dodla, Dr. Nisheeth Goel, Dr. Raymond Graf, Dr. Rajeev Grover, Dr. Rajan Kadakia, Dr. Amin Karim, Dr. Masroor Khan, Dr. Shamim Badruddin Mawji, Dr. Deval Mehta, Dr. Nilay Mehta, Dr. Arun Padala, Dr. Manu Pillai, Dr. Alvaro Rios, Dr. Shehzad Sami, Dr. Charles Schechter, Dr. Rakesh Shah, Dr. Gregg Silverman, Dr. Steve Simpson, Dr. Archana Srivastava, Dr. Bhupendra Turakhia, Dr. Stephen Turner, Dr. Periyanan Vaduganathan, Dr. John Van Metre, Dr. Antione Younis and Dr. George Younis*

By */s/ Michael A. Thompson*
Scott A. Irby (*pro hac vice*)
Michael A. Thompson (*pro hac vice*)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: sirby@wlj.com; mthompson@wlj.com

Melvin White, Esq. (D.C. Bar No. 422087)
Berliner Corcoran & Rowe LLP
1101 17th Street NW, Suite 1100
Washington, D.C. 20036
(202) 412-8149
mwhite@bcrlaw.com
*Attorneys for Defendants*
*Drs. Michael Frais, Patrick Flaherty,*
*Scott Beau, Vasili Lendel, Andre Paixao,*
*Gary Nash, Carl Leding, and Andy Henry*

*/s/ Sean McKenna*
SEAN MCKENNA
Texas Bar No. 24007652
sean.mckenna@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
5830 Granite Parkway, Suite 1000
Plano, Texas 75024
Tel: (469) 484-6100 / Fax: (469) 828-7217
Admitted Pro Hac Vice

MELISSA SCOTT
Florida Bar No. 1010123
melissa.scott@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
One Financial Plaza
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, Florida 33394
Tel: (954) 745-5251 / Fax: (954) 761-8135
Admitted Pro Hac Vice
*Attorneys for Vidyasagar Chodimella*

HOGAN LOVELLS US LLP

By */s/ Jonathan L. Diesenhaus*
Jonathan L. Diesenhaus
DC Bar No. 423753
jonathan.diesenhaus@hoganlovells.com
Gejaa Gobena
DC Bar No. 463833
gejaa.gobena@hoganlovells.com
Rachel Stuckey
DC Bar No. 1738601
rachel.stuckey@hoganlovells.com

555 13th Street NW
Washington, DC  20004
202-637-5600 (Ph.)
202-637-5910 (Fax)
*Counsel for Brain Choi, M.D., Joseph Krepp, M.D., Laurence Kelley, M.D., Leighton Forrester, M.D., Louis Larca, M.D., Richard Katz, M.D., and Naga Pannala, M.D.*