## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JASJIT WALIA and PREET RANDHAWA,<br><br>        Plaintiffs-Relators,<br><br>            v.<br><br>JOSE ALEMPARTE *et al.*,<br><br>        Defendants. | Civil Case No. 18-0510-RJL |

## JOINT STIPULATION OF DISMISSAL OF DEFENDANTS
## MARIO CRISCITO, FRANK IACOVONE, AND SAMEER KAUL

The United States and Relators Jasit Walia and Preet Randhawa, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that:

1.      On December 9, 2024, the United States notified the Court that with respect to Defendants Mario Criscito, Frank Iacovone, and Sameer Kaul ("Defendants"), it "intervenes only … for the Covered Conduct, as that term is defined in the fully executed settlement agreement." ECF 33 at 1. The United States further notified the Court that "Defendants have not yet made all payments due under the terms of" their settlement agreement and that the Parties would "separately file a Joint Stipulation of Dismissal as to these Defendants upon receipt of payments under the settlement agreement." *Id*. at 2.

2.      The Settlement Agreement requires the United States and Relators to file a Joint Stipulation of Dismissal with respect to all claims against Defendants upon completion of their payments.

3.    The United States has received full payment of the Settlement Amount from Defendants pursuant to the Settlement Agreement.

4.    The claims in the above-captioned action asserted against Defendants listed above shall be dismissed, subject to the terms and conditions set forth in their respective Settlement Agreements, as follows:

a. The United States' claims against the Defendants listed above are dismissed with prejudice as to the Covered Conduct as that term is defined in the fully executed settlement agreements as to each of the named Defendants listed above, and without prejudice s to all other claims; and

b. Relators' claims against the Defendants listed above are dismissed in their entirety, with prejudice, except as otherwise provided for in their Settlement Agreements.

5.    Each party to bear its own costs, attorney fees, and expenses, except as set forth in the Settlement Agreement; and

6.    All other claims and parties named in the above-captioned case are not affected by this Joint Stipulation of Dismissal.

A proposed Order accompanies this Joint Stipulation.

Dated: November 19, 2025                    Respectfully submitted,

                                            JEANINE FERRIS PIRRO
                                            United States Attorney


By: /s/ *Jonathan Z. DeSantis*              By: */s/ John C. Truong*
                                            JOHN C. TRUONG, D.C. Bar # 465901
BARON & BUDD P.C.                           Assistant United States Attorney
                                            601 D Street, NW
W. Scott Simmer (D.C. Bar #460726)          Washington, DC 20530
The Watergate, Suite 10-A                   (202) 252-2524
600 New Hampshire Avenue, NW                John.Truong@usdoj.gov
Washington, D.C. 20037
Telephone:202-333-4562                      BRETT A. SHUMATE
Facsimile: 202-337-1039                     Acting Assistant Attorney General
Email: ssimmer@baronbudd.com
                                            JAMIE ANN YAVELBERG
LAW OFFICE OF HENRY F. FURST

Henry F. Furst (admitted pro hac vice)
One Claridge Drive
Verona, New Jersey 07044
Telephone: (973) 454-2620
Email: hfurst@hfurstlaw.com

WALDEN MACHT  HARAN &
WILLIAMS  LLP

Daniel R. Miller (admitted pro hac vice)
Jonathan Z. DeSantis (admitted pro hac
vice)
Samuel F. Rogers (admitted pro hac vice)
Walden Macht Haran & Williams LLP
2000 Market Street, Suite 1430
Philadelphia, PA 19103
Tel: (215) 825-5283
Email: dmiller@wmhwlaw.com
Email: jdesantis@wmhwlaw.com
Email: srogers@wmhwlaw.com

*Attorneys for Relators*

EDWARD C. CROOKE
JAMES NEALON
Civil Division, Fraud Section
PO Box 261, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-4181
James.Nealon@usdoj.gov

*Attorneys for the United States of
America*