UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JASJIT WALIA et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AARON MICHAEL, et al.,<br><br>    Defendants. | Civil Action No. 18-0510 (RJL) |

**THE UNITED STATES'S NOTICE OF CONSENT TO
RELATORS' NOTICES OF VOLUNTARY DISMISSAL**

Pursuant to the False Claims Act, 31 U.S.C. §3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of the named-defendants listed in Relators' Notices of Voluntary Dismissal (ECF Nos. 346, 447 and 448) in the above-captioned matter, provided it is without prejudice to the rights of the United States. The Attorney General has determined that the dismissal is in the interests of the United States and that the matter does not warrant the continued expenditure of government resources.

\*\*\*

- 2 -

Dated: November 20, 2025　　　　　　　Respectfully submitted,
　　　　Washington, DC

　　　　　　　　　　　　　　　　　　　　JEANINE FERRIS PIRRO
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　By:　 /s/ John C. Truong
　　　　　　　　　　　　　　　　　　　　JOHN C. TRUONG, D.C. Bar # 465901
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　601 D Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　(202) 252-2524
　　　　　　　　　　　　　　　　　　　　John.Truong@usdoj.gov


　　　　　　　　　　　　　　　　　　　　JAMIE ANN YAVELBERG
　　　　　　　　　　　　　　　　　　　　EDWARD C. CROOKE
　　　　　　　　　　　　　　　　　　　　JAMES NEALON
　　　　　　　　　　　　　　　　　　　　Civil Division, Fraud Section
　　　　　　　　　　　　　　　　　　　　PO Box 261, Ben Franklin Station
　　　　　　　　　　　　　　　　　　　　Washington, DC 20044
　　　　　　　　　　　　　　　　　　　　Tel: (202) 305-4181
　　　　　　　　　　　　　　　　　　　　James.Nealon@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Attorneys for the United States of America*