UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA *ex rel.* JASJIT WALIA and PREET RANDHAWA, <br><br> Plaintiffs-Relators, <br><br> v. <br><br> JOSE ALEMPARTE *et al.*, <br><br> Defendants. | Case No.: 1-18-cv-00510-RJL |
|---|---|

**NOTICE OF SUBMISSION OF PROPOSED ORDER**

Pursuant to the Court's July 22, 2025 Minute Order, Plaintiffs-Relators Jasjit Walia and Preet Randhawa ("Relators") respectfully submit the enclosed proposed order effectuating the dismissals described in Relators' Notices of Voluntary Dismissal (ECF Nos. 346, 447 and 448) and the United States' Notice of Consent to Relators' Notices of Voluntary Dismissal. (ECF No. 460).

Dated: November 20, 2025            /s/  *Jonathan Z. DeSantis*

W. Scott Simmer (D.C. Bar #460726)
The Watergate, Suite 10-A
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Telephone:202-333-4562
Facsimile: 202-337-1039
Email: ssimmer@baronbudd.com

**LAW OFFICE OF HENRY F. FURST**

Henry F. Furst *(*admitted *pro hac vice*)
One Claridge Drive
Verona, New Jersey 07044
Telephone: (973) 454-2620
Email: hfurst@hfurstlaw.com

**WALDEN MACHT  HARAN & WILLIAMS  LLP**

Daniel R. Miller *(admitted pro hac vice*)
Jonathan Z. DeSantis (admitted *pro hac vice*)
Walden Macht & Haran LLP
2000 Market Street, Suite 1430
Philadelphia, PA 19103
Tel: (215) 825-5283
Email: dmiller@wmhwlaw.com
Email: jdesantis@wmwhlaw.com

***Attorneys for Relators***