# Exhibit A

| Defendant Name |
| --- |
| James Beattie |
| John Passalaris |
| Philip Nimoityn |
| Nisheeth Goel |
| Rajan Kadakia |
| Nilay Mehta |
| Manu Pillai |
| Shehzad Sami |
| Periyanan Vaduganathan |
| Antoine Younis |
| George Younis |
| Don Pham |
| Eric Davis |
| Satish Chandraprakasam |