# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JASJIT WALIA and PREET RANDHAWA,<br><br>Plaintiffs,<br><br>v.<br><br>JOSE ALEMPARTE *et al.*,<br><br>Defendants. | Case No. 1-18-cv-00510-RJL |

## DEFENDANTS' AMENDED PROPOSED LEADERSHIP STRUCTURE

Pursuant to the Court's October 26, 2025, Order directing all defense counsel to confer with one another and prepare a Proposed Leadership Structure for this litigation, where possible, defense counsel convened via Zoom video conference and conferred in various small groups and via email since the date the Court entered its order. In accordance with the Court's Order, Defendants Propose the following attorneys be appointed to the Defense Steering Committee:[1]

1. Kalvin B. Wiar – Shaw & Wiar, Attorneys at Law; Small Firm
2. Andrew S. Feldman – Feldman Firm PLLC; Small Firm
3. Matthew J. Modafferi –Frier Levitt Attorneys at Law; Small Firm
4. Brian D. Waller – Peckar & Abramson, P.C.; Medium Firm
5. John H. Lawrence – K&L Gates; Large Firm

Respectfully submitted,

[SIGNATURE PAGE BELOW]

---

[1] Defendants recognize the proposed structure includes one attorney rather than two attorneys from "large firms" and "medium firms" as noted in the Court's Order. However, the proposed structure includes five-members which Defendants trust to carry each of their respective interests and respectfully request the Court furnish an order appointing the defense steering committee as set forth herein.

| | |
|---|---|
| */s/ Kalvin B. Wiar*<br>Kalvin B. Wiar<br>Bar No. TX0100<br>kwiar@shawwiar.com<br><br>10670 North Central Expressway, Suite 630<br>Dallas, Texas 75231<br>(214) 217-8357 – Telephone<br>(214) 217-8289 – Telecopier<br><br>*Counsel for Defendants Dr. Gary Barkocy, Dr. Rafael Berio-Muniz, Dr. Sanjeev Bhatia, Dr. Nirmal Bual, Dr. Sukesh Burjonroppa, Dr. Satish Chandraprakasam, Dr. Louis Cristol, Dr. Srikanth Damaraju, Dr. Eric Davis, Dr. Saritha Dodla, Dr. Nisheeth Goel, Dr. Raymond Graf, Dr. Rajeev Grover, Dr. Rajan Kadakia, Dr. Amin Karim, Dr. Masroor Khan, Dr. Shamim Badruddin Mawji, Dr. Deval Mehta, Dr. Nilay Mehta, Dr. Arun Padala, Dr. Manu Pillai, Dr. Alvaro Rios, Dr. Shehzad Sami, Dr. Charles Schechter, Dr. Rakesh Shah, Dr. Gregg Silverman, Dr. Steve Simpson, Dr. Archana Srivastava, Dr. Bhupendra Turakhia, Dr. Stephen Turner, Dr. Periyanan Vaduganathan, Dr. John Van Metre, Dr. Antione Younis and Dr. George Younis* | */s/ Matthew J. Modafferi*<br>Matthew J. Modafferi, Esq.<br>FRIER LEVITT LLC<br>101 Greenwich Street, Suite 8B<br>New York, NY 10006<br>(646) 970-6882 (phone)<br>(646) 524-5027 (fax)<br>mmodafferi@frierlevitt.com<br><br>*Counsel for Dr. Siddhartha Acharya, Dr. Gary K. Berman, Dr. Gerald DeVaughn. Dr. Farhad Elmi, Dr. Yelena German, Dr. Manickam Ganesh, Dr. Darshan Godkar, Dr. Anthony Gunawan, Dr. Uma Guniganti, Dr. Jacqueline Hollywood, Dr. Gloria Hui, Dr. Alexander Ivanov, Dr. Nizar Kahf, Dr. Vasant Paul Kate, Dr. Anirudh Khanna, Dr. Steve Kim, Dr. Hema Korlakunta, Dr. Tatiana Krasikov, Dr. Nathaniel Lebowitz, Dr. Charles Marotta, Dr. Charles L. Miller, Dr. Homayoon Moghbeli, Dr. Bipinpreet Nagra, Dr. Karan Nejad, Dr. Hamid Mohammad Nia, Dr. Howard Noveck, Dr. James Orlando, Dr. Chandulal Patel, Dr. Dipsu Patel, Dr. Andra Popescu, Dr. Younus Rakla, Dr. Rajeev Rohatgi, Dr. Constantine Rossakis, Dr. Howard Rothman, Dr. Ranjita Sengupta, Dr. Andrew Shanahan, Dr. Leldon Sweet, Dr. Desiree Younes, Dr. Diane Zanger* |
| */s/    Andrew S. Feldman*<br>Feldman Firm PLLC<br>One Biscayne Tower<br>2 South Biscayne Blvd, Suite 2530<br>Miami FL 33131<br>Office: 305.714.9474 |Office: 305.537.9571|Mobile: 202.320.7705<br>Email: afeldman@feldmanpllc.com | */s/ Brian D. Waller*<br>Brian D. Waller<br>Admitted *pro hac vice*<br>PECKAR & ABRAMSON, P.C.<br>1325 Avenue of the Americas, 10th Floor<br>New York, NY 10019<br>Tel: (212) 382-0909<br>bwaller@pecklaw.com<br><br>*Counsel for Defendants Dr. John Covalesky, Dr. Jatinchandra Patel, Dr. Mathew* |

|  | *Cholankeril, Dr. Irfan Hameed, Dr. Rajeev Batra, Dr. Anand Cholia, Dr. George Nasser, Dr. Madhava Agusala, Dr. Anthony Davis, Dr. Ramiro Villena, Dr. Thomas Buzbee, Dr. Amy Simpson, Dr. Margaret Hayden, Dr. Karan Bhalla, Dr. Biren Parikh, Dr. George Mammen, Dr. Anil Odhav, Dr. Sanjay Bhargava, Dr. Lianxi Liao, Dr. Denzil D'Souza, Dr. Vijay Kalaria, Dr. Peter Chang, Dr. Ahmed Ahmed, Dr. David Ball, Dr. Conrad Robert Park, Dr. Sanjeev Nair, Dr. Chris Cianci, Dr. Mario Lammoglia, Dr. Marcel Lechin, Dr. Lane Miller, Dr. Ramon Ty, Dr. Iftekhar Kadri, Dr. John Overbeck, Dr. Richard Ammar, Dr. Chau Nguyen and Dr. Tai Nguyen* |
|---|---|
|  | */s/   John H. Lawrence*<br>John H. Lawrence<br>(Admitted Pro Hac Vice)<br>john.lawrence@klgates.com<br>K&L GATES LLP<br>430 Davis Drive, Suite 400<br>Research Triangle Park, NC 27560<br>Telephone: (919) 466-1190<br>Facsimile: (919) 723-2744<br><br>*Attorney for Defendants Dr. Felix Castro, Dr. Cleveland Francis Jr., Dr. Minh Ngo, Dr. John O'Brien, Dr. David Park, Dr. Narian Rajan, Dr. Kevin Rogan, Dr. Behnam Tehrani, & Dr. Kinda Venner-Jones* |