UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> JASJIT WALIA and PREET RANDHAWA, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> JOSE ALEMPARTE *et al.*, ) <br> ) <br> **Defendants.** ) | Civil Case No. 18-510 (RJL) |

## ORDER
(December 29th, 2025) [Dkt. #466, 467]

Upon consideration of defendants' [466] Amended Proposed Leadership Structure and the parties' [467] Joint Motion for Entry of Motion-to-Dismiss Briefing Schedule, and pursuant to this Court's [454] Order regarding a defense steering committee, it is hereby **ORDERED** that the Joint Motion is **GRANTED** in part. As detailed below, a defense steering committee is hereby appointed in this case, a motion-to-dismiss briefing schedule is set, and additional case management details are set.

### I. Defense Steering Committee

Pursuant to this Court's [454] Order, a defense steering committee (hereafter, "the Committee") is hereby appointed in this case pursuant to the Court's "inherent power" to manage its docket "so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962). As proposed in defendants' [466]

1

Amended Proposed Leadership Structure, the Committee shall include the following members:

1. Kalvin B. Wiar – Shaw & Wiar, Attorneys at Law
2. Andrew S. Feldman – Feldman Firm PLLC
3. Matthew J. Modafferi – Frier Levitt Attorneys at Law
4. Brian D. Waller – Peckar & Abramson, P.C.
5. John H. Lawrence – K&L Gates

The Committee shall coordinate common pretrial activities on behalf of all defendants, including by coordinating the drafting of an omnibus motion to dismiss and serving as the primary spokespersons with the Court.

### II. Motion-to-Dismiss Briefing Schedule

The Court enters the following motion-to-dismiss briefing schedule:

| Date | Filing |
| --- | --- |
| 2/13/2026 | a. The Committee shall file an omnibus motion to dismiss on behalf of all defendants. The omnibus motion to dismiss shall address issues relevant to all defendants.<br><br>b. Any defendant who wishes to raise arguments, objections, or defenses specific to that individual defendant and, therefore, not encompassed within the omnibus motion to dismiss may file a separate motion to dismiss, with supporting memoranda not to exceed eight (8) pages.[1] |

---

[1] By way of illustration, a defendant-specific argument may include, among other possible arguments, that Relators' claims against a particular defendant are barred by the statute of limitations. An example of a non-defendant-specific argument is that Relators lack Article III standing to sue.

2

| 4/14/2026 | Relators shall file: <br><br> a. an opposition to the omnibus motion to dismiss; and <br><br> b. oppositions to any defendant-specific motions to dismiss not to exceed eight (8) pages. |
|---|---|
| 5/12/2026 | a. The Committee shall file a reply brief in support of the omnibus motion to dismiss. <br><br> b. As relevant, any defendants who filed defendant-specific motions to dismiss may file reply briefs of no longer than five (5) pages. |

The previously filed motions to dismiss [Dkt. #187, 198, 199, 200, 248, 250, 252, 254, 271, 355, 359, 373, 431, 432, 433, 434] are hereby **DENIED** as **MOOT**.

### III.  Amendment

Motions for leave to amend will be governed by Federal Rule of Civil Procedure 15(a) and Local Civil Rule 7.1(i).

### IV.  Discovery

All other deadlines, including timeframes for discovery planning and conferences are hereby **STAYED** pending further order of the Court and/or resolution of the motion to dismiss. *See Sai v. Dep't of Homeland Sec.*, 99 F. Supp. 3d 50, 58 (D.D.C. 2015) ("A stay of discovery pending the determination of a dispositive motion is an eminently logical means to prevent wasting time and effort of all concerned, and to make the most efficient use of judicial resources.'" (cleaned up)); *Pac. Surf Designs, Inc. v. Whitewater W. Indus.,*

3

*Ltd.*, 2021 WL 3080061, at *2 (S.D. Cal. July 21, 2021) (stay of discovery appropriate where "resolution of the motions will impact the number of defendants and legal theories at issue which will in turn impact the scope of discovery").

**SO ORDERED.**

RICHARD J. LEON
United States District Judge