UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JASJIT WALIA et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>AARON MICHAEL, et al.,<br><br>     Defendants. | Civil Action No. 18-0510 (RJL) |

**THE UNITED STATES' NOTICE OF CONSENT TO
RELATORS' NOTICES OF VOLUNTARY DISMISSAL**

Pursuant to the False Claims Act, 31 U.S.C. §3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of the named-defendants listed in Relators' Notices of Voluntary Dismissal (ECF Nos. 464 and 470) in the above-captioned matter, provided it is without prejudice to the rights of the United States. The Attorney General has determined that the dismissal is in the interests of the United States and that the matter does not warrant the continued expenditure of government resources.

A proposed order is enclosed.

***

- 2 -

Dated: February 9, 2026                   Respectfully submitted,
       Washington, DC

                                                  JEANINE FERRIS PIRRO
                                                  United States Attorney

                                                  By:   */s/ Tabitha Bartholomew*
                                                  TABITHA BARTHOLOMEW,
                                                    D.C. Bar # 1044448
                                                  Assistant United States Attorney
                                                  601 D Street, NW
                                                  Washington, DC 20530
                                                  (202) 252-2529
                                                  Tabitha.Bartholomew@usdoj.gov


                                                  JAMIE ANN YAVELBERG
                                                  EDWARD C. CROOKE
                                                  JAMES NEALON
                                                  Civil Division, Fraud Section
                                                  PO Box 261, Ben Franklin Station
                                                  Washington, DC 20044
                                                  Tel: (202) 305-4181
                                                  James.Nealon@usdoj.gov

                                                  *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JASJIT WALIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> AARON MICHAEL, et al., <br><br> Defendants. | Civil Action No. 18-0510 (RJL) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Relators' notices of voluntary dismissal of certain Defendants, *see* ECF Nos. 464 & 470, and the United States having consented to such dismissal of this action without prejudice to Relators and without prejudice to the United States, it is hereby ORDERED that:

1. Relators' Complaint against Defendants James Beattie, John Passalaris, Philip Nimoityn, Nisheeth Goel, Rajan Kadakia, Nilay Mehta, Manu Pillai, Shehzad Sami, Periyanan Vaduganathan, Antoine Younis, George Younis, Don Pham, Eric Davis, Satish Chandraprakasam, Pavel Khimenko, Gary Berman, Constantine Rossakis, Siddhartha Acharya, Harish Koolwal, Dipsu Patel, and Anthony Alfieri, shall be dismissed without prejudice to the Relators and without prejudice to the United States.

SO ORDERED:

_____                                      _____
Date                                                                                          United States District Judge