UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JASJIT WALIA and PREET RANDHAWA,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>JOSE ALEMPARTE *et al.*,<br><br>Defendants. | Civil Case No. 18-0510-RJL |

**RELATORS' NOTICE OF VOLUNTARY DISMISSAL
OF DRS. SRINIVAS ADDALA, VIVEK NAG, AND GOPALAKRISHNAN SRINIVASAN**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs-Relators Jasjit Walia and Preet Randhawa ("Relators") voluntarily dismiss all of their claims against Drs. Srinivas Addala, Vivek Nag, and Gopalakrishnan Srinivasan. This dismissal is with prejudice as to Relators and without prejudice to the United States. The United States will separately file a notice with the Court consenting to these dismissals. *See* 31 U.S.C. § 3730(b)(1) ("The action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting.").

Dated: February 11, 2026                 /s/  *Jonathan Z. DeSantis*

**BARON & BUDD P.C.**

W. Scott Simmer (D.C. Bar #460726)
The Watergate, Suite 10-A
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Telephone: 202-333-4562
Facsimile:  202-337-1039
Email: ssimmer@baronbudd.com

**LAW OFFICE OF HENRY F. FURST**

Henry F. Furst (admitted *pro hac vice*)
One Claridge Drive
Verona, New Jersey 07044
Telephone: (973) 454-2620
Email: hfurst@hfurstlaw.com

**WALDEN MACHT HARAN & WILLIAMS LLP**

Daniel R. Miller (admitted *pro hac vice*)
Jonathan Z. DeSantis (admitted *pro hac vice*)
Samuel F. Rogers (admitted *pro hac vice*)
Walden Macht Haran & Williams LLP
2000 Market Street, Suite 1430
Philadelphia, PA 19103
Tel: (215) 825-5283
Email: dmiller@wmhwlaw.com
Email: jdesantis@wmwhlaw.com
Email: srogers@wmhwlaw.com

*Attorneys for Relators*